# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

### ORDER ON PRETRIAL DEADLINES

Unless otherwise ordered by the Judge to whom this is case is assigned, the parties shall adhere to the following deadlines:

(a) In accordance with the United States District Court for the District of Connecticut Local Rules of Civil Procedure (D. Conn. L. Civ. R. 26(f)), within thirty (30) days of the appearance of a defendant, the parties shall confer for the purposes described in the Federal Rules of Civil Procedure (Fed. R. Civ. P. 26(f)). Within fourteen (14) days thereafter, the parties shall jointly file a report on Form 26(f), which appears in the Appendix to D. Conn. L. Civ. R.

(b) All motions relating to joinder of parties, claims or remedies, class certification, and amendment of the pleadings shall be filed within sixty (60) days after filing of the complaint, the filing of a petition for removal, or the transfer of an action from another District or court.

(c) All motions to dismiss based on the pleadings shall be filed within ninety (90) days after the date the complaint was filed, a petition for removal is filed, or the transfer of an action from another District or court. The filing of a motion to dismiss shall not result in the stay of discovery or extend the time for completing discovery.

(d) Formal discovery pursuant to the Federal Rules of Civil Procedure may not commence until the parties have conferred as required by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(f) but parties may commence formal discovery immediately thereafter prior to the entry of a scheduling order pursuant to Fed. R. Civ. P. 16(b). Informal discovery by agreement of the parties is encouraged and may commence at any time. Unless otherwise ordered, discovery shall be completed within six (6) months after the filing of the complaint, the filing of a petition for removal, or the date of transfer of an action from another District or court, whichever is earliest.

(e) In accordance with Fed. R. Civ. P. 16(b), parties may file motions for modification of the dates set forth in the scheduling order issued pursuant to the parties' 26(f) report. Such motions to modify must be made by written motion filed not later than five (5) days prior to the earliest date sought to be modified. Motions to modify will not be granted absent good cause shown in the motion. This standard requires a particularized showing that the scheduling order could not be complied with despite due diligence of the party seeking the modification. See D. Conn. L. Civ. R. 16(b).

Unless specifically ordered by the Court, an extension of time to comply with any one of the time limits in this Order does not automatically extend the time to comply with subsequent time limits by the same number of days.

Counsel for plaintiff or removing defendant shall be responsible for serving a copy of this order on all parties to the action.

By Order of the Court
ROBERTA D. TABORA,
CLERK OF COURT
(Rev. 4/26/10 VLB)

This Order is issued pursuant to the Standing Order on Scheduling In Civil Cases, which appears in the Appendix to the Local Civil Rules.