Exhibit 1



# Begos Horgan & Brown LLP
Attorneys At Law

Patrick W Begos
Christopher G Brown
Daniel Green
Michael F Horgan Jr

www.begoshorgan.com

2425 Post Road - Suite 205
Southport CT 06890

Tel 203.254.1900
Fax 203.222.4833

7 Pondfield Road
P O Box 369
Bronxville NY 10708.0369

Tel 914.961.4441
Fax 914.961.4442

March 29, 2012

**By Federal Express**

Terrence A. Low, Esq.
244 Bridge Street
Springfield, MA 01103

      Re:    **Carroll v. Hartford**

Dear Terry:

      I enclose the following additional production based on our agreements that this will resolve outstanding discovery disputes:

1. Documents pertaining to Ms. Carroll's STD claims. Bates Nos. Hartford 304-399). Please note that there are some documents pertaining to the STD claims that were incorporated into the LTD file.

2. Excerpts from Claim Product Manual concerning the use of medical consultants for review of a claimant's medical file (Document Request 9); and concerning the handling of a claim for back pain (Document Request 10). These have been identified with Bates Nos. Claim Manual 1-53), and are produced pursuant to the Protective Order in this case.

                                            Sincerely yours

                                            Patrick W. Begos

Enclosures