Exhibit 2

05/09/2008  08:59    4135850018              CDPA                    PAGE  01/02

## Richard Norris, M.D.
15 Straw Avenue • Florence, MA 01062
Tel. (413) 584-5384 • Fax (413) 585-0018

## FAX COVER SHEET

DATE: 5/9/08

1-877-431-8901

TO: Hartford Life Attn: Melissa Shodders

SUBJECT: Office note 5/5/08

FROM: Alex A:

NUMBER OF PAGES: (including cover sheet): 2

MESSAGE:

Re: Barbara Carroll

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CONTACT US AS SOON AS POSSIBLE.

<u>CONFIDENTIALITY NOTICE</u>

The document(s) contained in this facsimile transmission is/are intended for the use of the individual/entity named above. If you/they are not the recipient of this information, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this fax in error, please contact our office immediately. Thank you for your assistance.

**RICHARD N. 1**
Board Certified, Physic
Fellowship-trained, Interventio
15 Str
Florence, N
413-58

Post-it® Fax Note    7671
| Date, | # of pages ▶ |
| To | From |
| Co./Dept. | Co. |
| Phone # | Phone # |
| Fax # | Fax # |

**FOLLOW-UP E**

**PATIENT NAME:** Barbara Carroll
**DOB:** 10/13/61
**DATE:** 05/05/08

Barbara is back today for followup evaluation. I last saw her on April 17, 2008, for right-sided epidural steroid injection.

**HPI:** She did extremely well with no pain for one week. She was able to stop the oxycodone. Then, she developed a shooting pain on the left side of the low back (the epidural and the leg pain had been on the right side) that was eased by wearing the SI compression brace. At the present time, she has no leg pain whatsoever on the right side. She does have some mild-to-moderate pain localized to the right buttock. It is intermittent, aggravated with prolonged sitting, and eased by changing position.

**ROS/PFSH:** Remained unchanged from pink intake sheet located in H&P section of chart from July 19, 2006, and has been reviewed with the patient and noted today.

**PHYSICAL EXAMINATION:** There is full pain free range of motion in the lumbar spine. No tenderness to palpation over the spine or paraspinal muscles. Toes are downgoing, no clonus at the ankles. Straight leg raise and slump test are both negative. Manual muscle testing is 5/5 for proximal and distal muscle groups, reflexes are 2+ at the knees and ankles, sensation is intact to light touch, pulses are palpable, range of motion of the lower extremities is full. No swelling of the lower extremities. Gait and station are unremarkable. No sciatic notch tenderness. SI joints are unremarkable to palpation and stress testing.

**IMPRESSION:** Barbara has had very good response to the epidural for the right-sided radiculopathy. She has some intermittent sacroiliac pain on the left side that is usually controlled with the brace.

**PLAN:** At Barbara's request, I gave her a note allowing her to return to work 4 hours a week for one week, 6 hours a week for the next week, and then full time 8 hours a week.

I would be pleased to see her back again as needed.

This dictation is a summary. Additional details of the History of Present Illness, Past Medical History, Social and Family History, Medications, drug allergies and Review of Systems are included, in detail, on the Initial Consultation or Follow-up Consultation forms located in this patient's chart.

Dictated, but not read
Richard N. Norris, M.D.

RNN/OMK/RAY

D: 05/07/08
T: 05/08/08

cc:  Julia de Almeida, M.D.

### Richard Norris, M.D.
15 Straw Avenue • Florence, MA 01062
Tel. (413) 584-5384 • Fax (413) 585-0018

**FAX**

| Post-it® Fax Note | 7671 | Date | MXS |
|---|---|---|---|
| To | | From | JE: |
| Co./Dept. | | Co. | |
| Phone # | | Phone # | 4-4408 |
| Fax # | | Fax # | 02052-2861 |

DATE:

TO:

SUBJECT:

FROM:

NUMBER OF PAGES: (including cover sheet):

MESSAGE:

FAX 877-431-8901
Hartford Insur

Richard Norris, M.D.
15 Straw Ave.
Florence, MA 01062
(413) 584-5384
MA License# 55161 • DEA#BN4220000

IF YOU DO NOT RECEIVE ALL PAGES, PL

NAME  Barbara Carroll  Age
ADDRESS          Date 5-3-8

R𝑥  Pl allow to return to
work 4 hrs week × 1 wk, Then
6 hrs/week × 1 wk, Then, full
time

Refills____times

SIGNATURE

Interchange is mandated unless the practitioner writes
the words "no substitution" in the space above.

CONFIDENT

The document(s) contained in this facsimile t
individual/entity named above. If you/they a
that any disclosure, copying, distribution or t
prohibited. If you have received this fax in es
Thank you for your assistance.

Richard Norris, M.D.
15 Straw Avenue • Florence, MA 01062
Tel. (413) 584-5384 • Fax (413) 585-0018

FAX COVER SHEET

DATE: 4/29/08

TO: The Hartford 1-877-431-8901

SUBJECT: Physician's Statement

FROM: Alex A.

NUMBER OF PAGES: (including cover sheet): 5

MESSAGE:

Re: Barbara Carroll

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CONTACT US AS SOON AS POSSIBLE.

CONFIDENTIALITY NOTICE

The document(s) contained in this facsimile transmission is/are intended for the use of the individual/entity named above. If you/they are not the recipient of this information, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this fax in error, please contact our office immediately. Thank you for your assistance.

HARTFORD LIFE INSURANCE COMPANY
HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY



## ATTENDING PHYSICIAN'S STATEMENT OF CONTINUED DISABILITY

Patient Name: _Barbara Carroll 2888_  DOB: _10/13/1961_  Soc. Sec.#: _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_  Employer: _Partners for Community_

Patient Address: _15 Rabideau Drive_  City: _Easthampton_  State: _MA_  Zip Code: _01027_

_I hereby authorize release of information on this form by the below named physician for the purpose of claim processing._

Signed: _Barbara J Carroll_                                    Date: _4-28-08_

To be completed by the Attending Physician- Use current information from your patient's most recent examination or office
visit to complete this form.
_(The patient is responsible for the completion of this form without expense to the Company.)_

**DIAGNOSIS** _R.t. L5-S1 disc herniation_

Primary Dx: _722.10_  ICD-9 Code: _722.10_  Secondary Dx: _lumbar radiculopathy_  ICD-9 Code: _724.4_

Surgery Performed? ☐ Yes ☑ No  If Yes, Date: _____  Procedure: _____  CPT-4 Code: _____

Hospitalization since last report? ☐ Yes ☑ No  If Yes, Admission/Discharge Dates: _____

_Current_ Subjective Symptoms: _____

Current Physical Exam Findings: _pain @ lumbosacral junction, pain of SI joint_

Tests (Not previously reported): _MRI lumbar spine_  Dates: _3/25/08_

Results (or enclose copies of test result reports): _report enclosed_

Medication (indicate any changes): _____

**FUNCTIONALITY** (This information is required for evaluation of your patient's claim for disability benefits.)

List all restrictions and/or limitations based on medical findings:  (Example - No standing over 4 hrs; No lift over 50#; No overhead reaching.)

_Please see attached note._

Is your patient able to return to work without restrictions? ☐ Yes ☐ No  if Yes: _____  ☐ Full-time ☐ Part-time for ___ hours per day

Is your patient able to return to work with restrictions? ☐ Yes ☐ No  if Yes: Date: _____  ☐ Full-time ☐ Part-time for ___ hours per day

If able to return to work only part-time, on what date will they be able to increase to full-time? _____

How long are these restrictions expected to be in place? _____

**TREATMENT**

Changes in Treatment Plan: _____  No Changes ☑  Frequency/Duration _as needed_

Dates of Treatment: _4/17/08 lumbar epidural_  Last Office Visit: _4/9/08_  Next Scheduled Office Visit: _5/5/08_

Has patient been referred to other physician? ☐ Yes ☑ No  If Yes, Date of Referral(s): _____

Referral Physician Name and Phone #: _____  Specialty: _____

Referral Physician Name and Phone #: _____  Specialty: _____

**PHYSICIAN INFORMATION**

Provider's Name: _Richard Norris MD_  Telephone #: _413-584-5384_

Degree: _M.D._  Specialty: _Non-Surgical Spine Care & Orthopedics_  413-585-0018

License #: _____  SS # or EIN #: _____

Street Address: _15 Straw Ave._  City: _Florence_  State: _MA_  Zip Code: _01062_

Signature: _____  Date Signed: _____

LC-7389-0                                                                          [std] 11/2006

**Richard Norris, M.D.**
Board Certified in Physical Medicine and Rehabilitation
Fellowship-Trained in Non-Surgical Spine Care and
Non-Surgical Orthopedics

re: Barbara Carroll                              4-18-8

   Ms Carroll's diagnosis of right paracentral L5S₁ disk herniation only became clear after the new MRI of 3-25-08. This was treated with epidural steroid injection on 4/17. We do not yet know how she will do with this; whether or not she will need further injections, or possibly, surgical treatment.

   She will remain disabled past 4/7. Her symptoms are noted on the enclosed report.

[She has significant physical limitations ✳ due to the disk + radiculopathy. If you require precise quantification of her physical capacities I can arrange an FCE, if you authorize payment for that.]

         Richard Norris MD



## COOLEY DICKINSON HOSPITAL
### DARTMOUTH-HITCHCOCK ALLIANCE

| | | | |
|---|---|---|---|
| Patient: | CARROLL, BARBARA | Acc#: | 218031 |
| MRN: | 012073 | Sex: | F |
| DOB: | 10/13/1961 | Pat Location: | MRI |
| Account#: | 11356598 | Date of Service: | 03/25/2008 |

**Exam: MILMSPWO - MR LSPINE C-**
**Requesting Provider:** NORRIS, RICHARD, MD
**Attending Provider:** NORRIS, RICHARD, MD
**Signs and Symptoms:** MRI:LS-SPINE,4/2006 SHOWS L5S1 HNP,SEVERE PAIN B/L LEGS,+ SL

MRI LUMBAR SPINE

COMPARISON: 04/19/2006.

HX: L5-S1 HNP. Severe pain bilateral lower legs.

PULSE SEQUENCE: Sagittal T1, T2 FSE and T2 FSE fat saturated sequences and axial T1 and T2 FSE sequences were performed.

FINDINGS:

There has been no significant change in degenerative disc disease at L5-S1 with disc desiccation and disc space narrowing. Otherwise, vertebral body heights and disc spaces are maintained. No compression fractures. No gross malalignment. No suspicious bone marrow signal abnormality. Conus medullaris terminates at T12-L1.

L1-2: Disc bulge with moderate facet arthropathy. Otherwise, unremarkable.

L3-4: Disc bulge with moderate facet arthropathy. Otherwise, unremarkable.

L4-5: Disc bulge with moderate facet arthropathy. Otherwise, unremarkable.

L5-S1: There has been significant interval progression of a right paracentral disc herniation which measures 1.3 x 0.8 cm in transverse and AP dimensions compressing the right S1 nerve root. No canal stenosis. No significant neural foraminal narrowing. Stable moderate facet arthropathy.

There is a probable cyst in the medial right mid renal pole measuring 1 cm. Paraspinal soft tissues are otherwise

*Notice of Confidentiality*
The information contained in this fax message is confidential information intended only for the use of the individual named above. Such information may also be legally privileged. If the reader of this message is not the intended recipient, you are notified that any dissemination or copying of this fax is strictly prohibited. If you have received this fax in error, please notify the Cooley Dickinson Hospital immediately and return the original message to us via the United States Postal Service. Thank you.

04/29/2008  9:05AM
Hartford 000310

# COOLEY DICKINSON HOSPITAL
## DARTMOUTH-HITCHCOCK ALLIANCE

| | | | | |
|---|---|---|---|---|
| Patient: | CARROLL, BARBARA | Acc#: | 218031 | (CONTINUED) |
| MRN: | 012073 | Sex: | F | |
| DOB: | 10/13/1961 | Pat Location: | MRI | |
| Account#: | 11356598 | | | |

unremarkable.

IMPRESSION: Interval progression of disease at L5-S1 with a moderate sized right paracentral disc herniation causing compression of the right S1 nerve root. No spinal canal stenosis. L5-S1 degenerative disc disease. No other significant change.

ANDREW CICCARELLI, M.D./cng

Code: 72148

Dictated date and time: 03/25/2008 @ 0601 p.m.

End of diagnostic report for accession: 218031

| | | | |
|---|---|---|---|
| Technologist: | FISHER, ROSEMARY | | |
| Transcribed By: | GODIN, CYNTHIA | 3/26/08 | 9:11 AM |
| Electronically Signed By: | CICCARELLI, ANDREW, MD | 3/26/08 | 12:47 PM |

Copy to Provider(s)
DEALMEIDA, JULIA

Notice of Confidentiality

The information contained in this fax message is confidential information intended only for the use of the individual named above. Such information may also be legally privileged. If the reader of this message is not the intended recipient, you are notified that any dissemination or copying of this fax is strictly prohibited. If you have received this fax in error, please notify the Cooley Dickinson Hospital immediately and return the original message to us via the United States Postal Service. Thank you.

Hartford 000311



**ATTENTION CLAIMS EXAMINER:**

PARTNERS FOR COMMUNITY POLICY # 854371

This case has a template on file with the Syracuse claims department.

Please refer to the template for further instruction on how to process claims for this group.

**FOR STD, BENEFITS COMMENCE THE LATTER OF 15 DAYS OR THE EXPIRATION OF ANY EMPLOYER SPONSERED SALARY CONTINUATION PROGRAM**

(To ensure proper claims processing by The Hartford, please attach this form to any STD claim applications)

Hartford 000312



### THE HARTFORD

**HARTFORD LIFE GROUP INSURANCE COMPANY**
**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**

## APPLICATION FOR SHORT TERM DISABILITY INCOME BENEFITS

This application package is divided into four sections, as follows:

**Section I**    **Employer's Statement** - to be completed by the **employer's** authorized representative

**Section II**    **Employee's Statement** - to be completed by the **employee** who is applying for Short Term Disability benefits.

**Section III**    **Authorization to Obtain Information** - to be signed by the **employee.**

**Section IV**    **Attending Physician's Statement** - to be completed by the physician who is treating the **employee.**

**MAIL COMPLETED CLAIM TO:**

Hartford Life
Benefit Management Services
P.O. Box 4925
Syracuse, NY 13221

**PLEASE SEE THAT ALL SECTIONS ARE FULLY COMPLETED AND SIGNED. FORWARD THE COMPLETED APPLICATION TO YOUR HARTFORD BENEFIT MANAGEMENT SERVICE CENTER.**

S
PWS

**APPLICATION FOR SHORT TERM DISABILITY INCOME BENEFITS**

**HARTFORD LIFE GROUP INSURANCE COMPANY**
**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**

THE HARTFORD

**Employer's Statement**

**To Be Completed by the Employer**

This claim is for (Employee's Name)
**Barbara Carroll**

Social Security Number **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**

Date of Birth **10/13/61**

Employee's Address (Street, City, State, Zip)
**15 Rabideau Drive, Easthampton, MA 01027**

**A. Information About the Employer**

Company's Name
**Partners for Community**

Group Policy Number **854371**

Address (Street, City, State, Zip)
**1628-1640 Main St. Springfield MA 01103**

Name and Address of Division Where Employee Works (if different from above)

**B. Information About the Employee**

Date employee was hired **8/14/2000**

What was the employee's regularly scheduled work week?

Hours per Week **40**

Date employee became insured under this plan **10/1/06**

Scheduled workdays M - F _____ **X** _____ Other _____

IS EMPLOYEE ENROLLED IN THE HARTFORD'S LONG TERM DISABILITY PLAN ? [X] YES [ ] NO

IF "YES," EFFECTIVE DATE ...... **10/1/06**

Was the employee's STD insurance issued on the basis of a Personal Health Statement? [ ] Yes [X] No If "Yes," attach copy.

Was the employee insured under your prior STD policy? [X] Yes [ ] No

If "Yes," please provide the inclusive date of coverage. From **10/1/2000** Through **9/30/06**

Was the employee on Qualified Family Leave when disability began? [X] Yes [ ] No

Did STD & LTD insurance continue while on Family Leave? [X] Yes [ ] No

Date Leave of Absence started under Family Leave Act **3/11/08**

**C. Information Needed for Withholding and Reporting Taxes**

Based on the employer/employee premium contributions made over the last 3 years, what percentage of the STD **100** %
LTD **100** % benefit is considered taxable? (See IRS Publication 15-A for information on determining the taxable percentage.)

**D. Information About the Claim**

What was the employee's permanent job on his or her last day at work? (Please attach a copy of the employee's job description.)
**Accts Receivable**

Last day employee actually worked **3/10/08**

On that day, did the employee work a full day? [X] Yes [ ] No If "No," how many hours were worked? _____

Why did employee stop working?
**Back injury/pain**

Is the employee's condition work related? [ ] Yes [X] No

Has a claim been filed with Workers' Compensation? [ ] Yes [X] No

If "Yes," send initial report of illness or injury or award notice.

Date employee is expected/did return to work? **Unknown at this time**

Full time ? [ ] Yes [ ] No

LC-5180-18 (Rev 08/04)

(1)

Hartford 000314

## E. Information About Salary

Employee's weekly/hourly rate of pay   $ _16,8369_

Is employee receiving Salary Continuance or Sick Leave?   ☒ Yes   ☐ No

Weekly Amount $ _673.08_   Date Payments Start _3/12/08_   Date Payments Will End _3/21/08_

Will Is Employee receive(ing) Workers' Compensation Payments?   ☐ Yes   ☒ No

Weekly Amount $ _____   Date Payments Start _____   Date Payments Will End _____

## F. Information About the Physical Aspects of the Employee's Job

Check the items below that relate to the employee's job and complete the information requested.  Use these definitions for the frequency of occurrence.

*Not Applicable* means the person does not perform this activity.
*Occasionally* means the person does the activity up to 33% of the time.
*Frequently* means the person does the activity 34% to 66% of the time.
*Continuously* means the person does the activity 67% to 100% of the time.

| Activity | | Frequency of Occurrence | | |
| --- | --- | --- | --- | --- |
| | N/A | Occasionally | Frequently | Continuously |
| Standing | ☐ | ☒ | ☐ | ☐ |
| Walking | ☐ | ☐ | ☐ | ☐ |
| Sitting | ☐ | ☐ | ☐ | ☒ |
| Balancing | ☐ | ☐ | ☐ | ☐ |
| Stooping | ☐ | ☐ | ☐ | ☐ |
| Kneeling | ☐ | ☐ | ☐ | ☐ |
| Crouching | ☐ | ☐ | ☐ | ☐ |
| Crawling | ☐ | ☐ | ☐ | ☐ |
| Reaching/Working Overhead | ☐ | ☐ | ☐ | ☐ |
| Keyboard Use/Repetitive Hand Motion | ☐ | ☐ | ☒ | ☐ |
| Climbing | ☐ | ☐ | ☐ | ☐ |

| Activity | Description | Frequency | Weight |
| --- | --- | --- | --- |
| ☐ Pushing | | | _____ lbs. |
| ☐ Pulling | | | _____ lbs. |
| ☐ Lifting | | | _____ lbs. |
| ☐ Carrying | | | _____ lbs. |

Can the job be performed by alternating sitting and standing?   ☐ Yes   ☒ No

What are the major tasks requiring the use of one or both hands?  Indicate the percentage of the employee's workday that is spent on each of these tasks.

_Data input, writing_ _25_ %

_____ %

_____ %

## G. Information About the Job as it Relates to the Disability

Can the job be modified to accommodate the disability either temporarily or permanently?   ☐ Yes   ☒ No   If "Yes," explain:

Is it possible to offer the employee assistance in doing the job (e.g., through the use of technology or personal assistance)?   ☐ Yes   ☒ No
If "Yes," explain.

## H. Signature

_Peggy Rishel_
Name (Please print or type)

_Peggy Rishel_
Signature

( _413_ ) _272-3300_  X _218_
Area Code    Telephone Number

_Director of HR_
Title

_3/21/08_
Date

( _413_ ) _731-5399_
Area Code    Fax Number

**APPLICATION FOR SHORT TERM DISABILITY INCOME BENEFITS**
**HARTFORD LIFE GROUP INSURANCE COMPANY**
**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**

**Section II**
**Employee's Statement**

To Be Completed by the Employee ( BE SURE TO ANSWER ALL QUESTIONS - FAILURE TO DO SO MAY DELAY YOUR CLAIM )

**A. Information About You**

| Last name | First | Middle Initial | Social Security Number |
|---|---|---|---|
| Carroll | Barbara | J | 020 - 52 - 2865 |

| Address (Street) | City | State/Province | Zip |
|---|---|---|---|
| 15 Rabideau Drive | Easthampton, MA | | 01027-2652 |

| Telephone Number | Date of Birth (Month, Day, Year) | | |
|---|---|---|---|
| 413, 527-9723 | 10/13/1961 | ☐ Male  ☒ Female | ☒ Single  ☐ Married  ☐ Widowed  ☐ Divorced |

Your Employer (include division, if applicable)
Partners for Community    Fiscal Department

**B. For an injury, answer the following questions**

When (i.e., date/time), where and how did the injury occur?
Started around March 3, 2008 unknown how

**C. For Illness, Injury or Pregnancy, answer the following questions**

| Date you were first treated by a physician | Name of Physician  Richard N Norris, M.D |
|---|---|
| 3 - 12 - 08  (Month) (Day) (Year) | Address of Physician  15 Straw Ave, Northampton, MA  01065 |
| | Telephone Number ( 413 ) 584 - 5384 |

Before you stopped working, did your condition require you to change your job, or the way you did your job? ☐ Yes ☒ No
If "Yes," explain.

What aspect of your condition made you unable to work?
Pain level

Are you receiving or eligible for ☐ Workers' Compensation ☐ State Disability ☐ No Fault Disability ☐ Other _____
If "Yes," show policy number _____ and name and address of insurer _____

Weekly Amount $ _____ Date Payments Start _____ Date Payments Will End _____

Is your condition related to your occupation? ☐ Yes ☒ No If "Yes," explain.

Have you filed, or do you intend to file a Workers' Compensation claim? ☐ Yes ☒ No If "No," explain.

**D. Information About the Disability**

| Last day you worked before the disability | Did you work a full day? ☒ Yes ☐ No  If "No," explain. | Date you were first unable to work |
|---|---|---|
| 3 - 10 - 08  (Month) (Day) (Year) | | 3 - 11 - 08  (Month) (Day) (Year) |

| Since that date, have you done any work? ☐ Yes ☒ No  If "Yes," please indicate dates worked, name of employer and amount earned. | If you have not returned to work, do you expect to?  ☒ Yes  Part time (date) _____ Full time (date) _____  ☐ No |
|---|---|

**E. Information About Tax Withholding**

Federal law requires us to withhold federal income tax from your check *if you request us to do so.*  We are also required to send a report to your employer at the end of each calendar year showing your name, total amount of benefits paid to you, total amount withheld, if any, and your social security number.  If you want us to withhold tax, please indicate on the line below the dollar amount to be withheld per benefit check.  Whole dollars only (minimum is $20.00 per week): $_____ .00.

## F. Signature

With the exception of any source(s) of income reported above in Section D of this form, I certify by my signature that I have not received am not eligible to receive any source of income, except for my Hartford Disability Income. Further, I understand that should I receive income of any kind or perform work of any kind during any period The Hartford has approved my disability claim, I must report all details to The Hartford, immediately.

If I receive disability benefits greater than those which should have been paid, I understand that I will be required to provide a lump sum repayment to the insurance company. The insurance company has the option to reduce or eliminate future disability payments in order to recover any overpayment balance that is not reimbursed.

**For residents of all states** *EXCEPT* **California, Florida, New Jersey, Colorado, Pennsylvania, Arkansas, New Mexico, Louisiana, New York, Oregon, and Virginia:** A person commits a fraudulent insurance act if that person knowingly, and with intent to defraud any insurance company or other person, either: (a) files an application for insurance or statement of claim containing any materially false information, or (b) conceals information concerning any material fact in order to obtain an insurance policy or a benefit under an insurance policy. **A fraudulent insurance act is a crime.** The Hartford shall pursue prosecution of any fraudulent insurance act to the fullest extent of the law.

**For residents of Florida:** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete or misleading information is guilty of a felony of the third degree.

**For residents of New Jersey, Arkansas, and New Mexico:** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties. Any person who includes any false or misleading information on an application for an insurance policy is subject to criminal and civil penalties.

**For residents of Pennsylvania: Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects a person to criminal and civil penalties.**

For residents of Colorado: It is unlawful to knowingly provide false, incomplete, or misleading information to an insurance Company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or its agent who knowingly provides false, incomplete, or misleading information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to an insurance settlement or award shall be reported to the Colorado Division of Insurance.

FOR RESIDENTS OF CALIFORNIA: FOR YOUR PROTECTION, CALIFORNIA LAW REQUIRES THE FOLLOWING TO APPEAR ON THIS FORM: "ANY PERSON WHO KNOWINGLY PRESENTS A FALSE OR FRAUDULENT CLAIM FOR THE PAYMENT OF A LOSS IS GUILTY OF A CRIME AND MAY BE SUBJECT TO FINES AND CONFINEMENT IN STATE PRISON."

**For residents of Louisiana:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**For residents of New York:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

The statements contained in this form are true and complete to the best of my knowledge and belief.

X _Barbara J Carroll_    X _3.28.08_
  SIGNATURE OF THE EMPLOYEE        DATE

Hartford 000317



**THE HARTFORD**

**APPLICATION FOR SHORT TERM DISABILITY INCOME BENEFITS**     **Section III**

**Authorization to Obtain and Release Information**

TO:  Any physician, medical practitioner, hospital, pharmacy, clinic or other medical or medically-related facility or provider of medical or dental services or supplies;

any employer, group policyholder, contract holder or insurer, benefit plan administrator, administrator, The Index System, business entities, financial institutions, consumer reporting agencies, educational institutions, or

any Federal, State or Local Government Agency, including Social Security Administration and Veterans Administration.

I authorize you to release and send to: (i) Hartford Fire Insurance Company, Hartford Life Insurance Company, Hartford Life and Accident Insurance Company, Hartford Life Group Insurance Company, and any affiliate of one or more of these four companies, known collectively as The Hartford; or (ii)  The Hartford's representatives,  a complete copy of any and all of the following information, records or documents relative to

_Barbara J. Carroll_ Insured's Name *(Please print.)*

_10-13-61_ (Date of Birth) _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_ (Social Security Number)

1. Any and all medical information, including x-ray films, photocopies of medical records, medical histories, physical, mental or diagnostic examinations, and treatment notes.  For purposes of this authorization, medical information specifically includes confidential information regarding HIV/AIDS, communicable diseases, alcohol or drug abuse, and mental health, as such information may relate to my claim for benefits.

2. Work information and history, including, but not limited to, job duties, earnings and personnel records, client lists, any and all other work-related information for contractual work performed; information on any insurance coverage and claims filed, including all records and information related to such coverage and claims; credit information, including, but not limited to, credit reports and credit applications; other financial information, e.g., Pension Benefits, bank records; business transactions of any kind or description, including billing, invoices or payment records of any kind; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly payment amounts, entitlement dates, and information from my Master Beneficiary Record.

I understand that the information obtained by use of the Authorization will be used for the purpose of evaluating and administering a claim for benefits.  Any information obtained will not be released by The Hartford to any person or organization; EXCEPT to reinsuring companies or their representatives, The Index System, physicians who have treated me, or other persons or organizations performing business or legal services in connection with my Claim, or as may be otherwise lawfully required, or as I may further authorize, or as may be necessary to prevent or to detect the perpetration of a fraud.

I know that I may request to receive a copy of this Authorization.

This Authorization is given in connection with a claim for benefits.  I intend that it be valid for the duration of the claim.

A photocopy or facsimile of this authorization shall be valid as the original.

_Barbara J. Carroll_
Signature of Insured or Guardian

_Same_
Relationship to Insured *(if signed by Guardian)*

_3-28-08_
Date

Hartford 000318

## Attending Physician's Statement

**HISTORY**

Patient's Name __Barbara J. Carroll__ SSN _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_ D.O.B _10/3/61_ Height _____ Weight _____

Patient's condition is the result of ☐ Illness ☑ Injury ☐ Pregnancy ☐ Mental/Nervous Condition

If pregnancy, what is the expected date of delivery? Month _____ Day _____ Year _____ LMP Date _____

Is condition due to an illness or an injury that is work related? ☐ Yes ☐ No

**DIAGNOSIS**

Diagnosis (including any complications) __Lumbar disk herniation__

ICD9 Codes __732.40__

Subjective Symptoms __Back + leg pain__

Physical Findings (list all test results, or enclose test) __see MRI__

Test _____ Date _____ Results _____

Test _____ Date _____ Results _____

Blood Pressure (Systolic) __N/A__ (Diastolic) _____ (Date) _____

Remarks: _____

**TREATMENT**

Date of onset of this condition? __1-17-?__ List all dates of treatment for this condition since patient ceased work __AWAITING appointment for course of epidural steroid__ Date of next office visit __pending__

Has patient been referred to any other physician? ☐ Yes ☑ No Date(s) _____

If "Yes," name and address _____ Specialty _____

Nature of treatment for this condition (including surgery/medications) _____

Was patient hospitalized for this condition? ☐ Yes ☑ No If "Yes," date(s) admitted _____ date(s) discharged _____

Name and address of Hospital(s) _____

Was surgery performed? ☐ Yes ☑ No If "Yes," Date _____ Procedure _____ CPT Code _____

Progress (please check one) ☐ Recovered ☐ Improved ☑ Unchanged ☐ Retrogressed

**IMPAIRMENT**

What are the patient's current physical limitations and restrictions?

☐ No limitation of functional capacity; capable of heavy work, no restrictions.
(Lifting 100 lbs. maximum with frequent lifting and/or carrying of objects weighing up to 50 lbs.)

☐ Medium manual activity
Lifting 50 lbs. maximum with frequent lifting and/or carrying of objects weighing up to 25 lbs.)

☐ Slight limitation of functional capacity; capable of light work
Lifting 20 lbs. maximum with frequent lifting and/or carrying of objects weighing up to 10 lbs. Even though the weight lifted may be only a negligible amount, a job is in this category when it involves sitting most of the time with a degree of pushing and pulling of arm and/or leg controls, or when it requires walking or standing to a significant degree.)

☐ Moderate limitation of functional capacity; capable of clerical/administrative (sedentary) activity
(Lifting 10 lbs. maximum and occasionally lifting and/or carrying articles. Although a sedentary job is defined as one which involves sitting, a certain amount of walking and standing is often necessary in carrying out job duties.)

☑ Severe limitation of functional capacity; incapable of minimal (sedentary) activity

What is the psychiatric impairment (if applicable)?   N/A

☐ Inadequate information to make assessment.
☐ Essentially good functioning in all areas. Occupationally and socially effective.
☐ Slight difficulty in occupational functioning, but generally functioning well. Has some meaningful interpersonal relationships.
☐ Moderate impairment in occupational functioning. Limited in performing some occupational duties.
☐ Major impairment in several areas—work, family relations. Avoidant behavior, neglects family, is unable to work.
☐ Inability to function in almost all areas.

Date patient ceased work due to this impairment: _3_ (Month) _11_ (Day) _08_ (Year)

If physical or psychiatric limitations exist, indicate the date limitations have lasted, or will last through: _____ (Month) _____ (Day) _____ (Year)

Attending Physician's Name __Richard Nora, MD__ Telephone # _413_ (Area Code) _584-5384_ Fax # _413_ (Area Code) _585-0018_

SS# or E.I.N. # __043616947__ Degree __MD__ Specialty __PM&R / SPINE__

Street Address __15 Straw Ave.__ City __Florence__ State __MA__ Zip Code __01062__

Signature __[signature]__ Date Signed __4-3-8__

LC-5180-18 [Rev 08/04]          (8)

SHCO TAN 117#

Hartford 000319

The Hartford - Benefit Management Services
Summary Detail Report
Date Range: 04/14/2008 - 05/28/2008
Claimant: Barbara Carroll 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
For business Role:
Case: Partners For Community
Claim Owner: Role: Office:

05/28/2008 08:59:04 a.m. ET Margaret E Brandt Examiner Syracuse   PHONE CALL
Type of Call: Incoming          Date of Call: 05/28/2008
Name: Barbara Carroll
Phone: (413) 527-9723          Extension:          Fax Number:

Call To/From: Claimant
Conversation with:

offset in pay and why?
adv ee rtw and had to offset for that
we calc the hrs and adv hig was correct

05/23/2008 10:10:33 a.m. ET Melissa A Shadders Examiner Syracuse   PHONE CALL
Type of Call: Outgoing          Date of Call: 05/23/2008
Name: Hartford Regional Office
Phone: (860) 520-2828          Extension:          Fax Number:

Call To/From: Other
Conversation with:
Not Contacted: Left Message

pct adv contacted ER and ext dbl claim thru f/t rtw

is out of the office -- LM adving of claim outcome

05/23/2008 10:09:04 a.m. ET Melissa A Shadders Examiner Syracuse   PHONE CALL
Type of Call: Outgoing          Date of Call: 05/23/2008
Name: Barbara Carroll
Phone: (413) 527-9723          Extension:          Fax Number:

Call To/From: Claimant
Conversation with:
Not Contacted: Left Message

pct adv of partial offset placed and ext thru 5/18/08, rrtw 5/19/08 full time

LM for c/b

05/23/2008 10:05:38 a.m. ET Melissa A Shadders Examiner Syracuse   CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan

Sign off required: N

p: added partial offset, ext thru 5/18/08

w/e 5/11/08:
          A=AWW
          B= weekly from Er
          C=benefits amt (l3)

          A =    $673.08
          B =    $263.28
          C =    $400.00

Hartford 000320

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 04/14/2008 - 05/28/2008
For business Role:
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner: Role: Office:

Partial offset =                    $160.03

Partial benefit =                  $239.97

w/e 5/18/08:

A=AWW
B= weekly from Er
C=benefits amt (11)

            A =       $673.00
            B =       $504.90
            C =       $400.00

Partial offset =                   $300.05

Partial benefit =                   $59.95

05/23/2008 09:57:56 a.m. ET Melissa A Shedders Examiner Syracuse    PHONE CALL
Type of Call: Outgoing          Date of Call: 05/23/2008
Name: Partners For Community
Phone: (413) 272-2218         Extension:        Fax Number:

                                                    Call To/From: Employer
                                                    Conversation with:

pct out the ee's partial hrs.
stated the ee rtw 5/6/08 - worked 5/6/08 thru 5/9/08 4hrs per day-16hrs
                           worked 5/12/08 thru 5/16/08 6 hrs per day - 30hrs
rtw 5/19/08 f/t
verified ee works 40hrs per wk to calculate partial bens, adv'd will calculate partial benefits and issue partial
payment to the EE today

05/22/2008 03:16:16 p.m. ET Elizabeth L Taylor Examiner Syracuse    PHONE CALL
Type of Call: Incoming          Date of Call: 05/22/2008
Name: Hartford Regional Office
Phone:                          Extension:        Fax Number:

                                                    Call To/From: Other
                                                    Conversation with: Brian Quigely

brian called req'd we contact peggy in hr. brian req'd to leave vm for a/a
transferred to s/a vm with permission.

05/22/2008 02:51:07 p.m. ET Sharon A Green Examiner Syracuse    PHONE CALL
Type of Call: Incoming          Date of Call: 05/22/2008
Name: Hartford Regional Office

                                                    Call To/From: Other
                                                    Conversation with:

Hartford 000321

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 04/14/2008 - 05/28/2008
For business Role:
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner: Role: Office:

Phone:                    Extension:               Fax Number:

sales office called in on 2nd process
adv it is up to ee to get addn info

adv pct get the date the ee rtw 4hrs per day for 1wk and then 6hrs per day for 1wk, then f/t after that
sales office called in and conf ee in online

ee rtw pt 4 hours a day
5/6  pt 4 days at 4 hours a day
5/6, 5/7, 5/8, 5/9

6 hrs a day on
5/12-5/16

Full time on 5/19 to present

adv er would need to call in hours to confirm

call was disconnected

05/12/2008 01:29:00 p.m. ET Melissa A Shadders Examiner Syracuse PHONE CALL
Type of Call: Outgoing      Date of Call: 05/12/2008       Call To/From: Claimant
Name: Barbara Carroll                                      Conversation with:
Phone: (413) 527-9723         Extension:                   Not Contacted: Line Busy
                              Fax Number:
busy

pct get the date the ee rtw 4hrs per day for 1wk and then 6hrs per day for 1wk, then f/t after that

05/12/2008 01:26:36 p.m. ET Melissa A Shadders Examiner Syracuse CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan       Sign off required: N

rec'd med 5/9/08, Dr Norris,

o: rec'd OH from 5/5/08 OV, the e ewas seen for eval. ee lov 4/17/08 was for rt sided spinal injection, ee did well,
with no pain for 1wk, able to stop oxycodone, developed shooting pain on left side with low back, eased by wearing SI
compression brace, has some mild to moderate pain localized to the rt buttick, intermittent, aggrivated with prolonged
sitting eased by changing position, exam: full pain free ROM in the lumbar spine, no tenderness over palpation over the
spine or paraspinal muscles, SLR is neg, no swelling of the LE, no sciatic notch tenderness, the e has good response to
epidural for the rt sided radiculopathy, some intermittent sacroiliac pain on the left side that is usually controlled
with the brace, the ee is rrtw 4hrs a wk for 1wk, 6hrs per wk the next wk and then 8hrs the following wk, f/u as needed.
a: and supports the ee's continued dbl and through the ee's p/t rtw, ee is a accts receivable clerk with a light work
occ, the ee is required to do occ standing and walking, constant sitting, freq hand use, data input and writing.

Hartford 000322

Report: E4017738
Office:
Date of Report: 10/03/2011

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 05/28/2008 - 05/28/2008
For business Role:
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner Role: Office:

Page 4

P: unsure when the ee's p/u work started, need the date the ee rtw, then will need to f/u with ER for partial hrs

05/09/2008 12:56:12 p.m. EY Lisa J Dunworth Examiner Syracuse GENERAL
Type: Mail Receipt

fax MED rcvd

05/09/2008 11:20:08 a.m. EY Marnie Webb Examiner Syracuse PHONE CALL
Type of Call: Incoming                Date of Call: 05/09/2008
Name: Dr Morris                       Fax Number:
Phone: (413) 587-5384 .    Extension:

                                                      Call To/From: Medical Provider
                                                      Conversation with:

apo ? why we need another aps filled out if they just sent one on 29-APR
adv apo that we need ee's
apo adv she will fax in today

05/06/2008 04:36:07 p.m. EY Melissa A Shedders Examiner Syracuse CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                   Sign off required: N

rec'd new note. 5/5/08

s: new note states the ee is allowed to rtw 4hrs wk for 1 wk then 6hrs a wk for 1wk, then f/t
P: need FULL aps and update to support the partial rtw

05/05/2008 01:42:28 p.m. EY James E Burts Examiner Syracuse GENERAL
Type: Mail Receipt

.fax MED rcvd

04/30/2008 02:18:29 p.m. EY Tania N Schleider Examiner Syracuse PHONE CALL
Type of Call: Incoming                Date of Call: 04/30/2008
Name: Barbara Carroll                 Fax Number:
Phone: (413) 527-9723    Extension:

                                                      Call To/From: Claimant
                                                      Conversation with:

called back
adv of exc and of need for ee's if ee now beyond and
ee asking if policy has partial coverage--adv yes.

04/30/2008 12:12:25 p.m. EY Melissa A Shedders Examiner Syracuse PHONE CALL
Type of Call: Outgoing                Date of Call: 04/30/2008
Name: Barbara Carroll

                                                      Call To/From: Claimant
                                                      Conversation with:

Hartford 000323

Report: E401773R
Office:
Date of Report:10/03/2011

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 04/14/2008 - 05/28/2008
For business Role:
Claimant: Barbara Carroll 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
Claim Partners For: Community
Claim Owner: Role: Office

Page 5

Phone: (413) 527-9723          Extension:          Fax Number:

pct adv of ext thru nov

LM for c/b

04/30/2008 12:28:16 p.m. ET Melissa A Shaddars Examiner Syracuse  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                    Sign off required: N

med rec'd 4/29/08, Dr Norris, p: 413-587-5384, f: 413-585-0018

or ee is now due to rt L5-S1 disc herniation, see dx: lumbar radiculopathy, the ee has pain at lumbosacral junction,
pain of S1 joint, MRI of lumbar spine reveals the dx, low 4/9/08, nov 5/5/08, the ee had lumbar epidural on 4/17/08, the ee
is treated as needed, rec'd OW from 4/18/08, the ee's dx only became clear after the MRI on 3/25/08, the ee was treated
with epidural injection on 4/17/08, do not know yet how the ee will do with this, whether the ee will need further
injections or not, or poss surgical treatment, the ee will remain dbl'd past 4/7/08, the ee has significant physical
limitations, ep indicates if required PCE, can be arranged if we pay for it, rec'd MRI report,
as ee is a accts receivable clerk with a light work occ, the ee is required to do occ standing and walking, constant
sitting, freq hand use, date input and writing, the ee's now is 5/5/08, the ee is limited from performing occ at this
time, will request the ee's OW's if now longer,
p: ext thru 5/5/08, need OW's to ext further.

04/29/2008 12:25:13 p.m. ET Christopher A Bergman Examiner Syracuse  GENERAL
Type: Mail Receipt

fax aps w med rcvd

04/29/2008 08:12:00 a.m. ET Anthony A Sansone Examiner Syracuse  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                    Sign off required: N

rec'd no med
termed claim

04/25/2008 08:54:07 a.m. ET Jessica Y Nancy Examiner Syracuse  PHONE CALL
Type of Call: Incoming          Date of Call: 04/25/2008
Name: Barbara Carroll
Phone: (413) 527-9723          Extension:          Fax Number:

ee rec call
adv of ext thru 04/17/2008
adv once rec aps will cov. for ext

Call To/From: Claimant
Conversation with:

Hartford 000324

The Hartford - Benefit Management Services
Detail Report
Date Range:
For Business Role:
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner: Role: Office

---

04/25/2008 08:23:36 a.m. EY Evonne E Gould Examiner Syracuse    PHONE CALL
Type of Call: Outgoing         Date of Call: 04/25/2008
Name: Barbara Carroll
Phone: (413) 527-9723    Extension:         Fax Number:

    Call To/From: Claimant
    Conversation with: Mother
    Not Contacted/Left Message

exc claim to 17apr. Co for nov date, rrtw time frame. Need med update with specific r/l, nov date, time frame to
in

---

04/25/2008 08:14:27 a.m. EY Evonne E Gould Examiner Syracuse    CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                Sign off required: N

s: rec'd office note dated 04/09/08.  EE VAD /mr in 25mar, showed large R sided sic herniation at L5-S1. TX: epidural
steroid injection of the R sided L5-S1, but have not yet done that. Symp: pain moderate to severe, more continuous
than not. radiation down the leg, aggravated with activity in general, especially sitting, bending, eased somewhat by
lying down with a combination of oxycodone and oxycontin. Takes 10mg oxycontin two to three times a day, 10 mg of
oxycodone 2x a day for breakthrough pain. EE scheduled for epidural injection on 17apr. Ap adv significant physical
limitation due to the disk & radiculopathy.  As ee is still having moderate to severe pain, has significant physical
limitation, epidural injection was scheduled for 17apr. ee's condition is aggravated with activity in general,
especially sitting, bending. EE job involves cont. sitting, med supports ee's inability to perform job occ.

P: exc claim to 17apr. Co for nov date, rrtw time frame.  Need med update with specific r/l, nov date, rrtw time frame
to review for ext.

---

04/24/2008 09:40:35 a.m. EY Tina M Larosa Examiner Syracuse    GENERAL
Type: Mail Receipt

mail med rcvd

---

04/23/2008 12:43:12 p.m. EY Jennifer M Chenbro Examiner Syracuse    PHONE CALL
Type of Call: Incoming         Date of Call: 04/23/2008
Name: Barbara Carroll
Phone: (413) 527-9723    Extension:         Fax Number:

    Call To/From: Claimant
    Conversation with:

ee requesting an aps be faxed to Dr. Norris @ 413-585-0018
sent

---

04/17/2008 06:50:56 a.m. EY Ryan M Petermoser Examiner Syracuse    CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                Sign off required: N

Hartford 000325

The Hartford - Benefit Management Services
Comments Summary Detail Report
Date Range: 04/14/2008 - 05/28/2008
For business Nole:
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner: Role: Office:

no med rec'd
set auto close
set send to close

04/14/2008 01:23:28 p.m. ET Evonne E Gould Examiner Syracuse   PHONE CALL
Type of Call: Outgoing          Date of Call: 04/14/2008
Name: Barbara Carroll
Phone: (413) 527-9723       Extension:        Fax Number:

co to adv                                                   Call To/From: Claimant
Approv and 7apr. Need med update if cow longer.             Conversation with:
busy                                                        Noc Contacted, Line Busy
busy
busy

sent approv letter with aps

04/14/2008 01:15:02 p.m. ET Evonne E Gould Examiner Syracuse   CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan

    Initial Claim Review and Plan                          Sign off required: N

    ER Contact:   Peggy Reshel
    Address       1628-1640 main st., springfield, ma 01103
    Phone #:      413-272-2200 ext 218
    Fax #:        413-731-5399
    FICA %        100.00%
    RTW Date (if provided):  na
    FMLA effective (if applicable):    yes
    Wages Continued/Sick Pay?   yes
    From and Through dates:  07/12-07/21
    ER info Completed by:     Peggy Reshel
    Claimant's Occupation                    accts receivable

    Standing        o
    Walking         o
    Sitting         o
    Balance
    Stooping
    Kneeling
    Crouch
    Crawling

Hartford 000326

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 04/14/2008 - 05/28/2008
For business Role:
Claimant: Barbara Carroll 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
Case Partners For: Community
Claim Owner: Role: Office

Overhead
Hand use                      f
Climbing
Pushing
Pulling
Lifting
Carrying
Major Tasks  data input, writing 75%.
Can job be done sitting or standing? no
Mod. To accommodate the disab temp or perm?  no
Possible to offer assistance to ee in doing the occ?  no
Other Requirements
Comments.

AP Name:      Richard Norris md
Specialty:    pm & R /spine
Phone #:      413-585-5384
Fax #:        413-585-0018
Comments     ap adv ded limar. DX: lumbar disk herniation, 722.10. Symp: back & leg pain.

EE Information:
Accident Details (if applicable):
FTT Requested?                    na
Signed Authorization on file?        yes

ASSESSMENT: LDW/Umar ap adv ded limar. DX: lumbar disk herniation, 722.10. Symp: back & leg pain. Med supports
duration.

PLAN:     Approv aed Tapr.  Need mod update if eow longer. Refer claim to specialty team.

Hartford 000327



THE
HARTFORD

April 14, 2008

Barbara J. Carroll
15 Rabideau Drive
Easthampton, MA 01027

Policy Holder:    Partners For Community
Claimant:         Barbara J. Carroll
Insured ID:       9002685737
Policy Number:    GRH 854371

Dear Ms. Carroll:

We are pleased to inform you that we have approved for payment your claim for Short Term
Disability (STD) benefits effective 03/25/2008. We are sending the initial benefit payment under
separate cover, and it should arrive shortly.

We have approved Short Term Disability benefits through 04/07/2008. If your disability extends
beyond this approval date, you must provide us with medical evidence to support an extension of
benefits.

Enclosed is an Attending Physician Statement (APS) that your physician must complete and return
to us within thirty (30) days from the date of this letter. We need a completed APS so that we may
determine whether you are entitled to additional benefit payments.

If you have returned or will be returning to work prior to 04/08/2008, please contact our office and
notify us of your return.

If you have any questions, please feel free to contact our office at (800) 538-8439. Our office hours
are 8:00 AM to 8:00 PM EST, Monday through Friday.

Sincerely,

Evonne Gould, Ability Analyst
Hartford Life and Accident Insurance Co.

Enclosure

Benefit Management Services
Syracuse Disability Claim Office
P.O. Box 4925
Syracuse, NY 13221-4925
Fax (877) 431-8901
Hartford 000328



**THE HARTFORD**

March 23, 2009

Barbara Carroll
15 Rabideau Drive
Easthampton, MA 01027

Policy Holder:    Partners For Community
Claimant:         Barbara Carroll
Insured ID:       9002685737
Policy Number:    GRH 854371

Dear Ms. Carroll:

We are writing to you about your claim for Short Term Disability (STD) benefits. These benefits
are under the group insurance policy number GRH 854371 for Partners For Community.

We have completed our review of your claim for benefits and have determined that no benefits are
payable beyond 03/06/2009.

Your policy states on pages 11 and 16:

**"Disabled and Working** means that You are prevented by:
1) Injury;
2) Sickness;
3) Mental Illness;
4) Substance Abuse; or
5) pregnancy
from performing some, but not all of the Essential Duties of Your Occupation, are working on a
part-time or limited duty basis, and as a result, Your Current Weekly Earnings are more than 20%,
but are less than or equal to 80% of Your Predisability Earnings."

**"Termination of Payment:** *When will my benefit payments end?*
Benefit payments will stop on the earliest of:
1) the date You are no longer Disabled;
2) the date You fail to furnish Proof of Loss;
3) the date You are no longer under the Regular Care of a Physician;
4) the date You refuse Our request that You submit to an examination by a Physician or other
qualified medical professional;
5) the date of Your death;
6) the date You refuse to receive recommended treatment that is generally acknowledged by
Physicians to cure, correct or limit the disabling condition;
7) the last day benefits are payable according to the Maximum Duration of
Benefits;

Benefit Management Services
Syracuse Disability Claim Office
P.O. Box 4925
Syracuse, NY 13221-4925
Fax (877) 431-8901
Hartford 000329

8) the date Your Current Weekly Earnings exceed 80% of Your Pre-disability Earnings if You are receiving benefits
for being Disabled from Your Occupation; or
9) the date no further benefits are payable under any provision in The Policy that limits benefit duration.

We based our decision to deny your claim on policy language. All the papers contained in your file were viewed as a whole. This included:

- A claim filed online by you on 02/23/2009.
- A Certification Form received from your Employer on 03/03/2009.
- A phone call to you on 02/27/2009 and 03/09/2009.
- A phone call to Dr. Norris on 03/09/2009 and 03/12/2009.
- A phone call from Dr. Norris on 03/12/2009.
- A phone call to Dr. Thein on 03/13/2009.

To continue to meet the definition of Disabled and Working above, you must continue to be unable to perform the essential duties of your occupation as an Accounts Receivable Representative. The essential duties of this occupation include billing state, federal and local contracts. The physical demands associated with these duties include sitting, typing and clerical work.

Your benefits have been approved from 02/09/2009 through 03/06/2009. We do not have any medical information in your file to review in order to decide if you continue to meet the definition of Disabled and Working after this time period.

On 03/09/2009 and 03/12/2009 we contacted Dr. Norris's office to get a medical update. On 03/13/2009 we contacted Dr. Thein's office to get a medical update. To date we have not received a response.

Upon review of all the medical information contained in your file, we are unable to conclude that your medical condition causes you to be prevented from performing the duties of your occupation.

Because the combined information in your file does not show that you are unable to perform the essential duties of your occupation on a part time basis as of 03/07/2009, we must deny your claim for STD benefits beyond 03/06/2009.

The following information, not previously submitted is necessary for a determination of your claim. Specifically, a medical update from a physician certifying your disability beyond 03/06/2009. This information is necessary because the information in your claim file does not show that you are unable to perform your occupation as of 03/07/2009. If you would like this information considered, we must receive it as soon as possible.

The Employee Retirement Income Security Act of 1974 (ERISA) gives you the right to appeal our decision and receive a full and fair review. You may appeal our decision even if you do not have new information to send us. You are entitled to receive, upon request and free of charge, reasonable

Hartford 000330

access to, and copies of, all documents, records and other information relevant to your claim. If you do not agree with our denial, in whole or in part, and you wish to appeal our decision, you or your authorized representative must write to us within one hundred eighty (180) days from your receipt of this letter. Your appeal letter should be signed, dated and clearly state your position. Please include your printed or typed full name, Policyholder, and at least the last four digits of your Social Security Number with your appeal letter (i.e.xxx-xx-1234). Along with your appeal letter, you may submit written comments, documents, records and other information related to your claim.

Once we receive your appeal, we will again review your entire claim, including any information previously submitted and any additional information received with your appeal. Upon completion of this review, we will advise you of our determination. After your appeal, and if we again deny your claim, you then have the right to bring a civil action under Section 502(a) of ERISA.

Please send your appeal letter to:

The Hartford
Attn: Appeal Unit
P.O. Box 4925
Syracuse, NY 13221-4925

If you have any questions, please feel free to contact our office at (800) 538-8439. Our office hours are 8:00 AM to 8:00 PM EST, Monday through Friday.

Sincerely,

*Jennifer LaCount*

Jennifer L. Lacount, Ability Analyst
Hartford Life and Accident Insurance Co.

Benefit Management Services
Syracuse Disability Claim Office
P.O. Box 4925
Syracuse, NY 13221-4925
Fax (877) 431-8801
Hartford 000331



THE
HARTFORD

March 17, 2009

Barbara Carroll
15 Rabideau Drive
Easthampton, MA 01027

Policy Holder:    Partners For Community
Claimant:         Barbara Carroll
Insured ID:       9002685737
Policy Number:    GRH 854371

Dear Ms. Carroll:

We are writing to you about your claim for Short Term Disability (STD) benefits. These benefits
are under the group insurance policy number GRH 854371 for Partners For Community.

We have completed a review of your claim for Short Term Disability benefits and have determined
that no benefits are payable beyond 03/06/2009.

Your policy states on pages 16 and 18:

**"Disabled and Working** means that You are prevented by:
1) Injury;
2) Sickness;
3) Mental Illness;
4) Substance Abuse; or
5) pregnancy
from performing some, but not all of the Essential Duties of Your Occupation, are working on a
part-time or limited duty basis, and as a result, Your Current Weekly Earnings are more than 20%,
but are less than or equal to 80% of Your Predisability Earnings."

**"Termination of Payment:** *When will my benefit payments end?*
Benefit payments will stop on the earliest of:
1) the date You are no longer Disabled;
2) the date You fail to furnish Proof of Loss;
3) the date You are no longer under the Regular Care of a Physician;
4) the date You refuse Our request that You submit to an examination by a Physician or other
qualified medical professional;
5) the date of Your death;
6) the date You refuse to receive recommended treatment that is generally acknowledged by
Physicians to cure, correct or limit the disabling condition;
7) the last day benefits are payable according to the Maximum Duration of
Benefits;

Benefit Management Services
Syracuse Disability Claim Office
P.O. Box 4925
Syracuse, NY 13221-4925
Fax (877) 431-8901

Hartford 000332

8) the date Your Current Weekly Earnings exceed 80% of Your Pre-disability Earnings if You are receiving benefits for being Disabled from Your Occupation; or
9) the date no further benefits are payable under any provision in The Policy that limits benefit duration."

We based our decision to terminate your claim on policy language. All the information contained in your file was viewed as a whole. This included the following:

- A claim filed online by you on 02/23/2009.
- A Certification Form received from your Employer on 03/03/2009.
- A phone call to you on 02/27/2009 and 03/09/2009.
- A phone call to Dr. Norris on 03/09/2009 and 03/12/2009.
- A phone call from Dr. Norris on 03/12/2009.
- A phone call to Dr. Thein on 03/13/2009.

To continue to meet the definition of Total Disability above, you must continue to be unable to perform the essential duties of your occupation as an Accounts Receivable Representative. The essential duties of this occupation include billing state, federal and local contracts. The physical demands associated with these duties include sitting, typing and clerical work.

Your benefits have been approved from 02/09/2009 through 03/06/2009. We do not have any medical information in your file to review in order to decide if you continued to meet the definition of Total Disability after this time period.

On 03/09/2009 and 03/12/2009 we contacted Dr. Norris's office to get a medical update. On 03/13/2009 we contact Dr. Thein's office to get a medical update. To date we have not received a response.

Upon review of all the medical information contained in your file, we are unable to conclude that your medical condition causes you to be prevented from performing the duties of your occupation.

Because the combined information in your file does not show that you are unable to perform the essential duties of your occupation on a part time basis as of 03/07/2009, we must deny your claim for STD benefits beyond 03/06/2009.

The following information, not previously submitted is necessary for a determination of your claim. Specifically, a medical update from a physician certifying your disability beyond 03/06/2009. This information is necessary because the information in your claim file does not show that you are unable to perform your occupation as of 03/07/2009. If you would like this information considered, we must receive it as soon as possible.

The Employee Retirement Income Security Act of 1974 (ERISA) gives you the right to appeal our decision and receive a full and fair review. You may appeal our decision even if you do not have new information to send us. You are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your claim. If you

do not agree with our denial, in whole or in part, and you wish to appeal our decision, you or your authorized representative must write to us within one hundred eighty (180) days from your receipt of this letter. Your appeal letter should be signed, dated and clearly state your position. Please include your printed or typed full name, Policyholder, and at least the last four digits of your Social Security Number with your appeal letter (i.e.xxx-xx-1234). Along with your appeal letter, you may submit written comments, documents, records and other information related to your claim.

Once we receive your appeal, we will again review your entire claim, including any information previously submitted and any additional information received with your appeal. Upon completion of this review, we will advise you of our determination. After your appeal, and if we again deny your claim, you then have the right to bring a civil action under Section 502(a) of ERISA.

Please send your appeal letter to:

The Hartford
Attn: Appeal Unit
P.O. Box 4925
Syracuse, NY 13221-4925

If you have any questions, please feel free to contact our office at (800) 538-8439. Our office hours are 8:00 AM to 8:00 PM EST, Monday through Friday.

Sincerely,

*Jennifer LaCount*

Jennifer L. Lacount, Ability Analyst
Hartford Life and Accident Insurance Co.

Benefit Management Services
Syracuse Disability Claim Office
P.O. Box 4925
Syracuse, NY 13221-4925
Fax (877) 431-8901
Hartford 000334



March 17, 2009

Diana Mieltowski
Partners For Community
11 - 13 Hampden Street
Springfield, MA  01103

Policy Holder:     Partners For Community
Claimant:          Barbara Carroll
Insured ID:        9002685737
Policy Number:     GRH 854371

Dear Diana Mieltowski:

We are writing to you regarding the claim for Short Term Disability (STD) benefits on behalf of
Barbara Carroll.

We have completed our review of this claim and have not received medical information to support
their claim of total disability from their own occupation beyond the current authorized end date of
03/06/2009.

Therefore, we have terminated this claim for benefits and have notified Ms. Carroll of our decision.

If you have any questions, please feel free to contact our office at (800) 538-8439.  Our office hours
are 8:00 AM to 8:00 PM EST, Monday through Friday.

Sincerely,

*Jennifer LaCount*

Jennifer LaCount, Ability Analyst
Hartford Life and Accident Insurance Co.

Benefit Management Services
Syracuse Disability Claim Office
P.O. Box 4925
Syracuse, NY 13221-4925
Fax (877) 431-8901
Hartford 000335



THE
HARTFORD

April 9, 2009

Richard Norris, MD
15 Straw Ave
Florence, MA 01062

Policy Holder:      Partners For Community
Claimant:           Barbara Carroll
Insured ID:         9002685737
Policy Number:      GRH 854371

Dear Dr. Norris:

I am a Clinical Case Manager with The Hartford.  We are handling the Short Term Disability (STD) claim for Barbara Carroll. Additional information is needed to help us understand your patient's current capabilities and medical condition.

Please answer the following questions:

I would greatly appreciate your assistance in clarifying exactly when Ms. Carroll's return to work schedule may increase from part time to full time through your estimated date she will be ready to work her job full time 5 days a week. (i.e. as of 2/26 she was working on M, W, F for 4 hour days, as of 4/6 she has been working M, W, F, for 6 hour days). Please provide your medical rationale to support this from the time of your last appt with her on 2/26.

_____
_____
_____
_____
_____
_____
_____
_____

Please indicate if you plan to schedule a follow up appt to evaluate Ms. Carroll to reassess her condition. Please provide date of the visit.

_____
_____

Benefit Management Services
Syracuse Disability Claim Office
P.O. Box 4925
Syracuse, NY 13221-4925
Fax (800) 615-8134
Hartford 000336

**Physician's signature:** _____ **Date:** _____

A verbal response can be made by calling me at the phone number below. A written response can be faxed to (800) 615-8194. A response is requested by the end of the day on 04/13/2009. If not received by that time, we will make a decision on the claim with the information we have available. Thank you.

If you have any questions, please feel free to contact our office at (800) 538-8439, x56056. Our office hours are 8:00 AM to 8:00 PM EST, Monday through Friday.

Sincerely,

*Karrie A Newkirk, RN CCM*

Karrie A. Newkirk, Clinical Case Manager
Hartford Life and Accident Insurance Co.

Benefit Management Services
Syracuse Disability Claim Office
P.O. Box 4925
Syracuse, NY 13221-4925
Fax (800) 615-8194
Hartford 000337

# Designation of an Authorized Representative

To: Hartford Life and Accident Insurance Company

Plan Beneficiary's Name: Barbara Carroll          Patient's Date of Birth: 10/13/1961

Identification Number: 9002685737          Group Number:

Claim Number (If applicable):

I, Barbara Carroll, do hereby authorize the Plan, or Plan Administrator, to disclose all information, documents and records relevant to my claim for benefits or appeal of a denial of benefits to Terrence A. Low, Esquire of 244 Bridge Street, Springfield, Massachusetts (413) 785-1510 as my representative to participate in the claims and/or Appeals process on my behalf. Relevant documents include copies of Summary Plan Descriptions or Policies and relevant documents as defined at 29 CFR 2560.503-1(m)(8).

I understand that, if the persons or organizations I authorized to receive and/or use the protected information described above are not health plans, covered health care providers or health care clearinghouses subject to federal health information privacy laws, they may further disclose the protected health information and it may no longer be protected by federal health information privacy laws.

The Plan, its subsidiaries, affiliates, employees, officers, and physicians are hereby released from any legal responsibility or liability for disclosure of the above information to the authorized Representative.

The scope of the Representative's authority is not limited to any level of review or possible Appeal. His authority specifically includes the power of attorney to act on my behalf, to receive copies of all correspondence and at his sole request receive for deposit benefit checks including retroactive payments of benefits, or payments in settlement or commutations of claims.

A photostatic or facsimile copy of this authorization and designation shall be as valid and as effective as the original. I understand that I have the right to revoke this designation at any time. Such revocation shall only become effective upon receipt by the Plan of written notice of my revocation.

Plan Beneficiary's Signature: *Barbara J Carroll*          Date: 9/6/10

Address: _____ 15 Rabideau Drive _____

_____ Easthampton, MA 01027 _____

Hartford 000338

# THE LAW OFFICE OF TERRENCE A. LOW

244 Bridge Street,
Springfield, Massachusetts 01103
Tel: (413) 785-1510
Fax: (413) 736-5640

TERRENCE A. LOW
Website: www.TerryALow.com
E-mail: Terry@TerryALow.com

October 14, 2010

Jeromie Hebbard
Hartford Life and Accident Insurance Company
Benefit Management Services
P.O. Box 4871
Syracuse, NY 13221-4871

RE:   **NAME:**     **BARBARA CARROLL**
       **POLICY NO:**    **GLT854371**
       **INSURED ID:**    **9002685737**
       **POLICY HOLDER: PARTNERS FOR COMMUNITY**

Dear Mr. Hebbard:

This is to inform you that I am an authorized representative of the above referenced Plan participant and beneficiary. Please accept this letter as a request for copies of all documents, records, and other information relevant to the claimant's claim for benefits including copies of the Summary Plan Descriptions of both your short and long term disability plans, including modifications and changes, if applicable, and relevant documents as defined at 29 CFR 2560.503-1(m)(8).

This request is being made pursuant to 29 U.S.C. §§1001, 1021 and the above-cited regulations. An Authorization for the release of this information is enclosed herewith.

Very Truly Yours,

Terrence A. Low

TAL/vme

Enclosures

Report: E401773R
Office:
Date Of Report:10/03/2011

The Hartford - Benefit Management Services
Comments Summary Detail Report
Date Range: 04/14/2008 - 05/29/2008
For business Role:
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner: Role: Office:

05/28/2008 08:59:04 a.m. ET Margaret E Brandt Examiner Syracuse   PHONE CALL
Type of Call: Incoming          Date of Call: 05/28/2008
Name: Barbara Carroll
Phone: (413) 527-9723       Extension:          Fax Number:

    Call To/From: Claimant
    Conversation with:

    offset in pay and why?
    adv ee rtw and had to offset for that
    ee calc the hrs and adv big was correct

05/23/2008 10:10:32 a.m. ET Melissa A Shadders Examiner Syracuse   PHONE CALL
Type of Call: Outgoing          Date of Call: 05/23/2008
Name: Hartford Regional Office
Phone: (860) 520-2628       Extension:          Fax Number:

    Call To/From: Other
    Conversation with:
    Not Contacted: Left Message

    pct adv contacted ER and ext dbl claim thru f/t rtw
    is out of the office -- LM advising of claim outcome

05/23/2008 10:09:06 a.m. ET Melissa A Shadders Examiner Syracuse   PHONE CALL
Type of Call: Outgoing          Date of Call: 05/23/2008
Name: Barbara Carroll
Phone: (413) 527-9723       Extension:          Fax Number:

    Call To/From: Claimant
    Conversation with:
    Not Contacted: Left Message

    pct adv of partial offset placed and ext thru 5/18/08, rrtw 5/19/08 full time

    LM for c/b

05/23/2008 10:05:38 a.m. ET Melissa A Shadders Examiner Syracuse   CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan

    Sign off required: N

    p: added partial offsets, ext thru 5/18/08

    w/e 5/11/08:

    A=AWW
    B= weekly from Er
    C=benefits amt (13)

    A =    $673.08
    B =    $269.28
    C =    $400.00

Hartford 000320

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 04/14/2008 - 05/28/2009
For business Role:
Claimant: Barbara Carroll 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
Case Partners For Community
Claim Owner: Role: Office:

Partial offset =           $160.03

Partial benefit =          $239.97

w/e 5/18/08:   A=NNN
               B= weekly from Er
               Comentics amt (13)
               A =    $673.08
               B =    $504.90
               C =    $400.00

Partial offset =           $300.05

Partial benefit =          $99.95

05/23/2008 09:57:56 a.m. ET Melissa A Shedders Examiner Syracuse   PHONE CALL
Type of Call: Outgoing           Date of Call: 05/27/2008
Name: Partners For Community
Phone: (413) 272-2218    Extension:        Fax Number:

Call To/From: Employer
Conversation with:

    pct get the ee's partial hrs.
    stated the ee rtw 5/6/08 - worked 5/6/08 thru 5/9/08 4hrs per day-16hrs
                              worked 5/12/08 thru 5/16/08 6 hrs per day - 30hrs
    rtw 5/19/08 f/t
    verified ee works 40hrs per wk to calculate partial bens, ndov'd will calculate partial benefits and issue partial
    payment to the EE today

05/22/2008 03:16:16 p.m. ET Elizabeth L Taylor Examiner Syracuse   PHONE CALL
Type of Call: Incoming           Date of Call: 05/22/2008
Name: Hartford Regional Office
Phone:                   Extension:        Fax Number:

Call To/From: Other
Conversation with: Brian Quiggly

    brian called rqq'd we contact peggy in hr, brian reg'd to leave vm for a/a
    transfered to a/a vm with permission

05/22/2008 02:51:07 p.m. ET Sharon A Green Examiner Syracuse   PHONE CALL
Type of Call: Incoming           Date of Call: 05/22/2008
Name: Hartford Regional Office

Call To/From: Other
Conversation with:

Hartford 000321

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 04/14/2008 - 05/28/2008
For business Role:
Claimant: Barbara Carroll 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
Claim: Partners For Community
Claim Concur Role: Office:

Phone:                Extension:          Fax Number:

    sales office called in on med process
    adv it is up to ee to get addl info

    adv pct get the date the ee rtw 4hrs per day for 1wk and then 6hrs per day for 1wk, then f/t after that
    sales office called in and conf ee in online

    ee rtw pt 4 hours a day
    5/6, pt 4 days at 4 hours a day
    5/6, 5/7, 5/8, 5/9

    6 hrs a day on
    5/12-5/16

    Full time on 5/19 to present

    adv we would need to call in hours to confirm

    call was disconnected


05/12/2008 01:29:00 p.m. EY Melissa A Shedders Examiner Syracuse  PHONE CALL
Type of Call: Outgoing                Date of Call: 05/12/2008
Name: Barbara Carroll                                          Call To/From: Claimant
Phone: (413) 527-9723   Extension:         Fax Number:         Conversation with:
                                                              Not Contacted: L4nu Busy

    pct get the date the ee rtw 4hrs per day for 1wk and then 6hrs per day for 1wk, then f/t after that

    busy


05/12/2008 01:26:36 p.m. EY Melissa A Shedders Examiner Syracuse  CLAIM MANAGEMENT   Sign off required: N
Recommendation/Plan: Examiner Claim Management Plan

    rec'd med 5/9/08, Dr Norris.

    c: rec'd OH from 5/5/08 OV, the e eeas seen for eval. ee lov 4/17/08 was for rt sided spinal injection, ee did well
    with no pain for 1wk, able to stop oxycodne, developed shooting pain on left side with low back, eased by wearing SI
    compression brace, has some mild to moderate pain localized to the rt buttick, intermittent, aggravated with prolonged
    sitting ease by changing position, exam: full pain free ROM in the lumbar spine, no tenderness over palpation over the
    spine or paraspinal muscles, SLR is neg, no swelling of the LE, no sciatic notch tenderness, the e has good response to
    epidural for the rt sided radiculopathy, some intermittent sacroiliac pain on the left side that is usually controlled
    with the brace, the ee is rtw 4hrs a wk for 1wk, 6hrs per wk the next 4k and then 8hrs the following WK, f/v as needed.
    a: med supports the ee's p/t rtw, ee is a accts recuvable clerk with a light work
    occr, the ee is required to do occr standing and walking, constant sitting, freq hand use, data input and writing.

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 04/14/2008  05/28/2008
For Business Role:
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner: Role: Office:

P: unsure when the ee's p/t work started, need the date the ee rtw, then will need to f/u with ER for partial hrs

05/09/2008 12:56:13 p.m. ET Lisa J Dunworth Examiner Syracuse GENERAL
Type: Mail Receipt

fax MED recd

05/09/2008 11:30:08 a.m. ET Marnie Webb Examiner Syracuse PHONE CALL
Type of Call: Incoming                    Date of Call: 05/09/2008       Call To/From: Medical Provider
Name: Dr Morris                                                         Conversation with:
Phone: (413) 587-5384       Extension:          Fax Number:

apo ? why we need another aps filled out if they just sent one on 29-APR
apo apo that we need ou's
apo adv she will fax in today

05/06/2008 04:36:07 p.m. ET Melissa A Shudders Examiner Syracuse CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                     Sign off required: N

rec'd cow note, 5/9/08

a: cow note states the ee is allowed to rtw 4hrs wk for 1 wk then 6hrs a wk for 1wk, then f/c
p: need FULL med update to support the partial rtw

05/05/2008 02:18:29 p.m. ET James E Butts Examiner Syracuse GENERAL
Type: Mail Receipt

.fax MED rcvd

04/30/2008 02:18:29 p.m. ET Tania M Scholder Examiner Syracuse PHONE CALL
Type of Call: Incoming                    Date of Call: 04/30/2008       Call To/From: Claimant
Name: Barbara Carroll                                                   Conversation with:
Phone: (413) 527-9723       Extension:          Fax Number:

called back
adv of ext and of need for ou's if ee cow beyond and
ee asking if policy has partial coverage--adv yes.

04/30/2008 12:32:25 p.m. ET Melissa A Shudders Examiner Syracuse PHONE CALL
Type of Call: Outgoing                    Date of Call: 04/30/2008       Call To/From: Claimant
Name: Barbara Carroll                                                   Conversation with:

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range 04/14/2008 - 05/28/2008
For business Role:
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner: Role: Office:

Phone: (413) 527-9723      Extension:          Fax Number:

pct adv of ext thru nov

LM for c/b

04/30/2008 12:28:16 p.m, ET Melissa A Shadders Examiner Syracuse  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                      Sign off required: N

med rec'd 4/29/08, Dr Norris, p: 413-587-5384, f: 413-385-0018

o: ee is cow due to rt L5-S1 disc herniation, sec dx: lumbar radiculopathy, the ee has pain at lumbosacral junction,
pain of SI joint, MRI of lumbar spine reveals the dx, low 4/9/08, nov 5/5/08, the ee had lumbar epidural on 4/17/08,
is treated as needed, rec'd ON from 4/18/08, the ee's dx only became clear after the MRI on 3/25/08, the ee was treate
with epidural injection on 4/17/08, do not know yet how the ee will do with this, whether the ee will need further
injections or not, or poss surgical treatment, the ee will remain obr'd past 4/7/08, the ee has significant physical
limitations, ap indicates if required FCE, can be arranged if we pay for it, rec'd MRI report,
a: ee is a sedentable clerk with a light work occ, the ee is required to do occ standing and walking, constant
sitting, freq hand use, data input and writing, the ee's nov is 5/5/08, the ee is limited from performing occ at this
time, will request the ee's OR's if cow longer,
p: ext thru 5/5/08, need OR's to ext further.

04/29/2008 12:25:13 p.m. ET Christopher A Bergman Examiner Syracuse  GENERAL
Type: Mail Receipt

fax aps w med rcvd

04/29/2008 08:12:00 a.m. ET Anthony A Sansone Examiner Syracuse  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                      Sign off required: N

rec'd no med
termed claim

04/25/2008 08:54:07 a.m. ET Jessica Y Maney Examiner Syracuse  PHONE CALL
Type of Call: Incoming         Date of Call: 04/25/2008      Call To/From: Claimant
Name: Barbara Carroll                                        Conversation with:
Phone: (413) 527-9723      Extension:          Fax Number:

ee rec call
adv of ext thru 04/17/2008
adv once rec aps will rev. for ext

Hartford 000324

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 04/14/2008 - 06/18/2008
For Business Role
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner: Role: Office:

04/25/2008 08:23:38 a.m. BY Evonne S Gould Examiner Syracuse    PHONE CALL
Type of Call: Outgoing          Date of Call: 04/25/2008
Name: Barbara Carroll                                           Call To/From: Claimant
Phone: (413) 527-9723    Extension:      Fax Number:            Conversation with: Mother
                                                                Not Contacted: Left Message

exc claim to 17apr. Co for nov date, rrtw time frame.  Need med update with specific r/l, nov date, rrtw time frame to
review for exc.
in

04/25/2008 08:14:27 a.m. BY Evonne S Gould Examiner Syracuse  CLAIM MANAGEMENT    Sign off required: N
Recommendation/Plan: Examiner Claim Management Plan

a: rec'd office note dated 04/09/08. EE HAD mri in 25mar, showed large R sided sic herniation at L5-S1, TX: epidural
steroid injection of the R sided L5-S1, but have not not yet done that. Symp: pain moderate to severe, more continuous
than not, radiation down the leg, aggravated with activity in general, especially sitting, bending, eased somewhat by
lying down with a combination of oxycodone and oxycontin. Takes 10mg oxycontin two to three times a day, 15mg of
oxycodone 2x a day for breakthrough pain. EE scheduled for epidural injection on 17apr. Ap adv significant physical
limitation due to the disk & radiculopathy.  As ee is still having moderate to severe pain, has significant physical
limitation, epidural injection was scheduled for 17apr, ee's condition is  aggravated with activity in general,
especially sitting, bending. EE job involves cont. sitting, med supports ee's inability to perform job ccc.

P: exc claim to 17apr. Co for nov date, rrtw time frame.  Need med update with specific r/l, nov date, rrtw time frame
to review for exc.

04/24/2008 09:40:35 a.m. BY Tina M Larosa Examiner Syracuse  GENERAL
Type: Mail Receipt

mail med rcvd

04/23/2008 12:43:12 p.m. BY Jennifer M Chesbro Examiner Syracuse  PHONE CALL
Type of Call: Incoming          Date of Call: 04/23/2008
Name: Barbara Carroll                                           Call To/From: Claimant
Phone: (413) 527-9723    Extension:      Fax Number:            Conversation with:

ee requesting an apa be faxed to Dr. Norris @ 413-585-0618
sent

04/17/2008 06:50:56 a.m. BY Ryan M Petermoser Examiner Syracuse  CLAIM MANAGEMENT    Sign off required: N
Recommendation/Plan: Examiner Claim Management Plan

Hartford 000325

Report: K401773a
Office:
Date Of Report:10/03/2011

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 04/14/2008 - 05/28/2008
For business role:
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner: Role: Office:

Page 7

no amd rec'd
set auto close
set send to close

04/14/2008 03:23:28 p.m. ET Evonne E Gould Examiner Syracuse    PHONE CALL.
Type of Call: Outgoing        Date of Call: 04/14/2008
Name: Barbara Carroll
Phone: (413) 527-9723           Extension:            Fax Number:

co to adv
Approv and ?Apr.  Need med update if cow longer.
busy
busy
busy                                                      Call To/From: Claimant
                                                          Conversation with:
sent approv letter with aps                               Not Contacted: Line Busy

04/14/2008 03:15:02 p.m. ET Evonne E Gould Examiner Syracuse   CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan

        Initial Claim Review and Plan                          Sign off required: N

ER Contact:  Peggy Roehel
Address      1628-1640 main st. springfield, ma 01103
Phone #:     413-272-2200 ext 218
Fax #:       413-731-5399
FICA %       100.00%
RTW Date (if provided):          na
FMLA Effective (if applicable):
Wages Continued/Sick Pay?        yes
From and Through dates:          03/12-03/21
ER info completed by:            Peggy Roehel
Claimant's Occupation                          accts receivable

Standing        o
Walking         o
Sitting         o
Balance
Stooping
Kneeling
Crouch
Crawling

Hartford 000326

The Hartford - Benefit Management Services
Comments: Summary De-Call Report
Date Range: 04/14/2008 - 05/28/2008
For business Role:
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner: Role: Office:

Overhead
Hand use
Climbing
Pulling
Pushing
Lifting
Carrying
Major Tasks  data input, writing 75%.
Can job be done sitting or standing? no
Mod. To accommodate the disab temp or perm? no
Possible to offers
Other Requirements
Comments.

AP Name:        Richard Norris md
Specialty:      pm + R /spine
Phone #:        413-586-5334
Fax #:          413-585-0018
Comments        ap adv ded limar. DX: lumbar disk herniation, 722.10. Symp: back & leg pain.

EE Information:
Accident Details (if applicable):
FFT Requested?                       na
Signed Authorization On File?        yes

ASSESSMENT: LBN&Umar ap adv ded limar. DX: lumbar disk herniation, 722.10. Symp: back & leg pain.
duration.

PLAN:      Approv ded 7apr.  Need med update if cow longer. Refer claim to specialty team.

Hartford 000327



THE
HARTFORD

April 14, 2008

Barbara J. Carroll
15 Rabideau Drive
Easthampton, MA 01027

Policy Holder:   Partners For Community
Claimant:        Barbara J. Carroll
Insured ID:      9002685737
Policy Number:   GRH 854371

Dear Ms. Carroll:

We are pleased to inform you that we have approved for payment your claim for Short Term
Disability (STD) benefits effective 03/25/2008. We are sending the initial benefit payment under
separate cover, and it should arrive shortly.

We have approved Short Term Disability benefits through 04/07/2008. If your disability extends
beyond this approval date, you must provide us with medical evidence to support an extension of
benefits.

Enclosed is an Attending Physician Statement (APS) that your physician must complete and return
to us within thirty (30) days from the date of this letter. We need a completed APS so that we may
determine whether you are entitled to additional benefit payments.

If you have returned or will be returning to work prior to 04/08/2008, please contact our office and
notify us of your return.

If you have any questions, please feel free to contact our office at (800) 538-8439. Our office hours
are 8:00 AM to 8:00 PM EST, Monday through Friday.

Sincerely,


Evonne Gould, Ability Analyst
Hartford Life and Accident Insurance Co.


Enclosure

Benefit Management Services
Syracuse Disability Claim Office
P.O. Box 4925
Syracuse, NY 13221-4925
Fax (877) 431-8901
Hartford 000328



THE HARTFORD

March 23, 2009

Barbara Carroll
15 Rabideau Drive
Easthampton, MA 01027

Policy Holder:    Partners For Community
Claimant:         Barbara Carroll
Insured ID:       9002685737
Policy Number:    GRH 854371

Dear Ms. Carroll:

We are writing to you about your claim for Short Term Disability (STD) benefits. These benefits
are under the group insurance policy number GRH 854371 for Partners For Community.

We have completed our review of your claim for benefits and have determined that no benefits are
payable beyond 03/06/2009.

Your policy states on pages 11 and 16:

**"Disabled and Working** means that You are prevented by:
1) Injury;
2) Sickness;
3) Mental Illness;
4) Substance Abuse; or
5) pregnancy
from performing some, but not all of the Essential Duties of Your Occupation, are working on a
part-time or limited duty basis, and as a result, Your Current Weekly Earnings are more than 20%,
but are less than or equal to 80% of Your Predisability Earnings."

**"Termination of Payment:** *When will my benefit payments end?*
Benefit payments will stop on the earliest of:
1) the date You are no longer Disabled;
2) the date You fail to furnish Proof of Loss;
3) the date You are no longer under the Regular Care of a Physician;
4) the date You refuse Our request that You submit to an examination by a Physician or other
qualified medical professional;
5) the date of Your death;
6) the date You refuse to receive recommended treatment that is generally acknowledged by
Physicians to cure, correct or limit the disabling condition;
7) the last day benefits are payable according to the Maximum Duration of
Benefits;

Benefit Management Services
Syracuse Disability Claim Office
P.O. Box 4925
Syracuse, NY 13221-4925
Fax (877) 431-8901

Hartford 000329

8) the date Your Current Weekly Earnings exceed 80% of Your Pre-disability Earnings if You are receiving benefits
for being Disabled from Your Occupation; or
9) the date no further benefits are payable under any provision in The Policy that limits benefit duration.

We based our decision to deny your claim on policy language. All the papers contained in your file were viewed as a whole. This included:

- A claim filed online by you on 02/23/2009.
- A Certification Form received from your Employer on 03/03/2009.
- A phone call to you on 02/27/2009 and 03/09/2009.
- A phone call to Dr. Norris on 03/09/2009 and 03/12/2009.
- A phone call from Dr. Norris on 03/12/2009.
- A phone call to Dr. Thein on 03/13/2009.

To continue to meet the definition of Disabled and Working above, you must continue to be unable to perform the essential duties of your occupation as an Accounts Receivable Representative. The essential duties of this occupation include billing state, federal and local contracts. The physical demands associated with these duties include sitting, typing and clerical work.

Your benefits have been approved from 02/09/2009 through 03/06/2009. We do not have any medical information in your file to review in order to decide if you continue to meet the definition of Disabled and Working after this time period.

On 03/09/2009 and 03/12/2009 we contacted Dr. Norris's office to get a medical update. On 03/13/2009 we contacted Dr. Thein's office to get a medical update. To date we have not received a response.

Upon review of all the medical information contained in your file, we are unable to conclude that your medical condition causes you to be prevented from performing the duties of your occupation.

Because the combined information in your file does not show that you are unable to perform the essential duties of your occupation on a part time basis as of 03/07/2009, we must deny your claim for STD benefits beyond 03/06/2009.

The following information, not previously submitted is necessary for a determination of your claim. Specifically, a medical update from a physician certifying your disability beyond 03/06/2009. This information is necessary because the information in your claim file does not show that you are unable to perform your occupation as of 03/07/2009. If you would like this information considered, we must receive it as soon as possible.

The Employee Retirement Income Security Act of 1974 (ERISA) gives you the right to appeal our decision and receive a full and fair review. You may appeal our decision even if you do not have new information to send us. You are entitled to receive, upon request and free of charge, reasonable

Hartford 000330

access to, and copies of, all documents, records and other information relevant to your claim. If you do not agree with our denial, in whole or in part, and you wish to appeal our decision, you or your authorized representative must write to us within one hundred eighty (180) days from your receipt of this letter. Your appeal letter should be signed, dated and clearly state your position. Please include your printed or typed full name, Policyholder, and at least the last four digits of your Social Security Number with your appeal letter (i.e.xxx-xx-1234). Along with your appeal letter, you may submit written comments, documents, records and other information related to your claim.

Once we receive your appeal, we will again review your entire claim, including any information previously submitted and any additional information received with your appeal. Upon completion of this review, we will advise you of our determination. After your appeal, and if we again deny your claim, you then have the right to bring a civil action under Section 502(a) of ERISA.

Please send your appeal letter to:

The Hartford
Attn: Appeal Unit
P.O. Box 4925
Syracuse, NY 13221-4925

If you have any questions, please feel free to contact our office at (800) 538-8439. Our office hours are 8:00 AM to 8:00 PM EST, Monday through Friday.

Sincerely,

*Jennifer LaCount*

Jennifer L. Lacount, Ability Analyst
Hartford Life and Accident Insurance Co.

Benefit Management Services
Syracuse Disability Claim Office
P.O. Box 4925
Syracuse, NY 13221-4925
Fax (877) 431-8901
Hartford 000331



THE
HARTFORD

March 17, 2009

Barbara Carroll
15 Rabideau Drive
Easthampton, MA 01027

| | |
|---|---|
| Policy Holder: | Partners For Community |
| Claimant: | Barbara Carroll |
| Insured ID: | 9002685737 |
| Policy Number: | GRH 854371 |

Dear Ms. Carroll:

We are writing to you about your claim for Short Term Disability (STD) benefits. These benefits are under the group insurance policy number GRH 854371 for Partners For Community.

We have completed a review of your claim for Short Term Disability benefits and have determined that no benefits are payable beyond 03/06/2009.

Your policy states on pages 16 and 18:

**"Disabled and Working** means that You are prevented by:
1) Injury;
2) Sickness;
3) Mental Illness;
4) Substance Abuse; or
5) pregnancy
from performing some, but not all of the Essential Duties of Your Occupation, are working on a part-time or limited duty basis, and as a result, Your Current Weekly Earnings are more than 20%, but are less than or equal to 80% of Your Predisability Earnings."

**"Termination of Payment:** *When will my benefit payments end?*
Benefit payments will stop on the earliest of:
1) the date You are no longer Disabled;
2) the date You fail to furnish Proof of Loss;
3) the date You are no longer under the Regular Care of a Physician;
4) the date You refuse Our request that You submit to an examination by a Physician or other qualified medical professional;
5) the date of Your death;
6) the date You refuse to receive recommended treatment that is generally acknowledged by Physicians to cure, correct or limit the disabling condition;
7) the last day benefits are payable according to the Maximum Duration of Benefits;

Benefit Management Services
Syracuse Disability Claim Office
P.O. Box 4925
Syracuse, NY 13221-4925
Fax (877) 431-8901
Hartford 000332

8) the date Your Current Weekly Earnings exceed 80% of Your Pre-disability Earnings if You are receiving benefits for being Disabled from Your Occupation; or

9) the date no further benefits are payable under any provision in The Policy that limits benefit duration."

We based our decision to terminate your claim on policy language. All the information contained in your file was viewed as a whole. This included the following:

- A claim filed online by you on 02/23/2009.
- A Certification Form received from your Employer on 03/03/2009.
- A phone call to you on 02/27/2009 and 03/09/2009.
- A phone call to Dr. Norris on 03/09/2009 and 03/12/2009.
- A phone call from Dr. Norris on 03/12/2009.
- A phone call to Dr. Thein on 03/13/2009.

To continue to meet the definition of Total Disability above, you must continue to be unable to perform the essential duties of your occupation as an Accounts Receivable Representative. The essential duties of this occupation include billing state, federal and local contracts. The physical demands associated with these duties include sitting, typing and clerical work.

Your benefits have been approved from 02/09/2009 through 03/06/2009. We do not have any medical information in your file to review in order to decide if you continued to meet the definition of Total Disability after this time period.

On 03/09/2009 and 03/12/2009 we contacted Dr. Norris's office to get a medical update. On 03/13/2009 we contact Dr. Thein's office to get a medical update. To date we have not received a response.

Upon review of all the medical information contained in your file, we are unable to conclude that your medical condition causes you to be prevented from performing the duties of your occupation.

Because the combined information in your file does not show that you are unable to perform the essential duties of your occupation on a part time basis as of 03/07/2009, we must deny your claim for STD benefits beyond 03/06/2009.

The following information, not previously submitted is necessary for a determination of your claim. Specifically, a medical update from a physician certifying your disability beyond 03/06/2009. This information is necessary because the information in your claim file does not show that you are unable to perform your occupation as of 03/07/2009. If you would like this information considered, we must receive it as soon as possible.

The Employee Retirement Income Security Act of 1974 (ERISA) gives you the right to appeal our decision and receive a full and fair review. You may appeal our decision even if you do not have new information to send us. You are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your claim. If you

Hartford 000333

do not agree with our denial, in whole or in part, and you wish to appeal our decision, you or your authorized representative must write to us within one hundred eighty (180) days from your receipt of this letter. Your appeal letter should be signed, dated and clearly state your position. Please include your printed or typed full name, Policyholder, and at least the last four digits of your Social Security Number with your appeal letter (i.e.xxx-xx-1234). Along with your appeal letter, you may submit written comments, documents, records and other information related to your claim.

Once we receive your appeal, we will again review your entire claim, including any information previously submitted and any additional information received with your appeal. Upon completion of this review, we will advise you of our determination. After your appeal, and if we again deny your claim, you then have the right to bring a civil action under Section 502(a) of ERISA.

Please send your appeal letter to:

The Hartford
Attn: Appeal Unit
P.O. Box 4925
Syracuse, NY 13221-4925

If you have any questions, please feel free to contact our office at (800) 538-8439. Our office hours are 8:00 AM to 8:00 PM EST, Monday through Friday.

Sincerely,

*Jennifer LaCount*

Jennifer L. Lacount, Ability Analyst
Hartford Life and Accident Insurance Co.

Benefit Management Services
Syracuse Disability Claim Office
P.O. Box 4925
Syracuse, NY 13221-4925
Fax (877) 431-8901
Hartford 000334



THE
HARTFORD

March 17, 2009

Diana Mieltowski
Partners For Community
11 - 13 Hampden Street
Springfield, MA 01103

Policy Holder:    Partners For Community
Claimant:         Barbara Carroll
Insured ID:       9002685737
Policy Number:    GRH 854371

Dear Diana Mieltowski:

We are writing to you regarding the claim for Short Term Disability (STD) benefits on behalf of
Barbara Carroll.

We have completed our review of this claim and have not received medical information to support
their claim of total disability from their own occupation beyond the current authorized end date of
03/06/2009.

Therefore, we have terminated this claim for benefits and have notified Ms. Carroll of our decision.

If you have any questions, please feel free to contact our office at (800) 538-8439. Our office hours
are 8:00 AM to 8:00 PM EST, Monday through Friday.

Sincerely,

*Jennifer LaCount*

Jennifer LaCount, Ability Analyst
Hartford Life and Accident Insurance Co.

Benefit Management Services
Syracuse Disability Claim Office
P.O. Box 4925
Syracuse, NY 13221-4925
Fax (877) 431-8901
Hartford 000335



THE
HARTFORD

April 9, 2009

Richard Norris, MD
15 Straw Ave
Florence, MA 01062

| | |
|---|---|
| Policy Holder: | Partners For Community |
| Claimant: | Barbara Carroll |
| Insured ID: | 9002685737 |
| Policy Number: | GRH 854371 |

Dear Dr. Norris:

I am a Clinical Case Manager with The Hartford.  We are handling the Short Term Disability (STD) claim for Barbara Carroll. Additional information is needed to help us understand your patient's current capabilities and medical condition.

Please answer the following questions:

I would greatly appreciate your assistance in clarifying exactly when Ms. Carroll's return to work schedule may increase from part time to full time through your estimated date she will be ready to work her job full time 5 days a week. (i.e. as of 2/26 she was working on M, W, F for 4 hour days, as of 4/6 she has been working M, W, F, for 6 hour days). Please provide your medical rationale to support this from the time of your last appt with her on 2/26.

_____
_____
_____
_____
_____
_____
_____

Please indicate if you plan to schedule a follow up appt to evaluate Ms. Carroll to reassess her condition. Please provide date of the visit.

_____
_____

Benefit Management Services
Syracuse Disability Claim Office
P.O. Box 4925
Syracuse, NY 13221-4925
Fax (800) 615-9334

Hartford 000336

**Physician's signature:** _____ **Date:** _____

A verbal response can be made by calling me at the phone number below. A written response can be faxed to (800) 615-8194. A response is requested by the end of the day on 04/13/2009. If not received by that time, we will make a decision on the claim with the information we have available. Thank you.

If you have any questions, please feel free to contact our office at (800) 538-8439, x56056. Our office hours are 8:00 AM to 8:00 PM EST, Monday through Friday.

Sincerely,

*Karrie A Newkirk, RN CCM*

Karrie A. Newkirk, Clinical Case Manager
Hartford Life and Accident Insurance Co.

Benefit Management Services
Syracuse Disability Claim Office
P.O. Box 4925
Syracuse, NY 13221-4925
Fax (800) 615-8194
Hartford 000337

## Designation of an Authorized Representative

To: Hartford Life and Accident Insurance Company

Plan Beneficiary's Name: Barbara Carroll        Patient's Date of Birth: 10/13/1961

Identification Number: 9002685737        Group Number:

Claim Number (If applicable):

I, Barbara Carroll, do hereby authorize the Plan, or Plan Administrator, to disclose all information, documents and records relevant to my claim for benefits or appeal of a denial of benefits to Terrence A. Low, Esquire of 244 Bridge Street, Springfield, Massachusetts (413) 785-1510 as my representative to participate in the claims and/or Appeals process on my behalf. Relevant documents include copies of Summary Plan Descriptions or Policies and relevant documents as defined at 29 CFR 2560.503-1(m)(8).

I understand that, if the persons or organizations I authorized to receive and/or use the protected information described above are not health plans, covered health care providers or health care clearinghouses subject to federal health information privacy laws, they may further disclose the protected health information and it may no longer be protected by federal health information privacy laws.

The Plan, its subsidiaries, affiliates, employees, officers, and physicians are hereby released from any legal responsibility or liability for disclosure of the above information to the authorized Representative.

The scope of the Representative's authority is not limited to any level of review or possible Appeal. His authority specifically includes the power of attorney to act on my behalf, to receive copies of all correspondence and at his sole request receive for deposit benefit checks including retroactive payments of benefits, or payments in settlement or commutations of claims.

A photostatic or facsimile copy of this authorization and designation shall be as valid and as effective as the original. I understand that I have the right to revoke this designation at any time. Such revocation shall only become effective upon receipt by the Plan of written notice of my revocation.

Plan Beneficiary's Signature: _Barbara J Carroll_    Date: _9/6/10_

Address: _____15 Rabideau Drive_____

_____Easthampton, MA 01027_____

# THE LAW OFFICE OF TERRENCE A. LOW

244 Bridge Street,
Springfield, Massachusetts 01103
Tel: (413) 785-1510
Fax: (413) 736-5640

TERRENCE A. LOW
Website: www.TerryALow.com
E-mail: Terry@TerryALow.com

October 14, 2010

Jeromie Hebbard
Hartford Life and Accident Insurance Company
Benefit Management Services
P.O. Box 4871
Syracuse, NY 13221-4871

| RE: | NAME: | **BARBARA CARROLL** |
| --- | --- | --- |
| | POLICY NO: | **GLT854371** |
| | INSURED ID: | **9002685737** |
| | POLICY HOLDER: | **PARTNERS FOR COMMUNITY** |

Dear Mr. Hebbard:

This is to inform you that I am an authorized representative of the above referenced Plan participant and beneficiary. Please accept this letter as a request for copies of all documents, records, and other information relevant to the claimant's claim for benefits including copies of the Summary Plan Descriptions of both your short and long term disability plans, including modifications and changes, if applicable, and relevant documents as defined at 29 CFR 2560.503-1(m)(8).

This request is being made pursuant to 29 U.S.C. §§1001, 1021 and the above-cited regulations. An Authorization for the release of this information is enclosed herewith.

Very Truly Yours,

Terrence A. Low

TAL/vme

Enclosures

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 04/14/2008 - 05/28/2008
For Business Role:
Claimant: Barbera Carroll 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
Case: Fractures For Community
Claim Owner: Role: Office:

Sign off required: N

04/14/2008 03:15:02 p.m. ET Zvonne E Gould Examiner Syracuse CLAIM MANAGEMENT
Recommendation/Plan: Examiner Initial Claim Management Plan

Initial Claim Review and Plan

ER Contact:        Peggy Rechsel
Address            1428-1449 main st, springfield, ma 01103
Phone #:           413-272-2200 ext 218
Fax #:             413-731-5399
FICA %             100.00%
RTW Date (if provided):        na
FMLA Effective (if applicable):    yes
Wages Continued/Sick Pay?          yes
From and Through dates:       03/12-03/21
ER Info Completed by:         Peggy Rechsel
Claimant's Occupation

                                          accts receivable

Standing            o
Walking             o
Sitting             o
Balance
Stooping
Kneeling
Crouch
Crawling
Overhead            £
Hand use
Climbing
Pushing
Pulling
Lifting
Carrying
Major Tasks  data input, writing 75%
Can job be done sitting or standing? no
Med. To accomodate the disab temp or perm?  no
Possible to offer assistance to ee in doing the occ? no
Other Requirements
Comments:

AP Name:      Richard Morris md
Specialty:    pm + R /spine
Phone #:      413-684-5394
Fax #:        413-585-0018

Hartford 000340

The Hartford - Benefit Management Services
Comments Summary Detail Report
Date Range: 04/14/2008 - 05/28/2008
For business Role:
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner: Role: Office:

Comments    up adv dod limar. DX: lumbar disk herniation, 722.10. Symp: back & leg pain.

EE information
Accident Details (if applicable):    na
PTT Requested?    $0.00
Signed Authorization On File?    yes

ASSESSMENT: LEN/Omar up adv dod limar. DX: lumbar disk herniation, 722.10. Symp: back & leg pain. Med supports
duration.

PLAN:    Approv aed 7apr. Need med update if cow longer. Refer claim to apecialiy team.

04/14/2008 03:23:28 p.m. ET Evonne E Gould Examiner Syracuse PHONE CALL
Type of Call: Outgoing        Date of Call: 04/14/2008
Name: Barbara Carroll                                        Call To/From: Claimant
Phone: (413) 527-9723    Extension:    Fax Number:            Conversation with:
                                                            Not Contacted: Line Busy
co to adv
Approv aed 7apr.  Need med update if cow longer.
busy
busy
busy

sent approv letter with aps

04/17/2008 06:50:36 a.m. ET Ryan M Pacsnooster Examiner Syracuse CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan        Sign off required: N

no med rec'd
set auto close
set send to close

04/23/2008 12:43:12 p.m. ET Jennifer M Chesbro Examiner Syracuse PHONE CALL
Type of Call: Incoming        Date of Call: 04/23/2008
Name: Barbara Carroll                                        Call To/From: Claimant
Phone: (413) 527-9723    Extension:    Fax Number:            Conversation with:

we requesting an aps be faxed to Dr. Norris @ 413-585-0018
sent

04/24/2008 09:40:35 a.m. ET Tina M Larosa Examiner Syracuse GENERAL
Type: Mail Receipt

Hartford 000341

Report: E601773R
Office:
Date Of Report:03/27/2012

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 04/14/2008 - 05/28/2008
For Business Role
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner: Role: Office

Page 3

mail med rcvd

04/25/2008 08:14:27 a.m. BY Evonne E Gould Examiner Syracuse CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                    Sign off required: N

a: rec'd office note dated 04/09/08. EE HAD mar in 2hmr. showed large R sided s/c herniation at L5-Sl. TX: epidural
steroid injection of the R sided L5-Sl. has have not not yet done that. Symp pain moderate to severe, more continuous
than not, radiation down the leg. aggravated with activity in general, especially sitting, bending. eased somewhat by
lying down with a combination of oxycodone and oxycontin. Takes 10mg oxycontin two to three times a day, 10 mg of
oxycodone 2x a day for breakthrough pain. EE scheduled for epidural injection on 17apr. Ag adv significant physical
limitation due to the disk & radiculopathy.   Ae ee is still having moderate to severe pain, has significant physical
limitation, epidural injection was scheduled for 17apr. ee's condition is aggravated with activity in general,
especially sitting, bending. EE job involves cont. sitting, med supports ee's inability to perform job occ.

P: ext claim to 17apr. Co for nov date, rrtw time frame.  Need med update with specific r/l, nov date, rrtw time frame
to review for ext.

04/25/2008 08:23:38 a.m. BY Evonne E Gould Examiner Syracuse  PHONE CALL
Type of Call: Outgoing          Date of Call: 04/25/2008                Call To/From: Claimant
Name: Barbara Carroll                                                  Conversation with: Mother
Phone: (413) 527-9723      Extension:        Fax Number:               Not Contacted: Left Message

ext claim to 17apr. Co for nov date, rrtw time frame.  Need med update with specific r/l, nov date, rrtw time frame to
review for ext.
lm

04/25/2008 08:56:07 a.m. BY Jessica Y Haney Examiner Syracuse  PHONE CALL
Type of Call: Incoming          Date of Call: 04/25/2008                Call To/From: Claimant
Name: Barbara Carroll                                                  Conversation with:
Phone: (413) 527-9723      Extension:        Fax Number:

ee rec call
adv of ext thru 04/17/2008
adv once rec upa will rev. for ext

04/29/2008 08:12:00 a.m. BY Anthony A Sansone Examiner Syracuse  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                    Sign off required: N

rec'd no med

Hartford 000342

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 04/14/2008 - 05/28/2008
For business Role:
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner: Role: Office

termed claim

04/29/2008 12:25:13 p.m. ET Christopher A Bergman Examiner Syracuse GENERAL
Type: Mail Receipt

    fax aps w med rcvd

04/30/2008 12:28:16 p.m. ET Melissa A Shedders Examiner Syracuse CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                    Sign off required: N

    med rec'd 4/29/08, Dr Norris, p: 413-587-5384, f: 413-585-0018

    ou ee is now due to rt L5-S1 disc herniation, sec dxr lumbar radiculopathy, the ee has pain at lumbosacral junction,
    pain of SI joint, MRI of lumbar spine reveals the dx, lov 4/9/08, nov 5/5/08, the ee had lumbar epidural on 4/17/08,
    is treated as needed, rec'd ON from 4/18/08, the ee's dx only become clear after the MRI on 3/25/08, the ee was treated
    with epidural injection on 4/17/08, do now know yet how the ee will do with this, whether the ee will need further
    injections or not, or poss surgical treatment, the ee will remain dh'd past 4/7/08, the ee has significant physical
    limitations, ay indicates if required PCD, can be arranged if we pay for it, rec'd MRI report,
    ai ee is a accts receivable clerk with a light work occ, the ee is required to do occ standing and walking, constant
    sitting, freq hand use, data input and writing, the ee's nov is 5/5/08, the ee is limited from performing occ at this
    time, will request the ee's ON's if ee cos longer,
    p: ext thru 5/5/08, need ON's to ext further,

04/30/2008 12:32:25 p.m. ET Melissa A Shedders Examiner Syracuse PHONE CALL
Type of Call: Outgoing          Date of Call: 04/30/2008              Call To/From: Claimant
Name: Barbara Carroll                                                 Conversation with:
Phone: (413) 527-9723         Extension:        Fax Number:

    pct adv of ext thru nov

    LM for c/b

04/30/2008 02:18:29 p.m. ET Tania M Scholdor Examiner Syracuse PHONE CALL
Type of Call: Incoming          Date of Call: 04/30/2008              Call To/From: Claimant
Name: Barbara Carroll                                                 Conversation with:
Phone: (413) 527-9723         Extension:        Fax Number:

    called back,
    adv of ext and of need for on's if ee now beyond med
    ee asking if policy has partial coverage--adv yes.

Hartford 000343

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 04/14/2008 - 09/28/2008
For Business Role:
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner: Role: Office:

05/05/2008 01:42:28 p.m. ET James E Butts Examiner Syracuse GENERAL
Type: Mail Receipt

    fax MED rcvd

05/06/2008 04:36:07 p.m. ET Melissa A Shaddora Examiner Syracuse CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                    Sign off required: N

    rec'd oow note, 5/5/08

    a: oow note states the ee is allowed to rtw 4hrs wk for 1 wk then 6hrs a wk for 1wk, then r/t
    p: need FULL med update to support the partial rtw

05/09/2008 11:20:08 a.m. ET Marnie Webb Examiner Syracuse PHONE CALL
Type of Call: Incoming        Date of Call: 05/09/2008        Call To/From: Medical Provider
Name: Dr Norris                                               Conversation with:
Phone: (413) 587-5384        Extension:        Fax Number:

    apo ? why we need another ops filled out if they just sent one on 29-APR
    adv apo that we need oo's
    apo adv she will fax in today

05/09/2008 12:56:13 p.m. ET Lisa J Dunworth Examiner Syracuse GENERAL
Type: Mail Receipt

    fax MED rcvd

05/12/2008 01:26:36 p.m. ET Melissa A Shaddora Examiner Syracuse CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                    Sign off required: N

    rec'd med 5/9/08, Dr Norris,

    o: rec'd OV from 5/5/08 OV, the e ewas seen for eval, ee ino 4/17/08 was for rt sided epidural injection, ee did well
    with no pain for 1wk, able to stop oxycodone, developed shooting pain on left side with low back, eased by wearing SI
    compression brace, has some mild to moderate pain iocialized to the rt buttick, intermittent, aggrivated with prolonged
    sitting ease by changing position, exam: full pain free ROM in the lumbar spine, no tenderness over palpation over the
    spine or paraspinal muscles, SLR is neg, no swelling of the LE, no sciatic notch tenderness, the e has good response to
    epidural for the rt sided radiculopathy, some intermitent sacroilias pain on the left side that is usually controlled to
    with the brace, the ee is rtw 4hrs a wk for 1wk, 6hrs per wk the next wk and then 8hrs the following wk, r/u as needed,
    a: med supports the ee's continued dol and through the ee's p/c rtw, ee is a accts receivable clerk with a light work

Hartford 000344

The Hartford - Benefit Management Services
Comments Summary Detail Report
Date Range: 04/14/2008 - 05/22/2008
For business Role:
Claimant: Barbara Carroll 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
Case: Partners for Community
Claim Owner: Role: Office:

occ, the ee is required to do occ standing and walking, constant sitting, freq hand use, date input and writing,
p: unsure when the ee's p/t work started, need the date the ee rtw, then will need to f/u with ER for partial hrs

05/12/2008 01:29:00 p.m. ET Melissa A Shedders Examiner Syracuse  PHONE CALL
Type of Call: Outgoing          Date of Call: 05/12/2008          Call To/From: Claimant
Name: Barbara Carroll                                            Conversation with:
Phone: (413) 527-9723    Extension:       Fax Number:            Not Contacted: Line Busy

pct get the date the ee rtw 4hrs per day for lwk and then 6hrs per day for lwk, then f/t after that

busy

05/22/2008 02:51:07 p.m. ET Sharon A Green Examiner Syracuse  PHONE CALL
Type of Call: Incoming          Date of Call: 05/22/2008          Call To/From: Other
Name: Hartford Regional Office                                  Conversation with:
Phone:                   Extension:       Fax Number:

sales office called in on med process
adv it is up to ee to get addt info

adv pct get the date the ee rtw 4hrs per day for lwk and then 6hrs per day for lwk, then f/t after that
sales office called in and conf ee in online

ee rtw pt 4 hours a day
5/6 pt 4 days at 4 hours a day
5/6, 5/7, 5/8, 5/9

6 hrs a day on
5/12-5/16

Full time on 5/19 to present

adv er would need to call in hours to confirm

call was disconnected

05/22/2008 03:16:16 p.m. ET Elizabeth L Taylor Examiner Syracuse  PHONE CALL
Type of Call: Incoming          Date of Call: 05/22/2008          Call To/From: Other
Name: Hartford Regional Office                                  Conversation with: Brian Quiggly
Phone:                   Extension:       Fax Number:

brian called req'd we contact peggy in hr, brian req'd to leave vm for a/a
transferd to a/a vm with permission

Hartford 000345

Report: EX01773R
Office:
Date of Report: 03/27/2012

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 04/14/2008 - 05/28/2008
Claimant: Barbara Carroll 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
Capo Partners For Community
Claim Owner: Role: Office:

05/23/2008 09:57:56 a.m. EY Melissa A Shedders Examiner Syracuse PHONE CALL
Type of Call: Outgoing                  Date of Call: 05/23/2008
Name: Partners For Community
Phone: (413) 272-2218       Extension:       Fax Number:

Call To/From: Employer
Conversation with:

pct got the ee's partial hrs,
stated the ee rtw 5/6/08 - worked 5/6/08 thru 5/9/08 4hrs per day-16hrs
                                        worked 5/12/08 thru 5/16/08 6 hrs per day - 30hrs

rtw 5/19/08 f/t
verified ee works 40hrs per wk to calculate partial bens, adv'd will calculate partial benefits and issue partial
payment to the EE today

05/23/2008 10:05:38 a.m. EY Melissa A Shedders Examiner Syracuse CLAIM MANAGEMENT       Sign off required: N
Recommendation/Plan Examiner Claim Management: Plan

p: added partial offsets, ext thru 5/18/08

w/e 5/11/08:

     A=ANN
     B= weekly from Er
     C=benefits amt (13)

     A =    $673.08
     b =    $269.28
     C =    $400.00

Partial offset =       $160.03

Partial benefit =      $239.97

w/e 5/18/08:   A=ANN
     B= weekly from Er
     C=benefits amt (13)

     A =    $673.08
     B =    $504.90
     C =    $400.00

Partial offset =       $300.05

Hartford 000346

Report: E401773R
Office:
Date of Report:03/27/2012

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 04/14/2008 - 05/28/2008
For business Role:
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner: Role: Office:

Partial benefit =                    $59.95

05/23/2008 10:09:06 a.m. ET Melissa A Shudders Examiner Syracuse    PHONE CALL
Type of Call: Outgoing              Date of Call: 05/23/2008
Name: Barbara Carroll
Phone: (413) 527-9723          Extension:          Fax Number:

        pct adv of partial offset placed and ext thru 5/18/08, rtrw 5/19/08 full time

        LM for c/b

                                                Call To/From: Claimant
                                                Conversation with:
                                                Not Contacted: Left Message

05/23/2008 10:10:32 a.m. ET Melissa A Shudders Examiner Syracuse    PHONE CALL
Type of Call: Outgoing              Date of Call: 05/23/2008
Name: Hartford Regional Office
Phone: (860) 520-5628          Extension:          Fax Number:

        pct adv contacted ER and ext dbl claim thru t/c rtw

        is out of the office -- LM adv'ing of claim outcome

                                                Call To/From: Other
                                                Conversation with:
                                                Not Contacted: Left Message

05/28/2008 08:59:04 a.m. ET Margaret E Broudt Examiner Syracuse    PHONE CALL
Type of Call: Incoming              Date of Call: 05/28/2008
Name: Barbara Carroll
Phone: (413) 527-9723          Extension:          Fax Number:

        offset in pay and why?
        adv ee rtw and had to offset for that
        ee calc the hrs and adv hlg was correct

                                                Call To/From: Claimant
                                                Conversation with:

Hartford 000347

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/2009 - 10/22/2010
For business Role:
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner: Role: Office:

02/27/2009 08:34:10 a.m. BY Jill L Matyjasik Examiner Syracuse TELEPHONIC
Statement: Employee          Type Of Intake: Phone

    EE has a joint that dislocates frequently - not a result of an accident

    MEDICAL CONDITIONS:
    History of Medical Condition: Yes, same problem as previous claim
    Current Symptoms: low back pain, difficulty walking, sitting, bending; joint dislocates and pinches sciatic nerve
    Comorbidity: No
    Current Medications: Oxycontin

    JOB FUNCTIONS:
    Functional Requirements: Billing State, Federal & Local Contracts, sitting, computer work, no lifting
    Job Functions Unable to Perform: sitting for long periods of time
    Job Modifications Discussed:

    ADL: xx

    OTHER BENEFITS: for first 2 weeks, she believes

    EXPLAIN GAP: xx

    LOV: 2/26
    RETW: 3/2- working 4 hours a day for 3/2, 3/4, 3/6
    Will re-evaluate after that

02/27/2009 08:34:49 a.m. BY Jill L Matyjasik Examiner Syracuse CLAIM MANAGEMENT          Sign off required: N
Recommendation/Plan: Examiner Claim Management Plan

    NUNA claim:

    From:  DisabilityClaimsSender@Hartfordlife.comoDisabilityClaimsSender@Hartfordlife.com
    To:    DisabilityClaims@hartfordlife.com

Hartford 000348

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/2009 - 10/22/2010
For business Role:
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner: Role: Office:

Date: 2/23/2009 1:21:48 AM
Subject: WEB Initiate Claim: policy=85437l casename=PARTNERS FOR COMMUNITYclaimOffice= SYRACUSE DISABILITY CLAIM
OFFICE ssn=020522865lastname=CARROL_ firstname=BARBARA

First Name: BARBARA   Middle Initial: J
Last Name: CARROLL
SSN: 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             Phone Number: (413) 527-9723
Address 1: 15 RABIDEAU DRIVE    Address 2: 15 RABIDEAU DRIVE
City: EASTHAMPTON   State: MASSACHUSETTS
Zip Code: 01027 - 2652          State: MASSACHUSETTS
Date of Birth: 10/13/1961   Gender: FEMALE
E-mail Address Littledude4012@aol.com

About Your Job and Disability
Job Title Accounts Receivable Specialist
Job Description: Billing State, Federal & Local Contracts
Physical Requirements: SEDENTARY WORK
Date Disability Occurred: 02/09/2009   Last Day Worked: 02/06/2009
Diagnosis: Low Back Pain
Nature of Disability: ACCIDENT

Your Employer Information
Name: PARTNERS FOR COMMUNITY
City: Springfield    State: MASSACHUSETTS
Country you work in: UNITED STATES   State/Province you work in: MASSACHUSETTS
Is Disability Work related? NO
Supervisors Name: Gladys Luna
Supervisors Phone:   (413) 272-2241   Ext.

Your Physician Information
Name: Richard Morris
Phone: (413) 584-5384
Address 1: 15 Srow Avenue   Address 2:
City: Florence   State: MASSACHUSETTS
Zip Code: 01062

02/27/2009 09:00:35 a.m. ET Jill L Matyjasik Examiner Syracuse   PHONE CALL
Date of Call: 02/27/2009
Type of Call: Outgoing                                     Call To/From: Claimant

Hartford 000349

Report: E401773K
Office:
Date Of Report:03/27/2012

The Hartford - Benefit Management Services
Contents: Summary Detail Report
Date Range: 02/27/2009 - 10/22/2010
For Business Role:
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner: Role: Office:

Name: Barbara Carroll
Phone: (413) 527-9723          Extension:          Fax Number:          Conversation with:

PCO to initiate claim.
LWOW w/ man to have ee c/b
·······················
When EE calls back please:
-Confirm all info in NCS, including LDW, DOD, accident details
-Finish intake starting from first treatment date
- Finish blank intake detail fields
-Give necessary scripting - determine if FT or not

     fast tracked per matrix

02/27/2009 02:16:30 p.m. ET Jill L Matyjasik Examiner Syracuse TELEPHONIC
Statement: Physician          Type Of Intake: Phone

02/27/2009 02:18:34 p.m. ET Jill L Matyjasik Examiner Syracuse PHONE CALL
Type of Call: Incoming          Date of Call: 02/27/2009          Call To/From: Claimant
Name: Barbara Carroll                                              Conversation with:
Phone: (413) 527-9723          Extension:          Fax Number:

ee ret call.
FT claim
gave scripting

03/03/2009 01:09:59 p.m. ET Christopher A Bergman Examiner Syracuse FAXRECEIPT
Type: ER Corr/Information

     10:35a

03/06/2009 01:12:18 p.m. ET Jessica Y Henny Examiner Syracuse TELEPHONIC
Statement: Employer          Type Of Intake: Phone

     ER Intake     Complete only if ER Intake is received via phone or fax
     ER contact name:                              Peggy R.
     ER contact tele#:                             N/A
     normal work schedule Salaried
     Work Location:                                N/A
     Union Number:                                 No

Hartford 000350

Report: E4017Y3R
Office:
Date Of Report:03/27/2012

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/2009 - 10/22/2010
For business Roles
Claimant: Barbara Carroll 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
Case Partners For Community
Claim Owner: Role: Office:

Page 4

Wages been continued:
Taxable percentage:                                    Vac: 2/12/09-2/20/09 and sick: 2/9/09 - 2/12/09 1/2 day 4 hours
LTD Cov, if yes: core or buy-up?                       100%
Physical demands of EE's occ:                          N/A                Yes
Will you accom RTW w/ r/l:                             N/A
Addt'l info per template        x

03/06/2009 01:12:37 p.m. EX Jessica Y Huray Examiner Syracuse GENERAL
Type: File Folder Created

03/09/2009 02:47:12 p.m. EX Jennifer Z LaCount Examiner Syracuse CLAIM MANAGEMENT          Sign off required: N
Recommendation/Plan: Examiner Claim Management Plan

A: 10x 2/6. docl 2/9   Clmt is accounts receiveable rep w/ sed occ occ for displaced lumbar disc w/o myelopathy d/g if 4
weeks.  se adv has : low back pain, difficulty walking, sitting, bending, joint dislocates and pinchas sciatic nerve.
d/g is 4 weeks. clmt adv rtw part time on the 2nd.  sick pay through 2/12 and vac through 2/20, ben eff date 2/23.
reasonable that clmt would need time for pain to subside and to ease back into work.

P: approve through 3/6 as hours are rec'd.  need update from 3/6 ov.

03/09/2009 02:54:25 p.m. EX Jennifer Z LaCount Examiner Syracuse CLAIM MANAGEMENT          Sign off required: N
Recommendation/Plan: Examiner Claim Management Plan

Jennifer L LaCount/HLIFE
03/09/2009 02:54 PM
To
PEGGY_KISHEL&PARTNERSFORCOMMUNITY.ORG, DMELLOVNSKI&PARTNERSFORCOMMUNITY.ORG
cc

Subject
Barbara Carroll


Good afternoon

Can you please advise the number of hours and wages earned for Barbara for the week of 03/01-03/07?

Thank you

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/2009 - 10/22/2010
For business Role:
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner: Role: Office:

Jennifer LaCount, HCBFA
Ability Analyst I
Disability Claim Operations-Syracuse
Phone: (413) 527-9723
Fax: 1-877-431-8901

03/09/2009 02:54:57 p.m. EV Jennifer Z Lacount Examiner Syracuse  PHONE CALL
Type of Call: Outgoing              Date of Call: 03/09/2009       Call To/From: Claimant
Name: Barbara Carroll                                             Conversation with:
Phone: (413) 527-9723     Extension:       Fax Number:

      pco to clmt and adv approval.  clmt adv she is still workingn partial hours.  adv I will call up.

03/09/2009 03:03:45 p.m. EV Jennifer Z Lacount Examiner Syracuse  PHONE CALL
Type of Call: Outgoing              Date of Call: 03/09/2009       Call To/From: Medical Provider
Name: Dr. Norris                                                  Conversation with:
Phone: (413) 584-5384     Extension:       Fax Number:            Not Contacted: Left Message

      pco to ap to to get med update for clmt.  answering service adv office is closed.  they will lm for ap to call his.

03/12/2009 08:56:20 a.m. EV Jennifer Z Lacount Examiner Syracuse  PHONE CALL
Type of Call: Outgoing              Date of Call: 03/12/2009       Call To/From: Medical Provider
Name: Dr Norris                                                   Conversation with:
Phone: (413) 587-5384     Extension:       Fax Number:            Not Contacted: Left Message

      pco to ap to get med update.  recep answered and adv we have children's section.  she trans me to adult section.  was
      trans into vm for evin.  lmcn.

03/12/2009 08:59:49 a.m. EV Jennifer Z Lacount Examiner Syracuse  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan              Sign off required: N

Jennifer L LaCount/HLIFE
03/12/2009 08:58 AM
      To
      PEGGY_RISHEL@PARTNERSFORCOMMUNITY.ORG, DMIEL/VONSLK@PARTNERSFORCOMMUNITY.ORG
      cc

      Subject
      Barbara Carroll

Hartford 000352

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/2009 - 10/22/2010
For business Role:
Claimant: Barbara Carroll 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
Case Partners For Community
Claim Owner: Role: Office:

Good morning

I am just following up on the email that I sent requesting the hours worked and wages earned for Barbara for the week of 03/01-03/07. Please send this information to our office as soon as possible so that we may calculate her partial benefits.

Thank you

Jennifer LaCount, HCAFA
Ability Analyst II
Disability Claim Operations-Syracuse
Phone: 1-877-534-6206
Fax: 1-877-431-8901

03/12/2009 08:59:11 a.m. ET Jennifer Z Lacount Examiner Syracuse  PHONE CALL
Type of Call: Outgoing        Date of Call: 03/12/2009
Name: Barbara Carroll
Phone: (413) 527-9723    Extension:      Fax Number:

Call To/From: Claimant
Conversation with:
Not Contacted: Left Message

poo to clmt to adv we need med update and hours and to adv of 48 hr process. lm w/ woman who answered phone.

03/12/2009 09:40:47 a.m. ET Mark Tennessen Examiner Minneapolis  PHONE CALL
Type of Call: Incoming        Date of Call: 07/12/2009
Name: Dept of Mental Health
Phone: (413) 587-6304    Extension:      Fax Number:

Call To/From: Medical Provider
Conversation with: Erin

Dept of mental health c/i
need to contact: 781-961-8122 Henry Thoin

set diary

03/12/2009 11:42:08 a.m. ET Alison R Shure Examiner Syracuse  PHONE CALL
Type of Call: Incoming        Date of Call: 03/12/2009
Name: Barbara Carroll
Phone: (413) 527-9723    Extension:      Fax Number:

Call To/From: Claimant
Conversation with:

EE called
Adv of below

Hartford 000353

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/2009 - 10/22/2010
For Business Role:
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner: Role: Office:

03/13/2009 08:18:49 a.m. ET Jennifer Z Lacount Examiner Syracuse CLAIM MANAGEMENT    Sign off required: N
Recommendation/Plan: Examiner Claim Management Plan

"Peggy Rishel" <peggy_rishel@partnersforcommunity.corp>
To
<Jennifer.LaCount@hartfordlife.com>
cc

Subject:
RE: Barbara Carroll

Jennifer -

For the week of 3/1 - 3/7/09 Barbara Carroll worked 8 hours at a rate of
16.8269/hour = $134.62 for that period.

Thank you.

Peggy L. Rishel
Director of Human Resources
Partners for Community
11 - 13 Hampden Street
Springfield MA 01103
Phone: 413-272-2200, ext. 218
Fax: 413-731-5399

03/13/2009 11:08:05 a.m. ET Jennifer Z Lacount Examiner Syracuse PHONE CALL
Type of Call: Outgoing    Date of Call: 03/13/2009
Name: Henry Thuin                                    Call To/From: Medical Provider
Phone: (781) 641-8122    Extension:    Fax Number: (781) 641-8106    Conversation with:

poo to sp to get med update for clmt. henry adv would need to speak w/ clmt about permission to give med first. ho
requested that I fax aps.

faxed aps to 781-641-8106/doro.

Hartford 000354

Report: E401773R
Office:
Date Of Report:03/27/2012

The Hartford - Benefit Management Services
Comments - Summary Detail Report
Date Range: 02/27/2009 - 10/22/2010
For business Role:
Claimant: Barbara Carroll 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
Case: Partners for Community
Claim Owner: Role: Office:

Page 8

03/13/2009 11:00:43 a.m. ET Jennifer Z Lacount Examiner Syracuse CLAIM MANAGEMENT   Sign off required: N
Recommendation/Plan: Examiner Claim Management Plan

hour rec'd from er but still need med update.   set 48 hr.

03/16/2009 01:15:53 p.m. ET Jennifer Z Lacount Examiner Syracuse CLAIM MANAGEMENT   Sign off required: Y
Recommendation/Plan: Examiner Claim Management Plan

A: ldw 2/6, dodd 2/9  clmt is accounts receivewable rep w/ sed occ now for displaced lumbar disc w/o myelopathy.d/g if 4
weeks.  ee adv has : low back pain, difficulty walking, sitting, bending; joint dislocates and pinches sciatic nerve.
d/g is 4 weeks.  clmt adv rtw part time on the 2nd.  sick pay through 2/12 and was through 2/20, ben eff date 2/23,
reasonable that clmt would need time for pain to subside and to ease back into work.  clm currently approved through
3/6.  we requested med from 3/6 ov but have not rec'd

P: deny ext pending sign off.

03/19/2009 01:02:15 p.m. ET Sandra Haborer Examiner Syracuse CLAIM MANAGEMENT
Review.   Appropriate decision.   Refer to as for modification and return for review.

#1.  Are you authorizing benefits through week ending 3/8/09?   Benefits are currently approved through 3/1/09.

#2.  If you are approving benefits through 3/8/09 the correct disability definition to add to the denial letter is
Disabled and Working.  The ee rtw p/t on 3/2/09.

#3.  Please add the phone calls that we're made to the ee and phys' offices

#4.  Depending on whether or not you're approving benefits through 3/8/09, this may need to be modified, and refer to
disabled and working instead full time.

03/19/2009 03:20:06 p.m. ET Jennifer Z Lacount Examiner Syracuse CLAIM MANAGEMENT   Sign off required: N
Recommendation/Plan: Examiner Claim Management Plan.

claim should have been approved through 3/6,  updated hours and sed.

A=AWW
B= weekly from Er
C=benefits amt (13)

A =    $673.08
B =    $134.62

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/2009 - 10/22/2010
For Business Role
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Ownr: Role: Office:

C =        $400.00

Partial offset =        $80.00

Partial benefit =        $320.00

03/23/2009 11:23.09 a.m. EY Sandra L Haberour Examiner Syracuse CLAIM MANAGEMENT
Recommendation/Plan Examiner Claim Management Plan                    Sign off required: N

2nd review of denial ltr.    Refer to au for modification, call out and mailing.

#1. Why are benefits only being approved through 3/6/09, Thursday?   Shouldn't benefits be approved through the end of the week, or through 3/7/09?

#2. If you agree please modify in dcs, the offset and the denial ltr and mr ltr.

#3. Please modify Vocal Disability in your analysis to Disabled and Working.

03/23/2009 04:00.50 p.m. EY Jennifer Z Lacount Examiner Syracuse CLAIM MANAGEMENT
Recommendation/Plan Examiner Claim Management Plan                    Sign off required: N

Will let tech know that I am not approving beyond 3/6 because 3/6 was ov date and we do not have any med to ext beyond that date.

03/24/2009 08:08:48 a.m. EY Jennifer Z Lacount Examiner Syracuse PHONE CALL
Type of Call: Outgoing          Date of Call: 03/24/2009          Call To/From: Claimant
Name: Barbara Carroll                                             Conversation with:
Phone: (413) 527-9723    Extension:       Fax Number:             Not Contacted: Left Message

pco to clmt to adv of denial of ext. insm.

03/30/2009 10:18:22 a.m. EY Josefa Hart Examiner Atlanta PHONE CALL
Type of Call: Incoming          Date of Call: 03/30/2009          Call To/From: Claimant
Name: Barbara Carroll                                             Conversation with:
Phone: (413) 527-9723    Extension:       Fax Number:

clmt. cl ref letter received. clmt adv she does not see any dr by the name of thein.  clmta dr she is only seeing dr morris. adv clmt of 2 attempts done to dr morris and msg were left. adv clmt if she had fax'd for dr morris.

clmt adv will c/o w/dr morris fax'd so that hig can fax req to their office.

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/2009 - 10/22/2010
For Business Role:
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner: Role: Office:

03/30/2009 10:21:31 a.m. ET Alison R Shute Examiner Syracuse   PHONE CALL
Type of Call: Incoming     Date of Call: 03/30/2009
Name: Barbara Carroll
Phone: (413) 527-9723     Extension:     Fax Number:

Call To/From: Claimant
Conversation with:

EE called back with faxd
#1-413-585-0018-sent

2:37p

03/31/2009 04:51:09 p.m. ET Latasha G Sciascio Examiner Syracuse   FAXRECEIPT
Type: Other:

04/01/2009 03:45:44 p.m. ET Jennifer Z Lacount Examiner Syracuse   CLAIM MANAGEMENT     Sign off required: N
Recommendation/Plan Examiner Claim Management Plan

rec'd fee for med records from Dr. Norris.  we didn't requested rec and we don't pay for aps.  will call to adv.

04/01/2009 03:46:51 p.m. ET Jennifer Z Lacount Examiner Syracuse   PHONE CALL
Type of Call: Outgoing     Date of Call: 04/01/2009
Name: Barbara Carroll
Phone: (413) 527-9723     Extension:     Fax Number:

Call To/From: Claimant
Conversation with:

poo to clmt and adv of below.  clmt will call ap.  went through all phone calls and phone #'s.  clmt adv that I am
calling wrong phone # for Dr. Norris.  correct # is 413584-5384.  adv her I will call again.

04/01/2009 03:55:59 p.m. ET Jennifer Z Lacount Examiner Syracuse   PHONE CALL
Type of Call: Outgoing     Date of Call: 04/01/2009
Name: Dr. Norris
Phone: (413) 584-5384     Extension:     Fax Number:

Call To/From: Medical Provider
Conversation with:

poo to ap to adv that we do not pay for forms and we can take med update verbally over the phone.  physician is not
there.  she adv we will have to call hig back.

04/01/2009 03:57:22 p.m. ET Jennifer Z Lacount Examiner Syracuse   PHONE CALL
Type of Call: Outgoing     Date of Call: 04/01/2009
Name: Barbara Carroll
Phone: (413) 527-9723     Extension:     Fax Number:

Call To/From: Claimant
Conversation with:

Hartford 000357

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/2009 - 10/22/2010
For business Role:
Claimant: Barbara Carroll 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
Cmac: Partners For Community
Claim Owner: Role: Office:

pco to clmt adv adv of situation.

04/01/2009 04:51:06 p.m. ET Ryan X Mcdonald Examiner Syracuse   PHONE CALL
Type of Call: Incoming            Date of Call: 04/01/2009
Name: Dr Norris
Phone: (413) 567-5384       Extension:          Fax Number:

         apo c/b
         adv we don't pay for aps'

04/03/2009 01:37:43 p.m. ET Christopher A Bergman Examiner Syracuse   FAXRECEIPT
Type: APS

         2:31p

04/06/2009 04:51:14 p.m. ET Michele M Nolepovitz Examiner Syracuse   CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                  Sign off required: N

         rec'd aps from 2/26 ov. now not provided
         ee is able to rtw part time as on 3/2 Monday, Wednesdays and Fridays
         no full time rtw date provided
         no specific r/l's provided as to why ee cannot work full time
         claim already approv'd thru 3/6
         per comment below ned update needed from 3/6 ov

         will f/up with ee

04/06/2009 04:56:58 p.m. ET Michele M Nolepovitz Examiner Syracuse   PHONE CALL
Type of Call: Outgoing            Date of Call: 04/06/2009
Name: Barbara Carroll
Phone: (413) 127-9723       Extension:          Fax Number:

         pco to ee to adv med rec'd is from 2/26 ov
         need med update from 3/6 ov with specific r/l's

         left message with mother Dolores

04/07/2009 11:41:05 a.m. ET Natalie N Prescher Examiner Atlanta   PHONE CALL
Type of Call: Incoming            Date of Call: 04/07/2009
Name: Barbara Carroll

Call To/From: Medical Provider
Conversation with:

Call To/From: Claimant
Conversation with: Dolores

Call To/From: Claimant
Conversation with:

Hartford 000358

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/2009 - 10/22/2010
For business Role:
Claimant: Barbara Carroll 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
Case: Hartford For Community
Claim Owner: Role: Office:

Phone: (413) 527-9723          Extension:          Fax Number:

ee c/b. explained need own from lov on 3/6/09. ee said she didn't have ov on 3/6/09. ee's lov was on 2/26/09. ee
doesn't have any future ov scheduled. ee was to rtw part-time 3/6/09 based upon not being able to sit full time.
ee rtw part-time on 3/6/09. ee can't work more hours because of pain level.
ee has been working 6 hours m, w, f this week.
ee said that if she would have known she was going to have to deal with this she would have never rtw part-time. she
then became irrate over situation. i apologized but advised we do need to have documentation of an ongoing tx plan
during length of dw. ee started to swear. ee said we don't know what the ** we are doing. ee will be fu with hr
because she is not dealing with this ** any more.

04/07/2009 01:36:16 p.m. ET Jennifer Z Lacount Examiner Syracuse    PHONE CALL
Type of Call: Outgoing          Date of Call: 04/07/2009          Call To/From: Other
Name: Hartford Sales                                              Conversation with:
Phone: (860) 520-1902          Extension:          Fax Number:

poo to sales and explained situation. adv that we initially fast tracked claim based on diagnosis. this would takeus
through 3/8, but we approved through 3/6 (clmt doesn't work sat/sun). We paid her the first week of partial hours. The
first med we rec'd on claim came in on 4/7. states that clmt can rtw part time 3/2 and increase to full time as
tolerated. adv we need more information in order to ext.

04/08/2009 11:54:17 a.m. ET Amy L Fraher Examiner Syracuse    CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                Sign off required: N

per conference call with ee, er, broker and sales- will ask clinical or rtwc to call out to Dr. Noviss 413-585-0018
fax 413-584-5384
to discuss rtw f/t plan and why they do not have scheduled a visit to reassess her condition and f/t rtw.

04/08/2009 01:14:20 p.m. ET Jennifer Z Lacount Examiner Syracuse  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                Sign off required: N

S: lbp, difficulty walking

O: l dv 2/6. dodi 2/9   Clmt is accounts receivable rep w/ sed occ now for displaced lumbar disc w/o myelopathy.d/g if 6
weeks. ee adv has : low back pain, difficulty walking, sitting, bending, joint dislocates and pinches sciatic nerve.
d/g is 6 weeks. clmt adv rtw part time on 3/2. sick pay through 2/12 and vac through 2/20. ben eff date 2/23.   Clmt
currently approved through 3/6. We have tried to get an update from ap but were unsuccessful. The info that we have
from the ap states that clmt can rtw full time as tolerated.

A: The and is in the past, but per AFraher this claim needs to go to RTW C due to the nature of the situation. We need

Hartford 000359

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/2009 - 10/27/2010
For business Role:
Claimant: Barbara Carroll 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
Case: Fractures For Community
Claim Owner: Role: Office:

RTW C to try to get in contact w/ ap regarding rtw plan for full time.

P: refer to RTW C

04/09/2009 12:07:52 p.m. ET Maria D Vigilotti Nurse Syracuse CLAIM MANAGEMENT          Sign off required: N
Recommendation/Plan: CCM Case Management Plan

Have transferred file from RTW-C to MCM to contact AP to secure a definitive FT RTW plan and the medical
information/rationale RX same.

04/09/2009 01:53:13 p.m. ET Karrie A Newkirk Nurse Syracuse PHONE CALL          Call To/From: Medical Provider
Type of Call: Outgoing          Date of Call: 04/09/2009          Conversation with: Alex
Name: Dr. Norris
Phone: (413) 564-5384          Extension:          Fax Number:

C/O to AP

Alex (Med Assistant) stated to me that EE has not been seen since 2/26/09 with Dr Norris however this is an ongoing
condition with occas acute exacerbations. She states that she does not see in the chart that EE has seen Dr Demaggio at
the pain clinic. I explained to her the need for more explanation as far as her PT to PT RTW instructions as we need to
have it supported.

Alex asked me if I would fax the exact questions over to Dr Norris so he can give us the information we needed as far as
his plan for her PT to PT RTW instructions for her condition.

04/09/2009 02:33:07 p.m. ET Karrie A Newkirk Nurse Syracuse PHONE CALL          Call To/From: Medical Provider
Type of Call: Outgoing          Date of Call: 04/09/2009          Conversation with: Megan
Name: Andrew Demaggio
Phone: (413) 445-7246          Extension:          Fax Number:

C/O to verify if EE saw Dr Demaggio as referred by Dr Norris for pain management.
Megan adv se that she does not have EE in system therefore she has not been seen by MD.

04/09/2009 02:39:36 p.m. ET Karrie A Newkirk Nurse Syracuse CLAIM MANAGEMENT          Sign off required: N
Recommendation/Plan: CCM Functional Assessment / Pre-Ex

MCM Note:

S: EE c/o mild to moderate pain had been using the SI compression brace and her pain medications. States the pain is
aggravated by prolonged sitting and the movement of bending. She states the pain is in the right sacroiliac area per APS
3/31.

O: APS 3/31 from Dr Richard Norris (spine ortho), CN 2/26 Dr. Norris

Hartford 000360

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/2009 - 10/22/2010
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner: Role: Office:

A: EE functionality is limited however needs clarification. R/J/s of no prolonged sitting and no bending is supported by medical as EE had an MRI that showed disc protrusion L5-S1 which the AP treated with L5-S1 epidural (EE had small amount of relief) per Dr 2/26. Her job is sedentary which requires prolonged periods of sitting and computer work which she is unable to do. Per APS 3/11 EE has been RTW P/T 4 hours a day 3 days week (M, W, F) as of 2/26 OV. Per PCS call back in her position P/T, Sending a COMPASS letter per AP office request for exact questions that need answering regarding the PT to FT return to work and medical reasoning.

Call To/From: Medical Provider
Conversation with: Fax

04/09/2009 03:03:46 p.m. ET Karrie A Newkirk Nurse Syracuse PHONE CALL
Type of Call: Outgoing          Date of Call: 04/09/2009
Name: Dr. Norris
Phone: (413) 584-5384        Extension:        Fax Number:

Fax Compass letter to Dr Norris office 413-585-0018

Questions in COMPASS Letter

I would greatly appreciate your assistance in clarifying exactly when Ms. Carroll's return to work schedule may increase from part time to full time through your estimated date she will be ready to work her job full time 5 days a week. (i.e. as of 2/26 she was working on M, W, F for 4 hour days, as of 4/6 she has been working M, W, F for 6 hour days). Please provide your medical rationale to support this from the time of your last appt with her on 2/26.

Please indicate if you plan to schedule a follow up appt to evaluate Ms. Carroll to reassess her condition. Please provide date of the visit.

FAX CONFIRMATION:
          ------Transmission Fax Report------
To:            Dr Norris, 413-585-0018
Subject:       Attn Alex (Re: Barbara Carroll)
Result:        Successful
Explanation:   All Pages OK

Sent:          "hid_SyracuseSTD cover page","rx_1.tif"
Pages Sent:    3
Convert Time:  51
Transmit Time: 04/09/09 15:02
Transfer Rate: 31200

Call To/From: Claimant
Conversation with:

04/09/2009 03:14:38 p.m. ET Karrie A Newkirk Nurse Syracuse PHONE CALL
Type of Call: Outgoing          Date of Call: 04/09/2009
Name: Barbara Carroll

Report: B401773R
Office:
Date of Report: 03/27/2012

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/2009 - 10/22/2010
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner: Role: Office:

Page 15

Phone: (413) 527-9723    Extension:    Fax Number:

C/O to adv EE of request for medical from AP regarding her PT to FT RTW schedule.
ADV EE of TMT and she was ok with this

04/13/2009 02:13:13 p.m. ET Marrie A Newkirk Nurse Syracuse    PHONE CALL
Type of Call: Outgoing    Date of Call: 04/13/2009    Call To/From: Medical Provider
Name: Dr. Norris    Conversation with:
Phone: (413) 584-5384    Extension:    Fax Number:

C/O to AP to see if they had the COMPASS letter

ADV me that it appears it has been faxed to the wrong number and she was relaxing it to me to the correct number which
she verified with me 800-615-9394. She apologized and stated I should have it in a few minutes.

04/13/2009 03:33:15 p.m. ET Marrie A Newkirk Nurse Syracuse    PHONE CALL
Type of Call: Outgoing    Date of Call: 04/13/2009    Call To/From: Medical Provider
Name: Dr. Norris    Conversation with: Shari
Phone: (413) 584-5384    Extension:    Fax Number:

C/O to AP to clarify COMPASS letter (received COMPASS letter stating that EE was workin 3 4 hour days first 2 weeks of
march than went to 6 hours 1x week and had to go back down as of 4/10 to 3 days 4 hours each day as pain was too severe.
Awaiting appt with pain clinic for procedure. Saw EE 4/10.

Shari states that they are actively trying to get her into Dr Demargio office for NF Lesioning. They sent her OX over on
3/16 with a referral and are waiting to hear back from them. She states it usually takes a few weeks as they determine
if she is a candidate for the procedure. Shari status she will attempt to see where they are as soon as we hang up to
see if OV has been scheduled.

Verbal on 4/10 appt: moderate to severe pain, decreases with rest increases at work.

04/13/2009 03:39:29 p.m. ET Marrie A Newkirk Nurse Syracuse    CLAIM MANAGEMENT
Recommendation/Plan: PCM Case Management Plan    Sign off required: N

MCM NOTE:

S:  Per DCS call to AP 4/13  EE c/o moderate to severe pain that increases while at work and decreases with rest.

C:  COMPASS Letter 4/10/09 Dr Richard Norris (PM-R)

A:  See MCM assessment 4/9.  EE functionality limited thru 4/17. EE work schedule per COMPASS Letter 4/10 was (3) 4 hour

Hartford 000362

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/2009 - 10/22/2010
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner: Role: Officer

days first 2 weeks of March, (3) 6 hour days up until 4/10, AP brought her back down to (3) 4 hour days r/t increased
pain with work and can not tolerate 6 hours any longer as of 4/10. R/s of part time work are supported by medical at
this time as AP is awaiting to get EE in with a pain specialist for radio frequency lesioning for her pain. EE has a
sedentary occ which entails prolonged sitting and bending which at this time is what increases EE pain level, hence why
AP has her working FT Mon, Wed Fri 4 hour days. Suggest obtaining OX from 4/10 from Dr Norris. EE should be seeing Dr
Demaggio (pain) for the RF Procedure in the near future and i would suggest obtaining those notes also. If EE has not
seen pain clinic i would not expect to see an improvement in her pain level at this time or for her AP to increase her
work hours.

P: Return file to A/A

No changes to codes.

04/13/2009 04:12:46 p.m. ET Melissa A Shedders Examiner Syracuse   CLAIM MANAGEMENT
Recommendation/Plan: Examiner Approval/Denial Recommendation                    Sign off required: N

per MCM rev:

A. See MCM assessment: 4/9. EE functionality limited thru 4/17. EE work schedule per COMPASS Letter 4/10 was (3) 4 hour
days first 2 weeks of March, (3) 6 hour days up until 4/10, AP brought her back down to (3) 4 hour days r/t increased
pain with work and can not tolerate 6 hours any longer as of 4/10. R/s of part time work are supported by medical at
this time as AP is awaiting to get EE in with a pain specialist for radio frequency lesioning for her pain. EE has a
sedentary occ which entails prolonged sitting and bending which at this time is what increases EE pain level, hence why
AP has her working FT Mon, Wed Fri 4 hour days. Suggest obtaining OX from 4/10 from Dr Norris. EE should be seeing Dr
Demaggio (pain) for the RF Procedure in the near future and i would suggest obtaining those notes also. If EE has not
seen pain clinic i would not expect to see an improvement in her pain level at this time or for her AP to increase her
work hours.

P: med supports thru 4/17/09, only have hrs thru 3/6/09, will contact ER for hrs and calculate partial hours- if cow
longer. Suggest obtaining OX from 4/10 from Dr Norris. EE should be seeing Dr Demaggio (pain) for the RF Procedure in
the near future and i would suggest obtaining those notes also. If EE has not seen pain clinic i would not expect to see
an improvement in her pain level at this time or for her AP to increase her work hours.

04/13/2009 04:26:34 p.m. ET Melissa A Shedders Examiner Syracuse   PHONE CALL
Type of Call: Outgoing                        Date of Call: 04/13/2009
Name: Partners For Community                  Call To/From: Employer
Phone: (413) 272-2218         Extension:      Conversation with:
                              Fax Number:

c/o get the hours the ee has worked starting as of 3/6/09 thru present to calculate partial hours

stated the ee is af bi-wkly
only has hrs thru 3/28/09 at this time, stated that she will have hrs for 3/29/09 thru 4/10/09 tomorrow or Wednesday and
will c/b with them, adv'd will set a r/u for these hrs as well, adv'd EE medical currently supports thru 4/17/09 and
16.8869/hour

Hartford 000363

The Hartford - Benefit Management Services
Comments: Summary Denial Report
Date Range: 02/27/2009 - 10/22/2010
For business Role:
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner: Role: Office:

wk 3/1/09 thru 3/14/09 - 20hrs
wk 3/15/09 thru 3/28/09 - 15.5hrs

04/13/2009 04:36:12 p.m. EF Melissa A Shedders Examiner Syracuse  CLAIM MANAGEMENT      Sign off required: N
Recommendation/Plan Examiner Approval/Denial Recommendation

        p: calculated partial hrs thru wk ending 3/28/09, ext thru 3/28/09

wk of 3/7/09 thru 3/14/09
                A=AWW
                B= weekly from Er
                C=benefits amt (13)

                A =     $673.08
                B =     $201.92
                C =     $400.00

        Partial offset =        $120.00

        Partial benefit =       $280.00

w/e 3/15/09 thru 3/21/09
                A=AWW
                B= weekly from Er
                C=benefits amt (13)

                A =     $673.08
                B =     $302.88
                C =     $400.00

        Partial offset =        $180.00

        Partial benefit =       $220.00

w/e 3/16/09 thru 3/28/09
                A=AWW
                B= weekly from Er
                C=benefits amt (13)

                A =     $673.08

Hartford 000364

Report: B401773R
Office:
Date Of Report: 03/27/2012

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/2009 - 10/22/2010
For Business Role:
Claimant: Barbara Carroll 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
Cause: Partners For Community
Claim Owner: Role: Office:

Page 18

B =                    $311.30
C =                    $400.00

Partial offset =       $185.00

Partial benefit =      $215.00


04/13/2009 04:38:02 p.m. ET Iatesha G Sciascio Examiner Syracuse FAXRECEIPT
Type: Medical Records

K Newkirk    2:33p


04/13/2009 04:47:32 p.m. ET Melissa A Shedders Examiner Syracuse PHONE CALL
Type of Call: Outgoing        Date of Call: 04/13/2009
Name: Barbara Carroll
Phone: (413) 527-9723    Extension:          Fax Number:

                                            Call To/From: Claimant
                                            Conversation with:
                                            Not Contacted: Left Message

c/o adv of cnt thru 3/28/09, med currently supports thru 4/27/09, med rec'd today, will rev for further bens, looking
for CM from 4/10/08 w/Dr Norris.  EE should be seeing Dr Dumaggio (pain) for the RF Procedure in the near future and
need these notes also
need partial hrs from ER to calculate bens

LM for c/b


04/14/2009 09:10:38 a.m. ET Jennifer Z LaCount Examiner Syracuse CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan        Sign off required: N

4/13 med was delivered to clinical.  will contact clinical to ensure that they are reviewing med.


04/14/2009 09:11:54 a.m. ET Jennifer Z LaCount Examiner Syracuse CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan        Sign off required: N

Jennifer L LaCount/HLIFE
04/14/2009 09:11 AM
        To
        Katie A Newkirk/HLIFE
        cc

        Subject

Hartford 000365

Report: 8401773R
Office:
Date Of Report:03/27/2012

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/2009 - 10/22/2010
For Business Role:
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner: Role: Office:

Page 19

Barbara Carroll med

Hi Karrie,

Support delivered this medical mail to you. I just wanted to follow up to ensure that you have it and will be reviewing it.

Thanks

04/14/2009 11:36:43 a.m. ET Katherine M Dean Examiner Syracuse  PHONE CALL
Type of Call: Incoming                    Date of Call: 04/14/2009
Name: Barbara Carroll
Phone: (413) 527-9723      Extension:        Fax Number:

                                                           Call To/From: Claimant
                                                           Conversation with:

status call
adv c/o adv of exec thru 3/28/09
adv of med rec'd today, will rev for further bens
need partial hrs from ER to calculate bens

04/14/2009 01:50:49 p.m. ET Jennifer Z Lacount Examiner Syracuse  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                           Sign off required: N

Karrie A Nowicki/HLIFE
04/14/2009 09:17 AM
To
Jennifer L LaCount/HLIFE@HARTFORD_LIFE
cc

Subject
Re: Barbara Carroll med

Hi Jen,

I actually printed this medical yesterday when we originally received it (instead of waiting for delivery) to get the claim reviewed faster.

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/2009 - 10/27/2010
For business Role
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner: Role: Office

Thanks Karrie

Karrie NewKirk RN, CCM
Medical Clinical Case Manager
The Hartford--Syracuse GBD Claims
Direct Phone #: 315-385-6056
Toll Free #: 800-538-8439 x 56056
Fax #: 800-615-8154
Karrie.newkirk@hartfordlife.com

04/14/2009 01:51:18 p.m. BY Jennifer Z LaCount Examiner Syracuse CLAIM MANAGEMENT        Sign off required: N
Recommendation/Plan: Examiner Claim Management Plan

    will ext through 4/17 as hours are rec'd.

04/14/2009 01:51:29 p.m. BY Jennifer Z LaCount Examiner Syracuse CLAIM MANAGEMENT        Sign off required: N
Recommendation/Plan: Examiner Claim Management Plan

    Karrie A NewKirk/HLIFE
    04/14/2009 09:17 AM
        To
        Jennifer L LaCount/HLIFE@HARTFORD_LIFE
        cc

        Subject
        Re: Barbara Carroll med

Hi Jen,

    I actually printed this medical yesterday when we originally received it (instead of waiting for delivery) to get the
    claim reviewed faster.

Thanks Karrie

Karrie NewKirk RN, CCM
Medical Clinical Case Manager
The Hartford--Syracuse GBD Claims
Direct Phone #: 315-385-6056
Toll Free #: 800-538-8439 x 56056
Fax #: 800-615-8154
karrie.newkirk@hartfordlife.com

Hartford 000367

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/2009 - 12/22/2010
For business Role:
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner: Role: Office:

04/15/2009 08:50:28 a.m. ET Jennifer Z Lacount Examiner Syracuse  PHONE CALL
Type of Call: Outgoing                      Date of Call: 04/15/2009
Name: Partners For Community
Phone: (413) 272-2218    Extension:       Fax Number:

      pco to er to get partial hours for 03/29-04/04 and 04/05-04/11.  incm.

Call To/From: Employer
Conversation with:
Not Contacted Left Message

04/15/2009 11:23:12 a.m. ET Michelle L Andrella Examiner Syracuse  PHONE CALL
Type of Call: Incoming                      Date of Call: 04/15/2009
Name: Partners For Community
Phone: (413) 272-2218    Extension:       Fax Number:

      worked 33 1/2 hours
      3/28 to 4/11 pay period.
      diary AB.

Call To/From: Employer
Conversation with:

04/16/2009 09:00:36 a.m. ET Jennifer Z Lacount Examiner Syracuse  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan

      A=AW
      B= weekly from Er
      C=benefits amt (13)

      A =    $673.08
      B =    $281.85
      C =    $460.00

      Partial offset =       $167.50

      Partial benefit =      $232.50

Sign off required: N

04/16/2009 09:01:13 a.m. ET Jennifer Z Lacount Examiner Syracuse  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan

      A: partial hours rec'd for 03/28-04/11.  calculated partial benefits and added offsets.

      P: ext clm through 4/11, call clmt to adv of ext and set f/u to continue to get partial hours for extension

Sign off required: N

Hartford 000368

Report: E401773R
Office:
Date Of Report: 03/27/2012

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/2009 - 10/22/2010
Claimant: Barbara Carroll 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
Case Partners For Community
Claim Owner: Role: Office:

Page 22

04/16/2009 09:06:25 a.m. BY Jennifer Z LaCount Examiner Syracuse PHONE CALL
Type of Call: Outgoing        Date of Call: 04/16/2009
Name: Barbara Carroll
Phone: (413) 527-9723      Extension:        Fax Number:

pco to clnt to adv of ext. incm.

Call To/From: Claimant
Conversation with:
Not Contacted: Left Message

04/16/2009 10:31:21 a.m. BY Helen M Render Examiner Syracuse PHONE CALL
Type of Call: Incoming        Date of Call: 04/16/2009
Name: Barbara Carroll
Phone: (413) 527-9723      Extension:        Fax Number:

ee retn call
adv ee claim ext b 4/11
adv med supports to 4/17/09
adv need ON from OV on 4/10/09 to review for ext

Call To/From: Claimant
Conversation with:

04/17/2009 09:49:18 a.m. BY Jessica Y Haney Examiner Syracuse PHONE CALL
Type of Call: Incoming        Date of Call: 04/17/2009
Name: Hartford Sales
Phone: (860) 520-1902      Extension:        Fax Number:

sales office c/i to ck on claim
adv med supports till 4/17/09
adv to get paid to 4/17 we need partial hours worked 4/13/09 - 4/17/09
adv we need on from 4/10/09 from Dr. Morris to support passed 4/17/09 along with any OK's from Dr. Demegpio

Call To/From: Other
Conversation with:

04/17/2009 10:04:33 a.m. BY Bridget Sullivan Examiner Atlanta PHONE CALL
Type of Call: Incoming        Date of Call: 04/17/2009
Name: Hartford Sales Ofc
Phone:      Extension:        Fax Number:

- caller inq if we have reached out for me - adv me havan't but we adv her. adv caller can c/o to dr norris ofc to get
  correct fax num and fax req for ovn from 4.10.09. caller thanked ne and stated she would f/u with or about the other ap.
- attn dr norris @ 1-413-585-0018.

Call To/From: Other
Conversation with:

04/27/2009 10:05:38 a.m. BY Bridget Sullivan Examiner Atlanta PHONE CALL
Type of Call: Outgoing        Date of Call: 04/17/2009

Call To/From: Medical Provider

Hartford 000369

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/2009 - 10/22/2010
For business Role
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner: Role: Office:

Name: Dr Norris
Phone: (413) 584-5384          Extension:          Fax Number:

Conversation with:

- c/o to dr norris for fax num to fax req for own from 4.10.
- fax num is 1-413-585-0018.

----------Transmission Fax Report----------

To:                    Dr Norris,1-413-585-0018
Subject:               Barbara Carroll 5002685737
Result:                Successful
Explanation:           All Pages OK

Sent:                  "His_CCC_NY cover page","."
Pages Sent:            1
Connect Time:          41
Transmit Time:         04/17/09 10:07
Transfer Rate:         28800
Retry Count:           1
Job Number:            74456263

04/20/2009 08:17:47 a.m. ET Jennifer Z Lacount Examiner Syracuse  PHONE CALL
Type of Call: Outgoing          Date of Call: 04/20/2009
Name: Partners For Community
Phone: (413) 272-2218          Extension:          Fax Number:

pco to er to get partial hours for 04/12-04/18. lmon. set fru.

04/22/2009 09:14:43 a.m. ET Meghan M Lynch Examiner Syracuse  PHONE CALL
Type of Call: Outgoing          Date of Call: 04/22/2009
Name: Lisa Johnson
Phone: (866) 680-0146          Extension:          Fax Number:

Call To/From: Employer
Conversation with:
Not Contacted, Left Message

Call To/From: Other
Conversation with:

c/o to sales and er on conf call regarding offsets, based on info er provided offsets were incorrect wk ending 04/04 and 04/11

advised I would correct

er also stated they did not have hrs yet, they are pd bi-weekly
er also stated that ee had app with specialist yesterday

wk ending 04/4-18 hrs
wk ending 04/11-15.5 hrs

Hartford 000370

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/2009 - 10/22/2010
For business Role
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner: Role: Office:

corrected claim, issued up

04/21/2009 08:31:49 a.m. ET Jennifer Z LeCount Examiner Syracuse  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                    Sign off required: N

A: Calculations for we 4/4 and 4/11 were incorrect because er provided me w/ biweekly partial hours (03/28-04/11. 33.5 hours) and I calculated it biweekly for ther. er adv yesturday that partial hours were not ready yet.

P: set f/u for partial hours we 4/18 for monday.

04/24/2009 01:09:29 p.m. PT Joshua Moore Examiner Sacramento  PHONE CALL
Type of Call: Incoming      Date of Call: 04/24/2009
Name: Barbara Carroll                                            Call To/From: Claimant
Phone: (413) 527-3723        Extension:       Fax Number:        Conversation with:

or called in with partial hours 4/11-4/18 - 12 hours 4/20 - 4/26 - 4 hours

04/27/2009 10:14:25 a.m. ET Jennifer Z LeCount Examiner Syracuse  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                    Sign off required: N

A: rec'd partial hours for 04/11-04/18 and 04/20-04/26.  calculated offsets and ext claim through 4/18.  as stated before we need 4/10 or more from Dr. Norris for review of further benefits.  Will call to request again.

Claimant Name:        Barbara Carroll
Date:                 4/27/2009
Month of:             04/11-04/18

                      (A - B) x  C
                       A

A=AWW
B= Weekly from Er
C=benefits amt (13)

A =    $673.08
B =    $201.92
C =    $400.00

Partial offset =        $120.00

Partial benefit =       $280.00

Hartford 000371

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/2009 - 10/23/2010
For business Role:
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner: Role: Office:

Week of 04/20-04/26 clmt only worked 4 hours and did not earn 20%-80% of her aww, so we would pay full benefit w/ no offset.

04/27/2009 10:16:07 a.m.  ET Jennifer Z Lacount Examiner Syracuse  PHONE CALL
Type of Call: Outgoing        Date of Call: 04/27/2009
Name: Barbara Carroll
Phone: (413) 527-3723       Extension:        Fax Number:

Call To/From: Claimant
Conversation with:
Not Contacted: Left Message

poo to clmt to adv of ext through 4/18 and that we need 4/10 ov note from Dr. Norris to ext further. also wanted to adv of 48 hr process. woman answered and adv barbara is not there but she will ask her to call his.

04/27/2009 10:17:45 a.m.  ET Jennifer Z Lacount Examiner Syracuse  PHONE CALL
Type of Call: Outgoing        Date of Call: 04/27/2009
Name: Dr. Norris
Phone: (413) 584-5384       Extension:        Fax Number:

Call To/From: Medical Provider
Conversation with:
Not Contacted: Left Message

poo to ap to f/u on our request for 4/10 ov note. left detailed message on machine. set f/u and term diary.

04/27/2009 10:37:07 a.m.  ET Latasha G Sciascio Examiner Syracuse  FAXRECEIPT
Type: Medical Records

Call To/From:
Conversation with:

9:32a

04/27/2009 12:51:37 p.m.  ET Letizia Morales Examiner Maitland  PHONE CALL
Type of Call: Incoming        Date of Call: 04/27/2009
Name: Dr Norris
Phone: (413) 584-5384       Extension:        Fax Number:

Call To/From: Medical Provider
Conversation with: Alex Bn

Alex cld to verify med rcrd rcvd. advsd fax rcvd today.

04/27/2009 01:25:15 p.m.  ET Kathyann Mayhak Examiner Syracuse  PHONE CALL
Type of Call: Incoming        Date of Call: 04/27/2009
Name: Lisa Johnson
Phone: (860) 520-1600       Extension:        Fax Number:

Call To/From: Other
Conversation with:

sales calling regarding raissuing of corrected check
advised claim was adjusted 4 day spoke w/ WWL and check issued 04/23/09
sales Img if med recvd adv yes from Dr Norris on 04/27/09

Hartford 000372

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/2009 - 10/22/2010
For business Role:
Claimant: Barbara Carroll 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
Codes Variance For Community
Claim Owner: Role: Office:

04/27/2009 02:17:20 p.m. ET Christopher R Scheidt Examiner Sacramento PHONE CALL    Call To/From: Claimant
Type of Call: Incoming                  Date of Call: 04/27/2009                    Conversation with:
Name: Barbara Carroll
Phone: (413) 527-9723          Extension:              Fax Number:

ee stated that Dr Norris referred to Dr. Dimagio who has procedure scheduled for 5/14/09.

04/28/2009 01:02:35 p.m. ET Jennifer Z Lacoure Examiner Syracuse  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                               Sign off required: N

    S: severe pain

    O: EE work schedule per COMPASS Letter 4/10 was (1) 4 hour days first 2 weeks of March, (3) 6 hour days up until 4/10.
    AP brought her back down to (3) 4 hour days r/c increased pain with work and con noc tolerate 6 hours any longer as of
    4/10. R/L's of part time work are supported by medical at this time as AP is awaiting to get EE in with a pain
    specialist for radio frequency lesioning for her pain. EE has a sedentary occ which entails prolonged sitting and
    bending which at this time is what increases EE pain level hence why AP has her working PT Mon, Wed Fri 4 hour days.
    rec'd on item low on 4/10 w/ Dr. Norris.   clmt has moderate-severe back pain.   pain is continuous and aggrovated by
    sitting at work and w/ bending.  caused w/ occa and use of compression brace.  some radiation to left leg.  clmt notes
    that she is going to have procedure w/ Demagplo on 5/14

    A: seems the med would support through procedure date

    Prefer to clinical

04/28/2009 02:56:04 p.m. ET Karrie A Newkirk Nurse Syracuse  CLAIM MANAGEMENT
Recommendation/Plan: CCM Functional Assessment / Pre-Ex                           Sign off required: N

    MCM Note:

    Suggest EE functionality is limited thru 5/14 OV with Dr Dumagglo (pain specialist). R/L's of part time work are
    supported by medical at this time as EE has a appt scheduled with pain specialist Dr Demagpio for 5/14 to have the
    radiofrequency lesioning procedure done for the pain. EE has a sedentary occ which entails prolonged sitting and
    bending which at this time is what increases EE pain level hence why AP has her working PT Mon, Wed Fri 4 hour days.
    rec'd on item low on 4/10 w/ Dr. Norris. Suggest that if this procedure works should notice an increase in ROM, decrease
    in pain.

04/29/2009 09:01:43 a.m. ET Jennifer Z Lacoure Examiner Syracuse  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                               Sign off required: N

Hartford 000373

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/2009 - 10/22/2010
For business Role:
Claimant: Barbara Carroll 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
Case Partners For Community
Claim Owner: Role: Office:

A:HE functionality is limited thru 5/14 OV with Dr DeAngio (pain specialist). R/c's of part time work are supported by medical, at this time as EE has a appt scheduled with pain specialist Dr DeAngio for 5/14 to have the radiofrequency lesioning procedure done for the pain. EE has a sedentary occ which entails prolonged sitting and bending which at this time is what increases EE pain level hence why AP has her working PT Mon, Wed Fri 4 hour days, rec'd on from low on 4/20 w/ Dr. Norris. If this procedure works should notice an increase in ROM, decrease in pain.

P: ext through 5/14 and set f/u.

04/29/2009 09:03:25 a.m. ET Jennifer Z LaCount Examiner Syracuse  PHONE CALL
Type of Call: Outgoing          Date of Call: 04/29/2009
Name: Barbara Carroll                                    Call To/From: Claimant
Phone: (413) 527-9723          Extension:          Fax Number:          Conversation with:
                                                                         Not Contacted: Left Message

pco to chat to adv of ext.  la w/ woman who answered phone.

04/30/2009 02:49:53 p.m. ET Hannah L Geddie Examiner Syracuse  PHONE CALL
Type of Call: Incoming          Date of Call: 04/30/2009
Name: Barbara Carroll                                    Call To/From: Claimant
Phone: (413) 527-9723          Extension:          Fax Number:          Conversation with:

ee cb
adv ext

05/04/2009 08:32:10 a.m. ET Karrie A Newkirk Nurse Syracuse  CLAIM MANAGEMENT
Recommendation/Plan: CCR Case Management Plan                         Sign off required: N

Addendum to 4/28 functional assessment.

suggest that since it would be expected that the EE may experience a temporary increase in pain and symptoms for approximately 1-2 weeks following the ablationive functional limitation through the 5/14 procedure date, that you would suggest that a change in functionality be reassessed 1-2 weeks post-procedure to see if EE is functionally capable of increasing the number of hours/day that she can work and to establish a FT RTW plan.

05/05/2009 09:15:45 a.m. ET Jennifer Z LaCount Examiner Syracuse  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                   Sign off required: N

A: suggest that since it would be expected that the EE may experience a temporary increase in pain and symptoms for approximately 1-2 weeks following the ablationive functional limitation through the 5/14 procedure date, that you would suggest that a change in functionality be reassessed 1-2 weeks post-procedure to see if EE is functionally capable of increasing the number of hours/day that she can work and to establish a FT RTW plan.

Hartford 000374

The Hartford - Benefit Management Services
Commensus Summary Detail Report
Date Range: 02/27/2009 - 10/27/2010
For business Role:
Claimant: Barbara Carroll 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
Case: Factors For Community
Claim Owner: Role: Office:

P: extend through 5/29 nov

05/05/2009 09:18:10 a.m. BY Jennifer Z Lacount Examiner Syracuse  PHONE CALL
Type of Call: Outgoing                    Date of Call: 05/05/2009
Name: Barbara Carroll                                          Call To/From: Claimant
Phone: (413) 527-9723        Extension:        Conversation with:
                                                              Not Contacted: Left Message

poo to adv of ext through nov on 5/29. imon.

05/05/2009 11:43:12 a.m. BY Christine M Wilgmos Examiner Syracuse  FAXRECEIPT
Type: Medical Records

10:24a  KAN

05/05/2009 02:19:40 p.m. BY Luisa M Romeo Examiner Syracuse  PHONE CALL
Type of Call: Incoming                    Date of Call: 05/05/2009
Name: Barbara Carroll                                          Call To/From: Claimant
Phone: (413) 527-9723        Extension:        Conversation with:

                        Fax Number:

ee c/b
adv appr
adv rec'd med records for ext beyond 5/29/09
adv TAT

05/05/2009 03:21:36 p.m. BY Karrie A Newkirk Nurse Syracuse  CLAIM MANAGEMENT
Recommendation/Plan: CCM Case Management Plan.                 Sign off required: N

Received faxed ON from Dr. Richard Norris (PM/R)

BE c/o moderate to severe back pain, continuous and aggravated with sitting at work and bending.  States it is eased by
resting and the use of the SI compression brace. States it is localized more so in low back with some radiation to left
leg.

Objective findings: severe pain on palpation and stress testing over the left sacroiliac joints and positive SI stress
testing. Minimal sciatic notch tenderness.  Pain on palpation over the iliolumbar ligaments at the medical aspect of
the iliac crest. Straight leg raises and slump test cause low back pain but no radiating leg pain. Manual muscle
testing is 5/5 for proximal and distal muscle groups. Reflexes are 2+ at the knees and ankles. Sensation is intact to
light touch. ROM is full in lower extremities and no swelling.ROM in lumbar spine is limited and painful at the end
range of both flexion and extension.

Impression: Severe sacroiliac pain , not doing well with increased work to 6 hours so given her a note to reduce back
to 4 hours 3 days a week indefinite until she is seen by Dr DeAngelo.

Hartford 000375

Report: EX01773R                    The Hartford - Benefit Management Services                    Page 29
Office:                              Comments: Summary Detail Report
Date Of Report:03/27/2012           Date Range: 02/27/2009 - 10/22/2010
                                    For business Role,
                                    Claimant: Barbara Carroll 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
                                    Case: Partners For Community
                                    Claim Owner: Role:   Office:

F/U 3-4 weeks

05/29/2009 04:23:42 p.m. ET Kathryn Davis Examiner Syracuse  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                      Sign off required: N

midpoint rev- if cx remains conv, suggest referral back to MCCM for current functionality assessment.
diaried c/s to req jd/pda

05/29/2009 12:55:47 p.m. ET Jennifer Z LaCount Examiner Syracuse  CLAIM MANAGEMENT     Sign off required: N
Recommendation/Plan: Examiner Claim Management Plan

Jennifer J. LaCount/NLIFE
05/29/2009 12:55 PM
    To
PEGGY_RICHLER@PARTNERSFORCOMMUNITY.ORG, EMILIO.KSN.U@PARTNERSFORCOMMUNITY.ORG
    cc

    Subject
    Barbara Carroll # 2865


Good afternoon

Please complete the attached Physical Demands Analysis form for Barbara Carroll # 2865 and fax it back to our office
along with a brief job description as soon as possible.

Thank you


Jennifer LaCount, HCRFA
Ability Analyst II
Disability Claim Operations-Syracuse
Phone: 1-877-531-6206
Fax: 1-877-431-8901


06/01/2009 01:06:28 p.m. ET Jennifer Z LaCount Examiner Syracuse  PHONE CALL
Type of Call: Outgoing              Date of Call: 06/01/2009            Call To/From: Medical Provider
Name: Andrew Demaggio                                                  Conversation with: Karen
Phone: (413) 445-7246      Extension:              Fax Number:

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/2009 - 10/22/2010
For business Rule:
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner: Role: Office:

pco to get update from lov on 5/29. they adv lov 5/14. nov: 6/5

06/01/2009 01:12:17 p.m. ET Jennifer Z LeCount Examiner Syracuse    PHONE CALL
Type of Call: Outgoing           Date of Call: 06/01/2009
Name: Barbara Carroll                                                Call To/From: Claimant
Phone: (413) 527-9723       Extension:       Fax Number:             Conversation with:
                                                                     Not Contacted; Left Message

pco to clmt to see which ap she saw on 5/29 and get phone #. man answered and adv that clmt is working right now and
they will have her call his back.

06/01/2009 02:24:59 p.m. ET MaryJo Dowd Examiner Atlanta  PHONE CALL
Type of Call: Incoming          Date of Call: 06/01/2009
Name: Barbara Carroll                                                Call To/From: Claimant
Phone: (413) 527-9723       Extension:       Fax Number:             Conversation with:

ci to advise that she did not seen dr on 5/29, they could not get her in on 5/29. Her nov is scheduled for 6/5/2009 and
that is with Dr. Andrew Demaggio and his phone number is 413-445-7246 and fax is 413-445-7731. The name of the practice
is New England Pain and Diagnostic Tx Center.

06/01/2009 10:34:32 a.m. ET Jennifer Z Lecount Examiner Syracuse    CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                 Sign off required: N

Jennifer L LeCount/HLIFE
06/01/2009 10:34 AM
     To
     PEGGY_MISHEL@PARTNERSFORCOMMUNITY.ORG, DMIHLOUMSKI@PARTHERSFORCOMMUNITY.ORG
     cc
     Subject
     Barbara Carroll # 2865

Good morning

I am just following up on the request that we sent for a Physical Demands Analysis and Job Description for Barbara
Carroll #2865. Please fax this information to our office as soon as possible.

Thank you

Hartford 000377

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/2009 - 10/22/2010
For business Role;
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner: Role: Office:

Jennifer LaCount, HCAFA
Ability Analyst 11
Disability Claim Operations-Syracuse
Phone: 1-877-534-6206
Fax: 1-877-431-9901

06/03/2009 02:35:42 p.m. ET Jennifer Z Lacount Examiner Syracuse  CLAIM MANAGEMENT      Sign off required: N
Recommendation/Plan: Examiner Claim Management Plan

    set up call out for 6/5 to call now op for update.

06/03/2009 04:36:55 p.m. ET William R Gilmore Examiner Syracuse  FAXRECEIPT
Type: Other

    402p

06/04/2009 10:13:08 a.m. ET Jennifer Z Lacount Examiner Syracuse  CLAIM MANAGEMENT      Sign off required: N
Recommendation/Plan: Examiner Claim Management Plan

    plm/jd rec'd

    Job title: Accounts Receivable Specialist
    sit 2 hr/time for 6 hr/day
    stand/walk .5 hr/time for 1 hr/day
    can sit sit/stand
    lift files/papers up to 20lbs
    occ: stoop, kneel, reaching above shoulder
    freq: reaching at desk level/below waist, handling, fingering, feeling
    subject to chemical hazards.
    inside 100%

06/08/2009 11:22:51 a.m. ET Jennifer Z Lacount Examiner Syracuse  PHONE CALL            Call To/From: Medical Provider
Type of Call: Outgoing       Date of Call: 06/08/2009                                    Conversation with: Wanda
Name: New England Pain Center                                                            Not Contacted: Left Message
Phone: (413) 445-7246  Extension:      Fax Number: (413) 445-7731

    pco to ap to get med update. reached vm for Kathleen, medical assistant, lmsm,

06/08/2009 02:43:53 p.m. ET Amy D Nilles Examiner Maitland  PHONE CALL                  Call To/From: Claimant
Type of Call: Incoming       Date of Call: 06/08/2009                                    Conversation with:
Name: Barbara Carroll

Report: E4017731
Office:
Date Of Report: 03/27/2012

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/2009 - 10/22/2010
For business Role:
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner: Role: Office:

Page 32

Phone: (413) 527-9723     Extension:          Fax Number:

EE called to advise that ap will be faxing medical. Provided fax #.

06/12/2009 09:49:26 a.m. ET Ann M Dibble Examiner Syracuse  PHONE CALL
Type of Call: Outgoing              Date of Call: 06/12/2009
Name: Dr. Andrew Dimaggio
Phone: (413) 445-7246     Extension:          Fax Number: (413) 445-7731

Call To/From: Physician
Conversation with:
Not Contacted: Left Message

P/C to Dr. DiMaggio's office, transferred to Kathleen-left 2nd message requesting a return call to obtain clmt's Dx,
Exam Findings, Tx plan, R/L and work status. I provided return # and fax #,

06/12/2009 09:51:40 a.m. ET Ann M Dibble Examiner Syracuse  PHONE CALL
Type of Call: Outgoing              Date of Call: 06/12/2009
Name: Barbara Carroll
Phone: (413) 527-9723     Extension:          Fax Number:

Call To/From: Claimant
Conversation with:

P/C to clmt's home #, s/w female and she advised EE was at work and I asked about EE working and she stated EE works 3
days/wk.

06/12/2009 09:55:54 a.m. ET Ann M Dibble Examiner Syracuse  GENERAL
Type: Miscellaneous

E-mail to ER.

Ann M Dibble/HLIFE
06/12/2009 09:55 AM
     To
     PEGGY_BISHEL@PARTNERSFORCOMMUNITY.ORG
     cc
     Jenifer L LaCount/HLIFE@HARTFORD_LIFE
     Subject
     RTW Status-Carroll,Barbara

     Good Morning,

     Can you please verify the date Ms. Barbara Carroll xxx-xx-2865 returned to work and her work schedule.

Thank you,
Ann Dibble
Senior Ability Analyst
BMS-Syracuse

Hartford 000379

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/2009 - 10/22/2010
For business Role:
Claimant: Barbara Carroll 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
Case: Partners for Community
Claim Owner: Role: Office:

Disability Claim Operations
E-Mail: Ann.Diblole@hartfordlife.com
Telephone: 877-534-6016 ext 55364
Facsimile: 877-431-891

06/15/2009 12:00:00 a.m. ET Claim Batch N/A Simsbury GENERAL
Type: Late LTD Referral (System Generated)

06/15/2009 07:23:56 a.m. ET April M Damerun Examiner Syracuse FAXRECEIPT
Type: Medical Records

413p

06/16/2009 12:01:52 p.m. ET Patrick S Kane Examiner Syracuse CLAIM MANAGEMENT
Recommendation/Plan: Examiner Approval/Denial Recommendation                Sign off required: N

A: rec ON from Dr Demaggio 413-445-7246 fax 413-445-7731 ON dated 4/22/09, EE adv LOV 5/29,

P: unable to sec , need current ON from 5/29/09 OV

06/16/2009 12:08:26 p.m. ET Patrick S Kane Examiner Syracuse PHONE CALL
Type of Call: Outgoing            Date of Call: 06/16/2009            Call To/From: Physician
Name: Dr Demaggio                                                     Conversation with: Karen
Phone: (413) 445-7246        Extension:           Fax Number:

adv we need ON from 5/29/09

adv noc dictated yet , she will fax in as soon as it is completed

set f/u diary

06/16/2009 12:10:20 p.m. ET Patrick S Kane Examiner Syracuse PHONE CALL
Type of Call: Outgoing            Date of Call: 06/16/2009            Call To/From: Claimant
Name: Barbara Carroll                                                 Conversation with:
Phone: (413) 527-9723        Extension:           Fax Number:

c/o to adv  we need ON from LOV 5/29/09

EE adv LOV was 6/5/09, adv correct  I did see where she called in w/ correct OV date of 6/5, adv Dr Demaggio will be
sending in LOV  ON , will c/b once rec

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/2009 - 10/22/2010
For business Role
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner: Role: Office:

06/17/2009 11:36:37 a.m. ET Maria E Johnson Examiner Syracuse CLAIM MANAGEMENT
Recommendation/Plan: Examiner Approval/Denial Recommendation                    Sign off required: N

    referred to LTD

06/29/2009 03:43:36 p.m. ET Jerome Hebbard Examiner Syracuse CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan                             Sign off required: N

    Claim closed for lack of additional med, as med is needed to extend claim and claim is closed as of 5/29/09, claim
    referd back to SPD. In the event med is rec'd and claim is reopened, please re-refer to LTD

06/23/2009 10:14:18 a.m. ET Patrick S Kane Examiner Syracuse PHONE CALL
Type of Call: Outgoing          Date of Call: 06/23/2009            Call To/From: Physician
Name: Dr Damaggio                                                   Conversation with:
Phone: (413) 445-7246       Extension:       Fax Number:

    c/o to adv need CW from LOV 6/5

    unable to leave message sent fax request to 413-445-7731

06/24/2009 03:37:28 p.m. ET Robert B Shevlin Examiner Syracuse PHONE CALL
Type of Call: Incoming          Date of Call: 06/24/2009            Call To/From: Claimant
Name: Barbara Carroll                                               Conversation with:
Phone: (413) 527-5723       Extension:       Fax Number:

    adv no CW's rec;d yet
    EE adv will r/u with apo

06/29/2009 02:11:12 p.m. ET Chanel A Phillips Examiner Atlanta PHONE CALL
Type of Call: Incoming          Date of Call: 06/29/2005            Call To/From: Claimant
Name: Barbara Carroll                                               Conversation with:
Phone: (413) 527-5723       Extension:       Fax Number:

    adv no med rec'd. clmnt adv apo mailed 6/25.

07/02/2009 08:14:50 a.m. ET William R Gilmore Examiner Syracuse MAIL&RECEIPT
Type: Medical Records

Hartford 000381

Report: E401273R
Office:
Date Of Report:07/27/2012

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/2009 - 10/22/2010
For business Role:
Claimant: Barbara Carroll 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
Claim Owner: Role: Office:

Page 35

07/02/2009 10:18:38 a.m. ET Ben L Nirmee Examiner Minneapolis PHONE CALL
Type of Call: Incoming                    Date of Call: 07/02/2009
Name: Barbara Carroll
Phone: (413) 527-9723       Extension:           Fax Number:

Call To/From: Claimant
Conversation with:

clmc c/l wanted to know if the aps had been rec'd
adv aps has been rec'd

07/06/2009 11:44:38 a.m. ET Patrick S Kane Examiner Syracuse    CLAIM MANAGEMENT
Recommendation/Plan: Examiner Approval/Denial Recommendation            Sign off required: N

A: EE is a 48 yr old female w/ a sed work occ, Rec OM dated 6/5/09 from Glenda Boykin PA-C  413-445-7246 fax
413-445-7721 f/u  for bilateral  SI radiofrequency having difficult w/ SI  joint pain, had some relief  from SI joint
injection done by Dr Morris in past  getting 3 months relief  in Feb this changed  no longer getting relief  sent to
clinic to see if radiofrequency  denervation would help 5/14 had bilateral L3-4 L4-5 L5-S1 radiofrequency  had no
relief for first 5 days after injection  five days after this had 75% relief  for 6 days  then returned to baseline
pain3/10 very upset thought procedure would of helped Exam mild discomfort  on palpation moderate discomfort w/
rational motion  at lumbar  back is limited to 5 deg before complaining of pain  Plan  will discuss w/ Dr Demaggio upon
return  sched for  bilateral SI injection  f/u 2 wks

P: will refer to clinical for review of med for sxr .  ** advised from ML that ER adv EE has been working partial hours
, will need partial hours for June in order to exr once  med basement complete**

07/06/2009 11:50:09 a.m. ET Patrick S Kane Examiner Syracuse    CLAIM MANAGEMENT
Recommendation/Plan: Examiner Approval/Denial Recommendation            Sign off required: N

S: lumbar displacement

O:  EE is a 48 yr old female w/ a sed work occ, Rec OM dated 6/5/09 from Glenda Boykin PA-C  413-445-7246 fax
413-445-7721 f/u  for bilateral  SI radiofrequency having difficult w/ SI  joint pain, had some relief  from SI joint
injections done by Dr Morris in past  getting 3 months relief  in Feb this changed  no longer getting relief  sent to
clinic to see if radiofrequency  denervation would help 5/14 had bilateral L3-4 L4-5 L5-S1 radiofrequency  had no
relief  for first 5 days after injection  five days after this had 75% relief  for 6 days  then returned to baseline
pain3/10 very upset thought procedure would of helped Exam mild discomfort  on palpation moderate discomfort w/
rational motion  at lumbar  back is limited to 5 deg before complaining of pain  Plan  will discuss w/ Dr Demaggio upon
return  sched for  bilateral SI injection  f/u 2 wks

A: EE is a 48 yr old female w/ a sed work occ, as a  Accounts Receivable Specialist, sit 2 hrs/time for 6 hr/day,
stand/walk 5.5 hr/time for 1 hr/day, can alt sit/stand, lift files/papers up to 20lbs, occ stoop, kneel, reaching above
shoulder, freq reaching at desk level/below waist, handling, fingering, feeling, subject to chemical hazards , inside

Hartford 000382

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/2009 - 10/22/2010
For business Roles:
Claimant: Barbara Carroll 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
Case Partners For Community
Claim Owner: Role: Office:

100% AP advised mild discomfort on palpation moderate discomfort w/ rational motion at lumbar back is limited to 5 deg before complaining of pain

P: Will referred to clinical for review of med for ext . ** advised from ML that ER adv EE has been working partial hours , will need partial hours for June in order to ext once med assessmt complete**

07/06/2009 12:42:17 p.m. ET Meghan M Lynch Examiner Syracuse PHONE CALL
Type of Call: Outgoing                    Date of Call: 07/06/2009
Name: Partners For Community
Phone: (413) 272-2200      Extension:         Fax Number:

Call To/From: Employer
Conversation with:

c/o to er (approx 12:20) to verify hours ee worked for March and june

03/08-10 hrs
03/15-18 hrs
03/22-18.5 hrs
03/29-19 hrs
3/30-04/12-33.5 hrs (04/06-(17.5 hrs). 04/12 16 hrs)

1st week of June 10 hrs
2nd week of June 12 hrs
3rd week of June 12 hrs

will make correction to offsets, need additional clarification from er on one thing

07/06/2009 01:00:59 p.m. ET Meghan M Lynch Examiner Syracuse CLAIM MANAGEMENT
Recommendation/Plan: Examiner Claim Management Plan.               Sign off required: N

rec'd below e-mails, I am working on this with er

Meghan ?

I didn't know if you had received Barbara's work hours for the past few payrolls so I am forwarding the information to you as requested.

Week ending 5/9/09 ? 8 hours worked
Week ending 5/16/09 ? 8 hours worked
Week ending 5/23/09 ? 8 hours worked

I will have the week ending 5/30 and week end 6/6 after Thursday.

Thank you.

Hartford 000383

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/2009 - 10/22/2010
For Business Role
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner: Role: Office:

Peggy L. Nichol
Director of Human Resources
Partners for Community
11 - 11 Hampden Street
Springfield, MA  01103
Phone:  413-272-2200, ext. 218
Fax:  413-731-5339
e-mail:  peggy_nichol@partnersforcommunity.org

Meghan -

Here you go.

Period from 4/12 - 4/10 - 12 hours worked out of 40
Period from 4/20 - 4/26 - 8 hours worked out of 40
Period from 4/27 - 5/3 - 8 hours out of 40.

Thanks!

Peggy

Meghan:

Period from 4/12 - 4/26 (2 weeks) - Barbara worked 20 hours out of 80.
Period from 4/27 - 5/3 (1 week) - Barbara worked 8 hours out of 40.

Thank you.

07/07/2009 09:30:42 a.m. BY Karrie A Newkirk Nurse Syracuse  PHONE CALL
Type of Call: Outgoing                    Date of Call: 07/07/2009
Name: Barbara Carroll
Phone: (413) 527-9723     Extension:         Fax Number:

LM with women who answered for BE to return my call.

After her f/u 6/5 when was her next SI injection?

Has she seen Dr Dimaggio office for f/u since the injection? If so when?

NOV?

What hours is she working during the week?

Call To/From: Claimant
Conversation with:
Not Contacted: Left Message

Hartford 000384

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/2009 - 10/22/2010
Claimant: Barbara Carroll
Case: Partners For Community
Claim Owner: Role: Office:

07/07/2009 09:01:35 a.m. ET Karrie A Newkirk Nurse Syracuse PHONE CALL
Type of Call: Outgoing          Date of Call: 07/07/2009
Name: New England Pain Center
Phone: (413) 445-7246     Extension:          Fax Number: (413) 445-7731

Call To/From: Medical Provider
Conversation with: Theresa

Theresa states EE had her f/u visit from the radio frequency and then the following appt was cancelled by MD office. She
notes it appears she was to f/u with Dr Norris office. Will call Dr Norris office

07/07/2009 09:03:18 a.m. ET Karrie A Newkirk Nurse Syracuse PHONE CALL
Type of Call: Outgoing          Date of Call: 07/07/2009
Name: Dr. Norris
Phone: (413) 584-5384     Extension:          Fax Number:

Call To/From: Medical Provider
Conversation with: Cindy

NOV for f/u 7/9

low 6/25 bilateral si joint injection with Dr Norris

07/07/2009 09:56:22 a.m. ET Karrie A Newkirk Nurse Syracuse CLAIM MANAGEMENT
Recommendation/Plan: CCM Functional Assessment / Pre-Ex

Sign off required: N

MCM Assessment

S: Per OH 6/5 EE c/o 5/14 had bilateral L3-4 L4-5 L5-S1 radiofrequency had no relief for first 5 days after injection
five days after this had 75% relief for 5 days than returned to baseline pain 3/10 very upset thought procedure would
of helped. C/O intermittent pain in her lower back. She occasionally has radicular pain in her left leg from her hip to
her knee. Status some slight relief of pain with Neurontin as well as oxycodone and oxycontin.

O: See MCM assessment 4/13 and 4/9. ON 6/5 from Glenda Boykin PA-C (Dr Demaggio office)

A: See MCM assessment 4/13 and 4/9. Suggest functionality is limited. R/L not noted. EE had bilateral radiofrequency
L3-4, L4-5, L5-S1 on 5/14. She followed up with Dr Demaggios office 6/5 and it was noted that the pain had returned to
baseline. 6/5 PEF were moderate discomfort with rotational motion at her lumbar spine which is full, more pain with
rotational and lateral movement to the right than to the left. Extension of her back is limited to less than 5 degrees
before she begins to c/o pain. EE was than scheduled for bilateral SI joint injections with Dr Norris on 6/25 and is to
have her f/u visit 7/9 with him. The next steps in her treatment plan will be to evaluated than. EE job occupation is
Accounts Receivable Specialist, sit 2 hr/time for 6 hr/day, stand/walk .5 hr/time for 1 hr/day, can sit sit/stand, lift
files/papers up to 20lbs, occ stoop, kneel, reaching above shoulder, freq reaching at desk level/below waist,
handling, fingering, feeling, subject to chemical hazards, inside 100% which at this time EE is unable to do
effectively. Suggest change job class to level 2 as she is required to lift up to 20 pounds occasionally. Suggest at
next update to obtain the procedure report for the recent injections from Dr Norris up thru 7/9 including the procedure report for the recent injections

Hartford 000385

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/2009 - 10/22/2010
Claimant: Barbara Carroll
Claimant: Barbara Carroll 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
Case: Partners for Community
Claim Owner: Role: Office:

and also an updated AHS with R/2s for EE. Suggest this file has IME potential. Improvements would be increased ROM and decrease in pain.

P:\003 Return file to A/A

No changes to codes.

07/07/2009 02:01:20 p.m. ET Karrie A Newkirk Nurse Syracuse PHONE CALL
Type of Call: Incoming                    Date of Call: 07/07/2009
Name: Barbara Carroll                                                      Call To/From: Claimant
Phone: (413) 527-9723      Extension:      Fax Number:      Conversation with:

Returning my call

confirmed 6/25 inj 7/9 f/u also adv her of a/a time to make a decision. ee ok with this.

07/09/2009 03:04:18 p.m. ET Patrick S Kane Examiner Syracuse CLAIM MANAGEMENT
Recommendation/Plan: Examiner Approval/Denial Recommendation                Sign off required: N

P: per Mi., adv to hold off on ext until o/p resolved

07/10/2009 02:53:46 p.m. ET Danielle N Guillermo Examiner Sacramento PHONE CALL
Type of Call: Incoming                    Date of Call: 07/10/2009
Name: Broker                                                               Call To/From: Other
Phone: (203) 356-0051      Extension: 319      Fax Number:                 Conversation with:

broker called to understand why there is no check out the the ee
adv of possible o/p and of the claim paid thru 5/29/2009 and er reported there were hrs work in may
adv no check issuing until they calc the o/p

07/10/2009 03:17:41 p.m. ET Patrick S Kane Examiner Syracuse PHONE CALL
Type of Call: Incoming                    Date of Call: 07/10/2009
Name: Broker                                                               Call To/From: Other
Phone: (203) 356-0051      Extension: 319      Fax Number:                 Conversation with: Robin

adv of need for partial hours worked from ER who is emailing NL

asked if we could c/o to her once system work is complete, adv yes

07/13/2009 02:08:50 p.m. ET Darlene Fischer Examiner Syracuse PHONE CALL
Type of Call: Outgoing                    Date of Call: 07/13/2009                            Call To/From: Claimant

Hartford 000386

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/2009 - 10/22/2010
For business Role:
Claimant: Barbara Carroll 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
Dept: Fortune 50 For Community
Claim Owner: Role: Office:

Name: Barbara Carroll
Phone: (413) 527-9723          Extension:          Fax Number:          Conversation with:

status. wanted to speak to s/a. vm ok. transferred to vm.

A: rec hrs worked from ER

07/13/2009 02:33:33 p.m. ET Patrick S Kane Examiner Syracuse   CLAIM MANAGEMENT
Recommendation/Plan: Examiner Approval/Denial Recommendation.

P: modified correct offsets  from 3/2-6/21/09 ** still need w/o 5/25-5/31/09** in order to ext thru 6/21/09

Sign off required: N

Claimant Name:
Date:          w/o 3/2-3/8/09
Month of:

          (A - B) x   C
          A

          A=AWW
          B= weekly from Er
          C=benefits amt (13)

          A =     $673.08
          B =     $166.30
          C =     $400.00

          Partial offset =          $100.02

          Partial benefit =          $299.98

Claimant Name:
Date:          w/o 3/9-3/15/09
Month of:

          (A - B) x   C
          A

          A=AWW
          B= weekly from Er
          C=benefits amt (13)

Hartford 000387

The Hartford - Benefit Management Services
Commonia: Summary Detail Report
Date Range: 02/27/2009 - 10/22/2010
For business Role:
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner. Role: Office.

```
                                A =      $673.08
                                B =      $168.30
                                C =      $400.00


Partial offset =          $100.02

Partial benefit =         $299.98

Claimant Name:
Date:                     w/o 3/16-3/22/09
Month of:


(A - B) x  C
 A

A=AMM
B= weekly from Er
C=benefits Amt (13)

                                A =      $673.08
                                B =      $311.36
                                C =      $400.00


(A - B) x  C
 A


Partial offset =          $185.04

Partial benefit =         $214.96
Claimant Name:
Date                      w/o 3/23-3/29/09
Month of


(A - B) x  C
 A

A=AMM
B= weekly from Er
C=benefits amt (13)

                                A =      $673.08
                                B =      $302.94
                                C =      $400.00


Partial offset =          $180.03
```

Hartford 000388

The Hartford - Benefit Management Services
Comencia: Summary Detail Report
Date Range: 02/27/2009 - 10/22/2010
For business Role:
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner: Role: Office:

Partial benefit =            $219.97

Claimant Name:
Date:                        w/o 3/30-4/5/09
Month of:

    (A - B) x   C
     A

A=NON
B= weekly from Er
C=benefits amt (13)

    A =  $673.08
    B =  $294.53
    C =  $400.00

Partial offset =             $175.03

Partial benefit =            $224.97

Claimant Name:
Date:                        w/o 4/6-4/12/09
Month of:

    (A - B) x   C
     A

A=NON
B= weekly from Er
C=benefits amt (13)

    A =  $673.08
    B =  $269.28
    C =  $400.00

Partial offset =             $160.03

Partial benefit =            $239.97
Claimant Name:
Date:                        w/o 4/13-4/19/09
Month of:

Hartford 000389

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/2009 - 10/22/2010
For business Role:
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner: Role: Office

(A - B) x C
A

A=NW
B= weekly from Er
C=benefits amt (13)

A =     $673.08
B =     $201.96
C =     $400.00

Partial offset =           $120.02

Partial benefit =          $279.98

Claimant Name:
Date:               w/o 4/20-4/26/09
Month of:

(A - B) x C
A

A=N02
B= weekly from Er
C=benefits amt (13)

A =     $673.08
B =     $134.64
C =     $400.00

Partial offset =           $80.01

Partial benefit =          $319.99

Claimant Name:
Date:               w/o 4/27-5/3/09
Month of:

(A - B) x C
A

A=NW

Hartford 000390

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/2009 - 10/22/2010
For business Role,
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner: Role: Officer

B= weekly from Er
C=benefits amt (13)

A =          $673.08
B =          $134.64
C =          $400.00

Partial offset =                    $80.01

Partial benefit =                   $319.99

Claimant Name:
Date:               5/4-5/10/09
Month of:

(A - B) x   C
A

A=ANW
B= weekly from Er
C=benefits amt (13)

A =          $673.08
B =          $134.64
C =          $400.00

Partial offset =                    $80.01

Partial benefit =                   $319.99

Claimant Name:
Date:               5/11-5/17/09
Month of:

(A - B) x   C
A

A=ANW
B= weekly from Er
C=benefits amt (13)

A =          $673.08
B =          $134.64

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/209 - 07/22/2010
For business Role:
Claimant: Barbara Carroll 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
Case: Fixtures For Community
Claim Owner: Role: Officer

C =        $400.00

Partial offset =        $80.01

Partial benefit =        $319.99

Claimant Name:
Date:        5/18-5/24/09
Month of:

(A - B) x  C
A

A=ANM
B= weekly from Er
C=benefits amt (13)

A =        $673.08
B =        $134.44
C =        $400.00

Partial offset =        $80.01

Partial benefit =        $319.99

Claimant Name:
Date:        6/1-6/7/09
Month of:

(A - B) x  C
A

A=ANM
B= weekly from Er
C=benefits amt (13)

A =        $673.08
B =        $168.30
C =        $400.00

Partial offset =        $100.02

Hartford 000392

Report: EAO1773R
Office:
Date Of Report: 03/27/2012

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/2009 - 10/22/2010
Claimant: Barbara Carroll 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
Case Partners For Community
Claim Owner: Role: office:

Partial benefit =                    $299.98

Claimant Name:
Date:                      6/8-6/14/09
Month of:

                    (A - B) x    C
                     A

                   A=AWW
                   B= weekly from Er
                   C=benefits amt (13)

                   A =    $673.08
                   B =    $201.96
                   C =    $400.00

Partial offset =                     $120.02

Partial benefit =                    $279.98

Claimant Name:
Date:                      6/15/09-6/21/09
Month of:

                    (A - B) x    C
                     A

                   A=AWW
                   B= weekly from Er
                   C=benefits amt (13)

                   A =    $673.08
                   B =    $201.96
                   C =    $400.00

Partial offset =                     $120.02

Partial benefit =                    $279.98

Hartford 000393

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/2009 - 10/22/2010
For business Role:
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner: Nolan Office:

07/13/2009 03:28:46 p.m. ET Meghan M Lynch Examiner Syracuse  PHONE CALL
Type of Call: Outgoing                    Date of Call: 07/13/2009
Name: Partners For Community                                          Call To/From: Employer
Phone: (413) 272-2219     Extension:       Fax Number:                 Conversation with:

c/o to er for partial hours week of 05/25/2009-05/31/2009 and partial hours worked after 06/21/2009

advised we need this to finish calc and then I will call her with status, advised er may be op

er will locate time sheets and call me back

07/13/2009 03:54:56 p.m. ET Meghan M Lynch Examiner Syracuse  PHONE CALL
Type of Call: Incoming                     Date of Call: 07/13/2009
Name: Partners For Community                                          Call To/From: Employer
Phone: (413) 272-2219     Extension:       Fax Number:                 Conversation with:

rec'd call from or

partial hours week of 05/25/09-05/31/09-12
06/22/09-06/28/09-did not work at all
06/29/2009-07/05/2009-worked 8 hours

rushed to s/s

07/14/2009 08:10:16 a.m. ET Michelle A Burdette Examiner Syracuse  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Approval/Denial Recommendation                    Sign off required: Y

Pr rec partial hours worked for 5/25-5/31 12 hrs 6/22-6/28 0 hrs 6/29-7/5/09 8hrs added offsets reclc claim ext thru
7/5/09 ** sent to tech for 20 wk review**

Claimant Name:          w/o 5/25-5/31/09
Date:
Week of:

Partial benefit =        (A - B) x   C
                     A

A = Your Indexed Pre-Disability Earnings
B = Your Current Weekly Earnings
C = The Weekly Benefit Payable if you were Totally Disabled

Hartford 000394

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/2009 - 10/22/2010
For Business Role
Claimant: Barbara Carroll 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
Class: Partners For Community
Claim Owner: ROL: Officer

```
                    A =    $671.08
                    B =    $201.96
                    C =    $400.00

Partial offset =           $120.02

Partial benefit =          $279.98

  Claimant Name:     w/o 6/29-7/5/09
  Date:
  Week of:

Partial benefit =          (A - B) x  C
                    A

                    A = Your Indexed Pre-Disability Earnings
                    B = Your Current Weekly Earnings
                    C = The Weekly Benefit if you were Totally Disabled

                    A =    $671.08
                    B =    $134.64
                    C =    $400.00

Partial offset =           $80.01

Partial benefit =          $319.99
```

07/14/2009 04:35.35 p.m. ET Sandra Haberer Examiner Syracuse  CLAIM MANAGEMENT

   Released hold and referred to ae.

07/14/2009 08:48:26 a.m. ET Patrick S Kane Examiner Syracuse  CLAIM MANAGEMENT
Recommendation/Plan: Examiner Approval/Denial Recommendation

   P: created o/p of 475.76

07/14/2009 10:29:20 a.m. ET Meghan M Lynch Examiner Syracuse  PHONE CALL
Type of Call: Outgoing          Date of Call: 07/14/2009
Name: Partners For Community

Sign off required: N

Call To/From: Employer
Conversation with:

Report: 8401773R
Office:
Date Of Report:03/27/2012

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/2005 - 10/22/2010
For business Role:
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner: Role: Office:

Page 49

Phone:                    Extension:        Fax Number:

    c/o to or to advise claim has been handled, advised of op

07/14/2009 10:50:14 a.m. ET Patrick S Kane Examiner Syracuse   PHONE CALL
Type of Call: Outgoing          Date of Call: 07/14/2009
Name: Barbara Carroll
Phone: (413) 527-9723      Extension:        Fax Number:

    c/o to adv claim ext thru 7/2/09 offsets added, which created o/p of 475.76

    lm for c/b

Call To/From: Claimant
Conversation with: Bd & Mother

07/14/2009 02:18:46 p.m. ET Sunita A Sudine Examiner Simsbury  PHONE CALL
Type of Call: Incoming          Date of Call: 07/14/2009
Name: Barbara Carroll
Phone: (413) 527-9723      Extension:        Fax Number:

    rpc. adv rec'd partial hrs and has recalc and o/p bal of $475.76. cx states that there is an error. got aa's vm. cx
    declined to lm and will f/u with HR.

Call To/From: Claimant
Conversation with:

07/14/2009 05:29:19 p.m. ET Meghan M Lynch Examiner Syracuse  PHONE CALL
Type of Call: Outgoing          Date of Call: 07/14/2009
Name: Barbara Carroll
Phone: (413) 527-9723      Extension:        Fax Number:

    c/o to claimant per vm, lmom

Call To/From: Claimant
Conversation with:
Not Contacted, Left Message

07/22/2009 01:14:27 p.m. ET Patrick S Kane Examiner Syracuse  PHONE CALL
Type of Call: Outgoing          Date of Call: 07/22/2009
Name: Partners For Community
Phone: (413) 272-2219      Extension:        Fax Number:

    c/o for partial hrs from 7/6-7/17/09

    7/6-7/10 12 hrs   7/13-7/17 12hrs

Call To/From: Employer
Conversation with: Diana Molkowski

07/22/2009 01:17:06 p.m. ET Patrick S Kane Examiner Syracuse  CLAIM MANAGEMENT

Hartford 000396

The Hartford - Benefit Management Services
Comments Summary Detail Report
Date Range: 02/27/2009 - 10/22/2010
For business Role:
Claimant: Barbara Carroll 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
Case: Hartford For Community
Claim Owner:  Role:  Office:

Recommendation/Plan: Examiner Approval/Denial Recommendation                    Sign off required: Y

P: ext claim thru 7/19/09 for partial benfs, added offsets, sent to tech for 20 wk review, will referr to LTD once
completed
Claimant Rate:                    w/o 7/6-7/12/09 and 7/13-7/19/09 EE worked 12 hrs each each week
Dates:
Month of:

(A - B) x  C
A

A-AWW
B= weekly from Er
C=benefits amt (13)

A =      $673.08
B =      $201.92
C =      $400.00

Partial offset =        $120.00

Partial benefit =       $280.00

07/22/2009 04:01:19 p.m. ET Sandra Haberer Examiner Syracuse  CLAIM MANAGEMENT

Review.  Appropriate decision.  Refer to aa and put the claim file in aa's filing bin.

07/22/2009 03:11:24 p.m. ET Amber Torres Examiner Simsbury  PHONE CALL
Type of Call: Incoming            Date of Call: 07/22/2009          Call To/From: Claimant
Name: Barbara Carroll                                              Conversation with:
Phone: (413) 527-9723    Extension:        Fax Number:

EE colled to check on claim status - I adv claim still in review
P: ext claim thru 7/19/09 for partial benfs

I adv EE she will be contacted once final review is completed

07/22/2009 04:45:27 p.m. ET Patrick S Mann Examiner Syracuse  PHONE CALL
Type of Call: Outgoing            Date of Call: 07/22/2009          Call To/From: Claimant

Hartford 000397

Report: E401773R
Office:
Date of Report:03/27/2012

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/2005 - 10/22/2010
For business Role:
Claimant: Barbara Carroll 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
Case: Partners For Community
Claim Owner: Role: Office:

Name: Barbara Carroll
Phone: (413) 527-9723        Extension:        Fax Number:        Conversation with:

c/o to adv of ext thru 7/19/09

adv AP iskeeping her working p/t

07/12/2009 04:46:26 p.m. ET Patrick S Sams Examiner Syracuse   CLAIM MANAGEMENT
Recommendation/Plan. Examiner Approval/Denial Recommendation

P: referred to LTD

07/27/2009 10:04:44 a.m. ET Meghan M Lynch Examiner Syracuse   PHONE CALL
Type of Call: Outgoing         Date of Call: 07/27/2009
Name: Partners For Community                                    Sign off required: N
Phone: (413) 272-2219    Extension:        Fax Number:

per below e-mail, called out to er to verify date of termination and last day of work

LDW was 07/24/2009, ee only worked 1 hour that entire week      Call To/From: Employer
                                                                Conversation with:
Lisa M Johnson/HLIFE
07/24/2009 01:25 PM
   To
   Meghan M Lynch/HLIFE@HARTFORD_LIFE
   cc
   Lisa M Johnson/HLIFE@HARTFORD_LIFE
   Subject
   Barbara Carroll - Partners for Community

Hi Meghan - Peggy left me a vm just to catch up and said that Barbara's last day of work was this week and she worked 1
hour.  She said that she will be out next week so any questions will need to go to Diana Miektowski. 413-272-2219.

Are we all set?  Peggy will be in the office until about 4:30 today if we need to call out.

Let me know,
Lis

Lisa M. Johnson
Sr. Regional Service Consultant

Hartford 000398

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 02/27/2009 - 10/22/2010
For business Role:
Claimant: Barbara Carroll 0200-52-2865
Case: Partners For Community
Claim Owner: Role: Office

Group Benefits Division
The Hartford Regional Sales Office
55 Farmington Avenue - Suite 601
Hartford, CT 06105
Direct Phone: 860-520-1902
Toll Free: 866-852-0280 x 1902
Direct Fax: 860-392-6689
Customer Service: 800-523-2233
Email: Lisa.Johnson@Hartfordlife.com

09/23/2009 01:47:23 p.m. ET Meghan M Lynch Examiner Syracuse  PHONE CALL
Type of Call: Outgoing                    Date of Call: 09/23/2009
Name: Barbara Carroll
Phone: (413) 527-9723      Extension:        Fax Number:

Call To/From: Claimant
Conversation with:

c/o to claimant per vm, ee had questions regarding her LTD claim, trans to TRogalski to assist