## Carroll - Claim Manual

From: Patrick W. Begos
Sent: Fri, Mar 16, 2012 at 5:14 pm
To: terry@terryalow.com

---

Terry, we're having some technical difficulties with the Claim Manual production. Are you around on Monday to talk?

**Please note my new address and phone number**

Patrick W. Begos
Begos Horgan & Brown LLP
2425 Post Road | Southport CT 06890
203.254.1900
pwb@begoshorgan.com

## CARROLL V. HARTFORD

From: terry@terryalow.com
Sent: Tue, May 8, 2012 at 3:53 pm
To: Patrick W. Begos

Pat,

The excerpts from the claims manual that you provided did not include the section on FCEs. When you get a chance, can you look that one up? I am not certain I have the same version of the entire manual and would like to see the FCE section of it. Thank you.

Terry Low

LAW OFFICE OF TERRENCE A LOW
244 BRIDGE STREET
SPRINGFIELD, MA 01103
terry@terryalow.com
413-785-1510
413-736-5640 (fax)

## CARROLL V. HARTFORD

From: terry@terryalow.com
Sent: Wed, Jun 6, 2012 at 2:00 pm
To: Patrick W. Begos

Pat.

I would like to review the FCE section of the Claim Manual and also the information regarding the transition from STD to LTD in the manual. I can look it up in the copy I have but do not want to draw an objection for using material that has not been authenticated. I understand you may object on other grounds but obtaining the material from you, material you have already agreed I can have access, would avoid at least this objection. Thank you for considering this request.

Terry Low

LAW OFFICE OF TERRENCE A LOW
244 BRIDGE STREET
SPRINGFIELD, MA 01103
terry@terryalow.com
413-785-1510
413-736-5640 (fax)

## RE: CARROLL V. HARTFORD
From:  Patrick W. Begos
Sent:  Mon, Jun 11, 2012 at 4:42 pm
To:    terry@terryalow.com

---

The claim manual is certainly not something that is required to be produced under any ERISA regulation. Even if it had been, Hatford is not the plan administrator, and only the plan administrator can be charged with a penalty.

We had a discussion, and a compromise, during discovery, regarding the logistics of producing the claim manual. While I appreciate your courtesies at that point, that does not mean that Hartford is obligated forever to produce excerpts from the claim manual upon request.


Patrick W. Begos
Begos Horgan & Brown LLP
2425 Post Road | Southport CT 06890
203.254.1901 – direct
203.254.1900 – main
203.222.4833 – fax
pwb@begoshorgan.com
www.begoshorgan.com
www.ERISAClaimDefense.com

---

**From:** terry@terryalow.com [mailto:terry@terryalow.com]
**Sent:** Thursday, June 07, 2012 2:33 PM
**To:** Patrick W. Begos
**Subject:** RE: CARROLL V. HARTFORD

Hartford agreed to the discovery of the claim manual. It is not a request for additional discovery. You may recall that you stated you were having "technical difficulties" producing the entire document. The document is one upon which the plan operates and is required to be produced upon request. Failure to produce is subject to the per day $110.00 penalty.

-----Original Message-----
From: "Patrick W. Begos" <pwb@begoshorgan.com>
Sent: Thursday, June 7, 2012 12:53pm
To: terry@terryalow.com
Subject: RE: CARROLL V. HARTFORD

Discovery closed quite a while ago, and the parties are almost done briefing summary judgment motions. Therefore, it is too late to be asking for additional discovery.


Hartford objects to your use in this case of materials that you may have obtained either directly or indirectly through work in other cases.